# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARC BRAGG, Esq., an individual, | CIVIL ACTION |
| Plaintiff, | |
| | Case No. 06-4925 |
| v. | |
| LINDEN RESEARCH, INC., a corporation, and PHILIP ROSEDALE, an individual, | |
| Defendant. | |

## AFFIDAVIT OF PHILIP ROSEDALE

The undersigned, Philip Rosedale, confirms that the following facts contained within this Affidavit are true and correct according to his information and belief.

1. I am over eighteen (18) years of age, this Affidavit is made upon my own personal knowledge, and I am competent and authorized to make the statements contained herein.

2. I am a resident of San Francisco, California.

3. I have never worked or operated a business in Pennsylvania.

4. I have never maintained an office, telephone listing, or mailing address in Pennsylvania.

5. I have never been taxed or paid taxes in the State of Pennsylvania.

6. I have never owned any real or personal property in Pennsylvania.

7. I have never obtained or sought authorization to conduct business in Pennsylvania.

8. I employ no personnel in Pennsylvania.

9. I have never obtained or applied for a Pennsylvania driver's license.

10. I have never maintained any bank accounts in Pennsylvania.

11. I am the Chief Executive Officer of Linden Research, Inc. ("Linden"), which is incorporated in the state of Delaware and maintains a principal place of business in San Francisco, California.

12. I have never traveled to Pennsylvania to conduct business for Linden Research, Inc.

13. I have never had any business communications with Plaintiff Marc Bragg.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Philip Rosedale

Dated: November 9, 2006

STATE OF CALIFORNIA
COUNTY OF SAN FRANCISCO

I, the undersigned Notary, ANTONIO LOCATELLI, hereby certify that the foregoing signature is the proper handwriting of PHILIP EUGENE ROSEDALE

_____
Notary

ANTONIO LOCATELLI
Comm. # 1457347
NOTARY PUBLIC - CALIFORNIA
City & County of San Francisco
My Comm. Expires Jan. 18, 2008

2