# EXHIBIT 2

# Welcome, TestAccount Arrow!

## Select Membership Plan

### Basic Account

Your first Basic account is FREE, and includes full access to events, shopping, building, scripting and more.

A credit card, PayPal or mobile phone is required for identification purposes only. Additional Basic Accounts cost a one-time fee of $9.95 after a FREE 7-Day Trial. Read more.

**Basic**
- ○ First Basic account FREE!

**Premium** (includes FREE 7-day trial)
- ○ $9.95/month, billed monthly
- ○ $7.50/month, billed quarterly ($22.50)
- ○ $6.00/month, billed annually ($72.00)

**Promotional Code** (Optional)
[          ]

## Your Real Name

- First Name:
- Last Name:
- Address line 1:
- Address line 2:
- City:
- State/Province:
- Zip/Post code:
- Country: - Select -
- Account Phone: (?)
- Account Email: (?)
- Gender: - Select -

## Account Security

Your password must be 4-16 characters. (?)
- Enter a password:
- Enter again:
- Security question: (?) -- Select --
- Answer:
- Enter code shown below: (?)

Click here if you can't read the code.

## Identification Information

Identification method: Credit Card (?)

If this is your first Basic Account, this information is for identification purposes only. You will not be charged.

- Card type: - Select -
- Name on card:
- Card number:
- Security code: (?)
- Expiration: Month · Year ·

## Second Life Newsletters (?)
- ☐ Notices from Second Life
- ☐ Second Opinion Newsletter
- ☐ Developer News
- ☐ Third party offers

## Who Referred You? (optional)
Second Life name or email address:

## Terms of Service
☐ I agree to the Terms of Service.

[Submit]

downloads | system requirements | privacy | community standards | terms of service | dmca | grid status | jobs

©2006 Linden Research, Inc.