# EXHIBIT 3



Case 2:06-cv-04925-ER    Document 3-6    Filed 11/14/2006    Page 2 of 2