# EXHIBIT C

# The Law Office Of MARC S. BRAGG

**Marc S. Bragg** operates a multi-versatile law practice and is licensed in Pennsylvania, New Jersey and California. His practice concentrates in the area of corporate structures and maintenance, copyright and trademark, real estate, trust and estates, employment law, cyber law, civil litigation, personal injury, consumer rights and bankruptcy.

Professional first class, courteous and aggressive service and representation is the hallmark of the Law Offices of Marc S. Bragg's success. Having cared for hundreds of clients since first coming to the bar, the attorneys understand that every situation is different, and that personal attention and individual care is necessary in representation.

Marc S. Bragg is a member of the Pennsylvania, New Jersey and California bars, and is admitted to practice before the Third Circuit Court of Appeals, District Court for the Eastern District of Pennsylvania, District Court of New Jersey, Southern District of California, and the Supreme Courts for Pennsylvania, New Jersey, and California.

He graduated from Temple University School of Law where he was Associate Editor of the International and Comparative Law Journal, intern for the Honorable Bankruptcy Judge David Scholl, and recipient of the Barrister's Award for Excellence in Trial Advocacy.

Mr. Bragg pursued his undergraduate work at National University, receiving a Bachelor of Administration with Emphasis in Real Estate with Honors, and recently completed a tour of duty as General Counsel to Einstein Industries, Inc., in La Jolla, California.

Mr. Bragg served on the Board of Directors for the West Chester Friends School in West Chester, Pennsylvania and served for four years on the Board of Directors for the Greater Chester Valley Soccer Association in Malvern, PA.

He has coached youth soccer in the Greater Chester Valley for the past six years and in 1999 coached his team, The Twisters, to a first place win.

In early 2000, Mr. Bragg authored the legal portions for From Serf to Surfer, written by nationally renowned network consultant Matthew Strebe.

Additionally, Marc has operated as the General Partner and majority owner of a commercial real estate development project in Northern San Diego County, California, and of a professional photographic lab.

Mr. Bragg resides in West Chester and visits California on a frequent basis.

**The Law Office Of MARC S. BRAGG** | P (484) 631-0092 | 230 West Market Street  West Chester, PA 19382

All content © 2006 by **Marc S. Bragg**. Design/optimization © 2006 by **Net.Visibilities**. All rights reserved.