IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA

| | |
|---|---|
| MARC BRAGG, Esq., an individual, | CIVIL DIVISION |
| Plaintiff, | No. 06-cv-4925 |
| v. | **JUDGE EDUARDO ROBRENO** |
| LINDEN RESEARCH, INC., a corporation, and PHILIP ROSEDALE, an individual, | |
| Defendants. | |

## ORDER

AND NOW, this _____ day of November, 2006, upon full consideration of Plaintiff's Motion to Remand, and all responses and replies, it is hereby ORDERED, ADJUDGED, AND DECREED, that Plaintiff's Motion is GRANTED, as follows:

1. This matter is remanded back to the Court of Common Pleas of Chester County Pennsylvania for failure of Defendants to meet their burden to establish the jurisdiction of this Court;

2. Defendants are required to pay to Plaintiff attorneys fees, costs and actual expenses, related to filing the Motion for Remand to be determined by the Court pursuant to *Lodestar* factors. Plaintiff's counsel shall submit a fee request to this Court within ____ days of this order. Defendants shall have ____ days to respond.

By _____
Judge, United States District Court