

# International Court of Arbitration
### International Dispute Resolution Services

Home
Intro
Search
Map
Français

**Arbitration Services**
- Arbitration
- Appointing authority
- Pre-arbitral referee

**Other ICC Dispute Resolution Services**
- ADR
- Expertise
- DOCDEX
- Dispute Boards

**Documentation**
- Rules
- Model or suggested clauses
- Awards
- Reference material
- ICC Court Bulletin
- Seminars & events
- Website Archives
- Contacts

## Arbitration Cost Calculator - Results

| | |
|---|---|
| Amount in Dispute | US $ 1 |
| Number of Arbitrators | 3 |

**Arbitrators' Fees**

| | |
|---|---|
| Minimum | US $ 2500 |
| Average | US $ 2500 |
| Maximum | US $ 2500 |

**Advance on costs (without arbitrators' expenses)**

| | |
|---|---|
| Average fees multiplied by 3 arbitrator(s) | US $ 7500 |
| Administrative expenses | US $ 2500 |
| **TOTAL** | US $ 10000 |

[Back]

Copyright ©
International Chamber
of Commerce
All rights reserved.

e-mail us your
comments and
remarks

HOME | INTRODUCING THE COURT | SITE SEARCH | SITE MAP | ICC

EXHIBIT
tabbies
2