-3-

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

MARC BRAGG, ESQ., an individual     No. 06-cv-4925

         Plaintiff

    v

LINDEN RESEARCH, INC., a corporation,
and PHILIP ROSEDALE, an individual,

         Defendants.

### ORDER

AND NOW, this _____ day of November, 2006, upon consideration of the Joint Stipulation Providing an Extension of Time Regarding Plaintiff's Response to Motion to Dismiss for Lack of Personal Jurisdiction by Philip Rosedale and Defendants' Motion to Compel Arbitration, agreed to and filed by the parties, it is hereby ORDERED, ADJUDGED, and DECREED, that the Court adopts the substance of the parties' stipulation and that Plaintiff shall file responses to Defendant's motions within seven (7) days the Court's Order in the event that the Court denies Plaintiff's Motion to Remand.

By _____
     Judge, United States District Court