DATE OF NOTICE: November 29, 2006

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MARC BRAGG, ESQUIRE, | : | **CIVIL ACTION.** |
| vs. | | |
| LINDEN RESEARCH INC. and PHILIP ROSEDALE, | : | **NO.** 06-4925 |

**NOTICE**

Please be advised that an initial pretrial conference in the above-captioned case will be held on **December 19, 2006 at 2:00 p.m.** before the Honorable Eduardo C. Robreno in Courtroom 11A, U.S. Courthouse, 60l Market Street, Philadelphia, Pennsylvania.

Attached is an Initial Pretrial Conference Information Report (the "Report") which you are required to complete and forward to the Court at least three (3) days prior to the Initial Pretrial Conference. Do not have the Report docketed. Also attached is a notice of Agenda of Initial Pretrial Conference. In lieu of each side submitting a Report, the parties may file a joint report pursuant to Federal Rule of Civil Procedure 26(f).

Judge Robreno requires that all documents are filed electronically by the attorney using the Electronic Case Filing (ECF) system. ECF provides greater efficiency and timeliness in the filing of pleadings, automatic e-mail notice of case activity, as well as electronic storage of documents for remote access by the Court, the bar and the litigants. Attorneys appearing before Judge Robreno are required to register as Electronic Case Filing ("ECF") Filing Users at the Office of the Clerk of Court or at this court's website at www.paed.uscourts.gov.

    A copy of the "Pretrial and Trial Procedure" for Judge Robreno is available on this court's web site at www.paed.uscourts.gov under the heading "Documents" and the subheading "Judges' Procedures".

    If trial counsel in this case is on trial in a Court of record at the time of the Initial Pretrial Conference, another attorney in such trial attorney's office, who should be familiar with the case, is required to appear at the Initial Pretrial Conference.

<u>s/Trudy Oliver for</u>
**Ronald Vance**
**Acting Deputy Clerk to Judge Robreno**
**(267) 299-7429**

cc: Jason Archinaco, Esquire
    Christopher Ballo, Esquire
    Andrew Soven, Esquire

**NOTICE TO COUNSEL**
**OF AGENDA OF INITIAL PRETRIAL CONFERENCE**

1. An initial pretrial conference ("Initial Pretrial Conference"), as described in Fed. R. Civ. P. 16(a), (b) and (c) ), will be held shortly after an answer is filed or a case is reassigned to Judge Robreno's calendar.

2. The Initial Pretrial Conference usually will take ten (10) to twenty (20) minutes.

3. At the Initial Conference the following matters, among others, will be considered and acted upon:

    A. Jurisdictional defects, if any;

    B. Time limits to join other parties and to amend pleadings;

    C. Prospects of amicable settlement;

    D. Progress of self executing disclosure under Fed.R.Civ.P. 26(a)(1);

    E. Establishing schedules for remaining pretrial proceedings including discovery, pretrial filings, exchange of expert reports, etc;

    F. Filing of dispositive motions; and,

    G. Setting a date for trial.

4. Each party should be prepared to describe the nature of the discovery it seeks including an estimate of the number of depositions it intends to take.

5. No further conferences will be held until the Final Pretrial Conference unless requested by counsel for exploration of

settlement or for trial management or trial preparation purposes or if provided for in the Scheduling Order.

                                                      s/Trudy Oliver for
**Ronald Vance**
**Acting Deputy Clerk to Judge Robreno**
**(267) 299-7429**

<u>INITIAL PRETRIAL CONFERENCE STATUS REPORT</u>

Date: _____

CIVIL ACTION NO. _____   JURY TRIAL _____   NON-JURY TRIAL _____

Title of Case:_____

Name of Party You Represent: _____

Party is: plaintiff _____   defendant _____   third-party defendant _____

Name of Trial Counsel: _____

Law Firm: _____

Address: _____

Phone Number (including area code):_____  Fax No._____

Basis for Jurisdiction: _____

Proof of Service Filed as to Defendant:   Yes___   No___

Has self-executing disclosure been completed   Yes _____   No _____

If not, explain what remains to be completed? _____

What, if any, matters do you wish to bring to the attention of the court at the initial pretrial conference?_____

Case will be ready for trial on or about:_____

Trial time: a) Estimate of total time to present your case _____
            b) Estimate of total time for the entire trial _____

Additional Comments:_____

_____

_____
Counsel for