BRAGG V. LINDEN RESEARCH, INC. et al                                                                    Doc. 8

Case 2:06-cv-04925-ER    Document 8    Filed 11/29/2006    Page 1 of 1
Case 2:06-cv-04925-ER    Document 6    Filed 11/28/2006    Page 1 of 1

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

MARC BRAGG, ESQ., an individual          No. 06-cv-4925

                    Plaintiff

          v

LINDEN RESEARCH, INC., a corporation,
and PHILIP ROSEDALE, an individual,

                    Defendants.

### ORDER

AND NOW, this _____ day of November, 2006, upon consideration of the Joint

Stipulation Providing an Extension of Time Regarding Plaintiff's Response to Motion to Dismiss

for Lack of Personal Jurisdiction by Philip Rosedale and Defendants' Motion to Compel

Arbitration, agreed to and filed by the parties, it is hereby ORDERED, ADJUDGED, and

DECREED, that the Court adopts the substance of the parties' stipulation and that Plaintiff shall

file responses to Defendant's motions within seven (7) days the Court's Order in the event that

the Court denies Plaintiff's Motion to Remand.

By _____
       Judge, United States District Court

11/30/2006 Copies Mailed to:
Christopher E. Ballod
Andrew J. Soven
Jason A Archinaco

-3-

DOCS_PIT 36824v.1

Dockets.Justia.com