IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARC BRAGG, ESQUIRE,            :   CIVIL ACTION
                                :
                                :
          v.                    :
                                :
LINDEN RESEARCH, INC., and      :
PHILIP ROSEDALE,                :   NO. 06-4925

# O R D E R

AND NOW, this **29th** day **of November 2006**, it is Ordered a Hearing is **SCHEDULED on December 19, 2006 at 2:00 p.m.,** to consider the Motion Remand (doc. no. 4), in Courtroom 11A, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.


    ATTEST:                      or    BY THE COURT


    BY: s/Trudy Oliver           _____
    Deputy Clerk                          Judge

C.V. 12 (4/99)

xc:  Jason Archinaco, Esquire
     Christopher Ballo, Esquire
     Andrew Soven, Esquire