IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARC BRAGG,                           :    CIVIL ACTION
                                      :
                                      :
        v.                            :
                                      :
LINDEN RESEARCH, INC., et al.,        :    NO. 06-4925

## O R D E R

AND NOW, this **18th** day **of December 2006**, it is Ordered the Initial Pretrial Conference and Hearing previously scheduled on December 19, 2006 is **RESCHEDULED on January 5, 2007 at** 2:00 p.m., in Courtroom 11A, 601 Market Street, Philadelphia, Pennsylvania.


       ATTEST:                     or    BY THE COURT


       BY: S/Trudy Oliver
       Deputy Clerk                      Judge

C.V. 12 (4/99)

xc:   Jason Archinaco, Esquire
      Christopher Ballod, Esquire
      Andrew Soven, Esquire

Case 2:06-cv-04925-ER   Document 11   Filed 12/18/2006   Page 2 of 2