IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARC BRAGG,                           :     CIVIL ACTION
                                      :
                                      :
         v.                           :
                                      :
LINDEN RESEARCH, INC., et al.,        :     NO. 06-4925

## **A M E N D E D   O R D E R**

AND NOW, this **19th** day **of December 2006,** at the request of counsel it is Ordered the Initial Pretrial Conference and Hearing previously scheduled on January 5, 2007 is **RESCHEDULED on January 4, 2007 at 3:00 p.m.**


ATTEST:                           or      BY THE COURT


BY: s/Trudy Oliver
Deputy Clerk                              Judge

C.V. 12 (4/99)

xc:  Jason Archinaco, Esquire
     Christopher Ballod, Esquire
     Andrew Soven, Esquire