## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Joseph Matkowski<br>Court Reporter | Ronald Vance<br>Deputy Clerk |
| MARC BRAGG | Jason A. Archinaco, Esq.<br>Christopher Ballod, Esq. |
| vs. | CA NO. 06-4925 |
| LINDEN RESEARCH, INC., et al | Andrew J. Soven, Esq. |

FILED JAN 5 - 2007 MICHAEL E. KUNZ, Clerk

### MINUTE SHEET

BEFORE JUDGE Eduardo C. Robreno   DATE 1/4/07   TIME 3:15 P.M.

Hearing on Motion to Remand.

### PROCEEDING

Statement of counsel for plaintiff.
Statement of counsel for defendant.
Motion to remand case is denied.
Plaintiff shall have 10 days to file a response to defendant's motion to dismiss and motion to compel arbitration.
Defendant shall have ten days thereafter to file its response.

Order to follow.

Court adjourned at 4:15 P.M.   To reconvene __

IN CRIMINAL PROCEEDINGS, EXCLUDABLE DELAY CODES MUST BE INSERTED BELOW IF APPLICABLE, WITH THE EXPLICIT REASON FOR SUCH DELAY STATED HEREON.
  SPEEDY TRIAL ACT DELAY CODE( )   [ ] The Court deems this case "UNTRIABLE"

**TOTAL TIME IN COURT : 1 hour**
rev. 5/2003

Dockets.Justia.com