IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| MARC BRAGG | : | CIVIL ACTION |
|  | : | NO. 06-4925 |
| Plaintiff, | : |  |
| v. | : |  |
| LINDEN RESEARCH, INC. and PHILIP ROSEDALE | : |  |
| Defendants. | : |  |

## ORDER

**AND NOW**, this **4th** day of **January, 2007,** it is hereby **ORDERED** that plaintiff's Motion to Remand to State Court (doc. no. 4) is **DENIED.**

**IT IS FURTHER ORDERED** that plaintiff shall respond to defendant Philip Rosedale's Motion to Dismiss for Lack of Jurisdiction (doc. no. 2) and defendant Linden Research, Inc.'s Motion to Compel Arbitration (doc. no. 3) by **January 16, 2007.** Thereafter, defendants may file their respective replies to plaintiff's responses by **January 26, 2007.**

**IT IS FURTHER ORDERED** that a hearing on the Motion to Dismiss for Lack of Jurisdiction and the Motion to Compel Arbitration is scheduled for **Monday, February 5, 2007** at **9:30 a.m.,** in Courtroom 11A, United States Courthouse, 601 Market

Street, Philadelphia, Pennsylvania.

**AND IT IS SO ORDERED.**

**S/Eduardo C. Robreno**

**EDUARDO C. ROBRENO, J.**