IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARC BRAGG, Esq., an individual, | CIVIL ACTION |
| Plaintiff, | |
| v. | Case No. 06-4925 |
| LINDEN RESEARCH, INC., a corporation, and PHILIP ROSEDALE, an individual, | |
| Defendants. | |

## ORDER

AND NOW, this _____ day of _____, 2006, upon consideration of the Motion of Andrew J. Soven Esquire, for the Admission *pro hac vice* of Scott D. Baker, Esquire, to appear on behalf of defendants Linden Research, Inc. and Philip Rosedale in this action, it is hereby **ORDERED** that the Motion is **GRANTED**. Mr. Baker is admitted to practice before this Court *pro hac vice* as counsel for Linden Research and Mr. Rosedale in this action only.

BY THE COURT:

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARC BRAGG, Esq., an individual, : | |
| Plaintiff, : | CIVIL ACTION |
| v. : | Case No. 06-4925 |
| LINDEN RESEARCH, INC., a corporation, : and PHILIP ROSEDALE, an individual, : | |
| Defendants. : | |

### MOTION FOR ADMISSION OF SCOTT D. BAKER *PRO HAC VICE*

On behalf of defendants Linden Research, Inc. and Philip Rosedale ("Defendants"), Andrew J. Soven, Esquire respectfully moves this honorable Court for the admission *pro hac vice* of Scott D. Baker, Esquire, and in support hereof states as follows:

1. Scott D. Baker is a partner at Reed Smith LLP, and regularly practices from the firm's San Francisco office, located at 2 Embarcadero Center, Suite 2000, San Francisco, CA 94111.

2. Mr. Baker was admitted to the bar of the State of California in 1979 and is a member in good standing of the bar. Mr. Baker also has been admitted to practice before the United States District Court for the: Northern District of California, Central District of California, Southern District of California, and Eastern District of California.

3. Mr. Baker has never been disciplined or censured by any court before which he has appeared.

4. Good cause exists for Mr. Baker's admission because the Defendants have requested that Mr. Baker represent them as counsel in the above-captioned matter and Mr. Baker is officed in Northern California, where each of the defendants reside.

-2-

5.  Andrew J. Soven is also counsel to Defendants along with Mr. Baker, and is a member in good standing of the Bar of this Court. Mr. Soven will continue to receive all pleadings, discovery and correspondence in this matter.

**WHEREFORE**, for all of the foregoing reasons, Andrew J. Soven, Esquire respectfully requests that this Court admit Scott D. Baker, Esquire to represent Defendants *pro hac vice* for purposes of this action only.

Respectfully submitted,

Andrew J. Soven
P.A. I.D. No. 76766
**REED SMITH LLP**
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103
(215) 851-8100

Counsel for Defendants
Linden Research, Inc. and
Philip Rosedale

Dated: January 9, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARC BRAGG, Esq., an individual,<br><br>          Plaintiff,<br>          v.<br><br>LINDEN RESEARCH, INC., a corporation,<br>and PHILIP ROSEDALE, an individual,<br><br>          Defendants. | CIVIL ACTION<br><br>Case No. 06-4925 |

## STATEMENT OF SCOTT D. BAKER

I, Scott D. Baker, being duly sworn according to law and in support of a Motion for Admission *pro hac vice* submitted on my behalf state as follows:

1. I have been a member in good standing of the bars of the State of California since 1979. In addition, I have been admitted to practice before the United States District Court for the: Northern District of California, Central District of California, Southern District of California, and Eastern District of California.

2. I am a partner with the law firm of Reed Smith LLP, and currently practice in the firm's San Francisco office, located at 2 Embarcadero Center, Suite 2000, San Francisco, CA 94111. I have been retained to represent defendants Linden Research, Inc. and Philip Rosedale in the above-captioned case, which is currently pending in the United States District Court for the Eastern District of Pennsylvania.

3. I respectfully request the Court grant my admission *pro hac vice* for the purpose of representing the Defendants in this action.

I affirm under the penalties for perjury that the foregoing representations are true and accurate to the best of my knowledge and belief.

Dated: January 8, 2007

_____
SCOTT D. BAKER

STATE OF NEW YORK          :
                           :   ss
COUNTY OF NEW YORK         :

Sworn to and subscribed before me this 8th day of January, 2007.

ALLISON B. SIEGEL
Notary Public, State of New York
No. 01SI6130554
Qualified in New York County
Commission Expires 7-18-2009

_____
Notary Public

(SEAL)

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of January, 2007, I caused a true and correct copy of the foregoing Motion for Admission *pro hac vice* of Scott D. Baker, Esquire to be served via first class mail, postage prepaid, upon the following:

>Jason A. Archinaco, Esquire
>White and Williams LLP
>The Frick Building
>437 Grant Street, Suite 1001
>Pittsburgh, PA 15219

_____
Andrew J. Soven