Case 2:06-cv-04925-ER   Document 15   Filed 01/09/2007   Page 1 of 6

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARC BRAGG, Esq., an individual, | CIVIL ACTION |
| Plaintiff, | |
| v. | Case No. 06-4925 |
| LINDEN RESEARCH, INC., a corporation, and PHILIP ROSEDALE, an individual, | |
| Defendants. | FILED JAN 1 0 2007 |

**ORDER**

AND NOW, this 9th day of January, 2007, upon consideration of the Motion of Andrew J. Soven Esquire, for the Admission *pro hac vice* of Scott D. Baker, Esquire, to appear on behalf of defendants Linden Research, Inc. and Philip Rosedale in this action, it is hereby **ORDERED** that the Motion is **GRANTED**. Mr. Baker is admitted to practice before this Court *pro hac vice* as counsel for Linden Research and Mr. Rosedale in this action only.

BY THE COURT:

_____ J.

ENTERED

JAN 1 1 2007

CLERK OF COURT

NYLIB-409953.1-SBAKER 1/8/07 3:47 PM