Second Life: Your World. Your Imagination.

**Welcome, Machievelli Xu!**
My Account | Log out

- Resident Links -

Search Second Life

| | |
|---|---|
| Total Residents: | 1,678,098 |
| Logged In Last 60 Days: | 676,325 |
| Online Now: | 12,147 |
| US$ Spent Last 24h: | $653,625 |
| LindeX Activity Last 24h: | $96,944 |

**Second Life Videos**

Check out resident-created Second Life videos at our media page.

**Build your virtual dream**

Land in Second Life is your blank canvas. Build a dream home, a club, a shopping center, or plant some trees and construct a secluded retreat in the pristine virtual wilderness.

**Your Second Life is Ready**

*"Residents of one of the Internet's most populous virtual worlds shop, attend class—even run businesses. Soon you may do the same."*

Read the Popular Science story on

SECOND LIFE IS A 3D
ONLINE DIGITAL WORLD
IMAGINED, CREATED, & OWNED
**BY ITS RESIDENTS.**

» BUY & SELL LINDEN DOLLARS
» OWN VIRTUAL LAND
» REFER FRIENDS

VIEW INTERACTIVE MAP

CHECK OUT TEEN SECOND LIFE

UNDER 18?

**Headlines**   read more news…

**Esquire**
Philip Rosedale: Esquire's Best and Brigh...

**Wired News**
Second Life Will Save Copyright


EXHIBIT
2
tabbies®

SECOND OPINION Newsletter

11/28/2006

Dockets.Justia.com

Second Life: Your World. Your Imagination.

Learn more about land ownership!

Second Life from September, 2006.

» Read the Current Newsletter

Enter E-mail Address

SUBSCRIBE

©2006 Linden Research, Inc.

downloads | system requirements | privacy | community standards | terms of service | dmca | grid status | jobs | contact

Second Life | Memberships, Land, & Pricing

Page 1 of 2

- Resident Links - ▼

Search Second Life

## WHAT IS SECOND LIFE?

### THE WORLD

Create an Avatar

Explore

Meet People

Own Virtual Land

Have Fun

### THE CREATIONS

Create Anything

Building

Scripting

### THE MARKETPLACE

Economy

- Economic Statistics
- LindeX Market Data

Business Opportunities

Businesses on the Web

IP Rights

### MEMBERSHIPS & PRICING

Membership Plans

Land Pricing & Use Fees

### FAQ

# Memberships, Land, & Pricing

**Your first Basic account is *FREE*,** and includes access to events, shopping, building, scripting- everything you can do in Second Life. After your first free Basic Account, each Additional Basic Account (known in-world as an "alt" account) costs a one-time fee of $9.95.

**A Premium Second Life account,** starting at $9.95 a month, allows you to own land on which you can build, display, entertain and live.

- **Membership Plans**
  Details on differences between account types.

- **JOIN NOW**
  It's free to try, so why wait?

## Acquiring Land:

Acquiring land in Second Life requires a Premium Account. From a tiny parcel to an entire island, the pricing structure is extremely flexible to suit any need or budget!

- **Land Pricing & Use Fees**
  Detailed information on land pricing.

- **Land Information**
  Find out all the ways to acquire and use your land!

- **Land Store**
  Buy or reserve your own regions today!

### Resident Referral

Tell your friends about Second Life.



### Gift Certificate

Purchase a gift certificate now!



### Islands

Buy your own island today!



### Got Questions?

Call us! 1 (800) 961-6851
Monday thru Friday, 9am-6pm PST.




Second Life | Memberships, Land, & Pricing





©2006 Linden Research, Inc.





downloads | system requirements | privacy | community standards | terms of service | dmca | grid status | jobs | contact

**WHAT IS SECOND LIFE?**

**THE WORLD**

Create an Avatar

Explore

Meet People

Own Virtual Land

Have Fun

**THE CREATIONS**

Create Anything

Building

Scripting

**THE MARKETPLACE**

Economy

- Economic Statistics
- LindeX Market Data

Business Opportunities

Businesses on the Web

IP Rights

**MEMBERSHIPS & PRICING**

Membership Plans

Land Pricing & Use Fees

FAQ

## Land Pricing & Use Fees

The **Land Use Fee** (also known as a Tier Fee) is a monthly charge in addition to membership fees (i.e., US$9.95/month Premium Membership). Land use fees are billed based on the peak amount of land held during your previous 30 day billing cycle. This includes land parcels held and land tiers donated to groups. The fee is tiered and discounted as you acquire more land. Peak usage is measured by the maximum amount of land you held -- for any length of time -- during your billing cycle. Go to Land Use Fees on your account page for further details.

Premium accounts are granted a 512 m2 bonus lease before land use fees are applied. The chart below shows the fees for all land you hold or tier you donate beyond the 512 m2 bonus.

Examples:

- You hold 512 m2 of land -- or donate 512 m2 of tier to a group. Your monthly land use fee is US$0. You will need to buy the land, however.
- You hold 1024 m2 of land and donate 512 m2 to a group. Subtract your 512 m2 bonus lease, and your monthly land use fee is US$8.
- Your total land holdings and group donations equal 4612 m2. You subtract the 512 m2 bonus lease and see that your billable square meters are 4100 m2. This amount is over the 4096 m2 tier level, so your monthly land use fee will be the next level: US$40.

**Note:** Island billing is separate from land use fees.

| Additional Land (over 512 sq meters) | (In square meters) | Monthly land use fee |
|---|---|---|
| 1/128 Region | 512 m2 | US$5 |
| 1/64 Region | 1,024 m2 | US$8 |
| 1/32 Region | 2,048 m2 | US$15 |

**Resident Referral**

Tell your friends about Second Life.



**Gift Certificate**

Purchase a gift certificate now!

**Islands**

Buy your own Island today!



**Got Questions?**

Call us! 1 (800) 961-6851
Monday thru Friday, 9am-6pm PST.

Second Life | Land Pricing & Use Fees

| | | |
|---|---|---|
| 1/16 Region | 4,096 m2 | US$25 |
| 1/8 Region | 8,192 m2 | US$40 |
| 1/4 Region | 16,384 m2 | US$75 |
| 1/2 Region | 32,768 m2 | US$125 |
| Entire Region | 65,536 m2 | US$195 |

downloads | system requirements | privacy | community standards | terms of service | dmca | grid status | jobs | contact

©2006 Linden Research, Inc.

**Welcome, Machievelli Xu!**
My Account | Log out

- Resident Links -  ▼

Search Second Life

# Community: Land

Land in Second Life is your blank canvas; it is your choice what you do with it. Build a dream home, or a thunderdome. Create a dance club or a giant bathtub. Develop a small shop or a gigantic shopping center. Or plant some trees and construct a secluded retreat in the pristine virtual wilderness.

**Virtual Land:**

- **Get Land Now**
  Find out how to get your hands on your very own piece of virtual property.

- **Land Pricing & Use Fees**
  Find out what it costs to own land for yourself or a group.

- **Land Auctions**
  A listing of virtual land parcels currently up for auction -- Bid Now!

- **Land Store**
  Buy or reserve entire regions of land at our new Land Store!

- **How to Use Land**
  How to get the most out of your virtual property.

- **Group Land**
  The benefits offered by group-owned land.

- **Land Rental**
  Need a large parcel for a special event? Find out about how to rent land from Linden Lab.

## Friends Online

Friends Online has been temporarily disabled.

## Resident Referral

Tell your friends about Second Life.



## Gift Certificate

Purchase a gift certificate now!



## Islands

Buy your own island today!

**COMMUNITY**

Search
Forums
Events
Volunteer
Education

**CONNECTIONS**

**Official Linden Blog**

Media
Music
Fashion
Resident Sites
Newsletter
Mailing Lists

**COMMERCE**

Classifieds
Land Information
• Land Pricing & Use Fees
• Land Auctions
• Land Store
LindeX Currency Exchange
• Buy L$
• Sell L$
• LindeX Market Data
• Transaction History
Economic Statistics

**MY SECOND LIFE**

Second Life | Community: Land

My Account
Friends Online
Feature Voting
Refer-A-Friend
Partners
**SUPPORT**
Downloads
Police Blotter
Knowledgebase
Known Issues

**Got Questions?**

Call us! 1 (800) 961-6851
Monday thru Friday, 9am–6pm PST.

©2006 Linden Research, Inc.

downloads | system requirements | privacy | community standards | terms of service | dmca | grid status | jobs | contact

Welcome, Machievelli Xu!
My Account | Log out

[ - Resident Links - ▼ ]

Search Second Life

# Auctions

Welcome to the Second Life auction block. The listings below let you know what land is currently on offer, and new auctions are added frequently.

## How do the auctions work?

Just click on a parcel link below and it will show you more detailed information (including a SLurl location). Once you find the parcel you like, you are ready to bid on the auction. Then bid the maximum amount you wish to pay for the parcel and the auction will bid for you until you reach the maximum bid amount you entered.

Within 24 hours of the auction's end, your account will be charged accordingly, your tier will be increased if necessary, and the land will be assigned to you in-world. That's the whole process, simple and easy!

We recommend you read the Auction FAQs carefully, as they have more detailed information. You can also view completed auctions for recently completed land auctions.

## US$ Parcels

The following Second Life auctions are denominated in **US Dollars (US$)** - make sure you know what you're bidding with before you place the bid!

| Item | Time Left | Price |
|------|-----------|-------|
| Mullett (88,84) PG 18832m | 7h 19m | US$504.00 |
| Pak (188,69) Mature 12208m | 7h 34m | US$402.00 |

### Auction FAQ

Frequently asked questions about how land works in Second Life.

[MORE INFO]

### Islands

Buy your own island today!

[MORE INFO]

**COMMUNITY**

Search
Forums
Events
Volunteer
Education

**CONNECTIONS**

Official Linden Blog

Media
Music
Fashion

Resident Sites
Newsletter
Mailing Lists

**COMMERCE**

Classifieds
Land Information
  • Land Pricing & Use Fees
  • Land Auctions
  • Land Store

LindeX Currency Exchange
  • Buy L$
  • Sell L$
  • LindeX Market Data
  • Transaction History

Economic Statistics

**MY SECOND LIFE**

| My Account | | |
| Friends Online | | |
| Feature Voting | | |
| Refer-A-Friend | | |
| Partners | | |
| **SUPPORT** | | |
| Downloads | | |
| Police Blotter | | |
| Knowledgebase | | |
| Known Issues | | |

| | | |
|---|---|---|
| Taeniatum (12,236) Mature 5120m | 8h 4m | US$201.00 |
| Velox (62,155) Mature 11136m | 8h 34m | US$323.00 |
| Alta (56,161) Mature 4608m | 1d 5h 34m | US$131.00 |
| Atropos (32,192) Mature 8192m | 1d 6h 34m | US$250.00 |
| Samia (118,220) Mature 4576m | 2d 7h 19m | US$76.00 |

## L$ Parcels

The following Second Life auctions are denominated in **Linden Dollars (L$)** - make sure you know what you're bidding with before you place the bid!

| Item | Time Left | Price |
|---|---|---|
| Honister (62,238) Mature 1008m | 7h 49m | L$9,010 |
| Taeniatum (247,180) Mature 2048m | 8h 19m | L$17,442 |
| Kluek (32,32) Mature 4096m | 8h 49m | L$32,688 |
| No (224,65) Mature 3584m | 9h 4m | L$27,710 |
| Telea (188,199) Mature 4096m | 9h 19m | L$32,688 |
| Gualala (224,130) Mature 1984m | 9h 34m | L$27,230 |
| Achlya (136,209) Mature 1536m | 1d 5h 19m | L$12,010 |
| Nogojiri (240,23) Mature 1920m | 1d 5h 49m | L$15,010 |
| Dotoorak (136,193) Mature 1536m | 1d 6h 4m | L$12,210 |
| Afton (184,22) PG 1536m | 1d 6h 19m | L$6,600 |
| Velox (232,19) Mature 1536m | 1d 6h 49m | L$12,210 |
| Vari (241,94) PG 976m | 1d 7h 4m | L$5,121 |
| Jessie (97,39) Mature 1024m | 1d 7h 19m | L$20,010 |
| Mieto (18,160) Mature 1024m | 1d 7h 34m | L$7,960 |
| Bam (17,176) Mature 1024m | 1d 7h 49m | L$9,000 |
| Moran (244,181) Mature 576m | 1d 8h 4m | L$5,210 |
| Morrison (42,79) Mature 1536m | 2d 5h 19m | L$6,600 |
| Scenic Hills (16,86) Mature 1536m | 2d 5h 34m | L$6,600 |

Page 3 of 3

Second Life | Auctions

| | | |
|---|---|---|
| Minoa (230,13) PG 1456m | 2d 5h 49m | L$6,200 |
| Skegemog (173,94) PG 4096m | 2d 6h 4m | L$17,600 |
| Goodelli (44,107) Mature 1024m | 2d 6h 19m | L$4,400 |
| Cranberry (16,241) Mature 1024m | 2d 6h 34m | L$4,400 |
| Uli (55,8) PG 576m | 2d 6h 49m | L$2,400 |
| Onnuri (48,73) Mature 1024m | 2d 7h 4m | L$4,400 |
| Humuli (150,240) Mature 1408m | 2d 7h 34m | L$6,000 |

downloads | system requirements | privacy | community standards | terms of service | dmca | grid status | jobs | contact

©2006 Linden Research, Inc.

11/28/2006

Second Life | Auction FAQ

**Welcome, Machievelli Xu!**
My Account | Log out

- Resident Links -    ▼

Search Second Life

## COMMUNITY

Search

Forums

Events

Volunteer

Education

**CONNECTIONS**

**Official Linden Blog**

Media

Music

Fashion

Resident Sites

Newsletter

Mailing Lists

**COMMERCE**

Classifieds

Land Information

- Land Pricing & Use Fees

- Land Auctions

- Land Store

LindeX Currency Exchange

- Buy L$

- Sell L$

- LindeX Market Data

- Transaction History

Economic Statistics

**MY SECOND LIFE**

## Auction FAQ

Here's some additional information about Second Life auctions:

- Second Life Auctions and "My Account"
- Bidding and Winning
- Winning and Paying
- Collecting Your New Land
- Resolving Auction Problems

### Second Life Auctions and "My Account"

**Can anyone in Second Life buy land in the auctions?**
No, only residents with Premium memberships are eligible to purchase land in Second Life.

**Does the land I win in auction count against my land allocation?**
Yes. Before you bid, be sure you are comfortable with paying any additional monthly fee ("tiering up") that might be triggered. You can review your land allotment by going to Your Account.

**Can I bid on land if it would put me in a higher land tier?** Yes, you will automatically be assigned to the tier when you win and successfully pay for the auction.

**Can I bid with L$ that I don't have?**
No, the auction program checks your account to make sure you have adequate L$ to cover your bid.

### Bidding and Winning

**Where are the auctions located?**
The auctions are located at the Second Life Auction House.

Second Life | Auction FAQ

My Account
Friends Online
Feature Voting
Refer-A-Friend
Partners

**SUPPORT**

Downloads
Police Blotter
Knowledgebase
Known Issues

**Where else can I see the parcels about to be auctioned?**
When you are in Second Life, you can click on the "Find" button, select "Land Sales", check the "Auction" box and select "Search". You can also see land for auction by clicking on the "Map" button and selecting "Land for Sale". The land set up for auction appears as light blue. The map includes land that is planned for auction as well as those parcels currently on the block.

**How much can I modify the land after I win it in an auction?** All land in SL can be modified within 4 meters from its original shape unless otherwise specified. Make sure the parcel works for you within this limit before you bid.

**How does "Maximum Bid" work?**
When you enter a bid significantly higher than the current high bid, then the system will automatically bid for you up to the point of your maximum bid. This makes it less necessary to be online at the time the auction ends. The amount of the bid will be the minimum needed to outbid competing bidders. For example, if the current high bid is US$50, and you bid US$100, then a bid of $51will be automatically placed for you. If someone else bids US$75, then a bid of $US76 will be placed for you - and so on. If someone bids $101, then an email will be generated to you that you have been outbid.

**What if I want to change my maximum bid?**
You can increase this bid at a later time whether or not someone else has outbid you. You can't decrease a maximum bid.

**Is the bidding extended if someone bids just before the deadline?**
No, the bidding is no longer extended by last minute bids. You can prevent much of the unwanted sniping by using the maximum bid feature.

**How will I know if I won?**
You will be notified by email so make sure your email address is up to date in Your Account.

**Is the auction legal outside the United States?**
No matter where you live, Second Life insists that your transactions comply with the laws of the countries where you reside. We can't give you legal advice about your particular transaction - users are responsible for ensuring that their transactions are lawful in their country. Therefore, to avoid the potential for legal difficulties, Second Life strongly suggests that users educate themselves about the laws of their own country.

**Will the closing time for an auction ever be delayed?**
If the website is generally inaccessible, preventing people from participating in an auction, Linden may delay the closing time of auctions until at least two hours after access is restored. In some cases, where

Second Life | Auction FAQ

auctions have closed but access to the auction site was unavailable, Linden may re-open closed auctions.

**What else should I know?**
Before submitting a bid, please remember that you automatically enter into a legally binding contract to purchase the item from the seller if you win the auction.

## Winning and Paying

**How soon will my account be debited after I win?**
Auctions are credited immediately upon closing, so be sure you have your payment source in order before the auction closes.

**What if I want to use a different credit card?**
You can change your active credit card at "Your Account". All subsequent charges, including subscription charges, will go against that card until you change it again.

**What if no one bids on a parcel?**
The land will be re-auctioned. If it fails to sell again, Linden Lab may list it for sale.

**What if I want to close my auction sooner?**
If you want to close your auction sooner, go to the auction page and click on the "Pay Now" button to close your auction as soon as it has been completed.

## Collecting Your New Land

**How will I know when I can take possession of the land?**
Unless there is a problem with billing, winners of auctions will be assigned the land within 24 hours.

**How soon do I have to buy the land I won in the auction?**
The land will be assigned to you as soon as the auction closes and billing has run. This may include an increase in land tier.

**How do I take possession?**
The parcel has already been assigned to you in world once the auction ends and the billing has run.

**Is it possible to avoid tiering up by releasing other land before confirming a new higher tier?**
Generally you will have up to 24 hours to make arrangements concerning

Second Life | Auction FAQ

Page 4 of 4

tier. You should make those arrangements once the auctions ends and you are notified.

**Resolving Auction Problems**

**What if I win an auction but realize I've made a mistake?**
Please send an email to land@secondlife.com with all auction questions. If you are unable or unwilling to pay for land bought in an auction, then you will be charged a restocking fee of US$100 (L$8000 for $L auctions). Please note that more than 2 auction defaults may result in a loss of bidding status.

**What happens if the winner doesn't pay for the parcel?**
If you fail billing on the auction you account will go into delinquency, just as if you failed a membership or land tier billing. If you fail billing for 7 days the account will go on hold. After 30 days your account will be cancelled and your land reclaimed. You should contact support if this occurs.

The second highest bidder has the option of buying it for their highest bid. If the second bidder refuses the option, then the parcel will be auctioned again.

**Who do I contact if I have a problem?**
You should email land@lindenlab.com.

© 2006 Linden Research, Inc.

11/28/2006

http://secondlife.com/auctions/faq.php

Second Life | Auction Details

- Buy L$
- Sell L$
- LindeX Market Data
- Transaction History
Economic Statistics
**MY SECOND LIFE**

## Auction Details

# Mullett (88,84) PG 18832m

**Place a Bid:**

Current Bid:    US$ 504.00

Your maximum bid: **US$**

(Enter **505.00** or more)

**Place Bid**

Current Bid: **US$ 504.00**
Time Left: **7 hours 19 mins**
Ends: 2006-11-28 17:00:00
History: 21 bids
High Identity Protected
Bidder:

Second Life | Auction Details

My Account
Friends Online
Feature Voting
Refer-A-Friend
Partners
**SUPPORT**
Downloads
Police Blotter
Knowledgebase
Known Issues

downloads | system requirements | privacy | community standards | terms of service | dmca | grid status | jobs | contact

2-18

11/28/2006

©2006 Linden Research, Inc.

Second Life | Auction Details

Second Life | Auction Bid

Page 1 of 2

Search Second Life

**COMMUNITY**

Search
Forums
Events
Volunteer
Education

**CONNECTIONS**

Official Linden Blog

Media
Music
Fashion
Resident Sites
Newsletter
Mailing Lists

**COMMERCE**

Classifieds
Land Information
• Land Pricing & Use Fees
• Land Auctions
• Land Store
LindeX Currency Exchange
• Buy L$
• Sell L$
• LindeX Market Data
• Transaction History
Economic Statistics

**MY SECOND LIFE**

## Auction Bid

## Mullett (88,84) PG 18832m

**The following must be corrected before continuing:**

• Your maximum bid - Your bid must be at least US$505.00.

Place a Bid

Current bid:        US$504.00

Your maximum bid: US$ [            ]  (Enter **505.00** or more)

[ Place Bid ]

Bid carefully! The winning bid does not include monthly fees that may
be triggered by owning this parcel. Please review Your Account before
bidding to determine the possible effect on your monthly charge. If the
additional land puts you in a higher land tier, you must be willing to pay
a higher monthly charge or release other land.

Before submitting a bid, please remember that you automatically enter
into a legally binding contract to purchase the item from the seller if
you win the auction.

No matter where you live, Second Life insists that your transactions
comply with the laws of the countries where you reside. We can't give
you legal advice about your particular transaction - users are
responsible for ensuring that their transactions are lawful in their
country. Therefore, to avoid the potential for legal difficulties, Second
Life strongly suggests that users educate themselves about the laws of
their own country.

If you win, you may be charged for the entire bid amount **immediately**

**Auction FAQ**

Frequently asked
questions about how land
works in Second Life.

[ MORE >> ]

Second Life | Auction Bid

My Account
Friends Online
Feature Voting
Refer-A-Friend
Partners
**SUPPORT**
Downloads
Police Blotter
Knowledgebase
Known Issues

at the end of the auction. Make sure you have available credit on the credit card listed in Your Account. You can update your credit card info at any time.

For US$ auctions, your land will be set for transfer to you within 24 hours. You will be notified via email.

©2006 Linden Research, Inc.

downloads | system requirements | privacy | community standards | terms of service | dmca | grid status | jobs | contact

Second Life | Auction Details

- Buy L$
- Sell L$
- LindeX Market Data
- Transaction History

Economic Statistics **\*NEW\***

**MY SECOND LIFE**

## Auction Details

# Swain (64,128) 16384m Mature



Current Bid: **US$ 261.00**

Time Left: **6 hours 32 mins**

Ends: 2006-10-08 18:30:00

History: 2 bids

High Bidder: Identity Protected

**Place a Bid:**

Current Bid: US$ 261.00

Your maximum bid: **US$** US$ (Enter **262.00** or more)

Place Bid

Second Life : Auction Details

My Account
Friends Online
Feature Voting
Refer-A-Friend
Partners
**SUPPORT**
Downloads
Police Blotter
Knowledgebase
Known Issues

downloads | system requirements | privacy | community standards | terms of service | dmca | grid status | jobs | contact

10/8/2006