BRAGG v. LINDEN RESEARCH, INC. et al    Doc. 18 Att. 4
Case 2:06-cv-04925-ER    Document 18-5    Filed 01/16/2007    Page 1 of 5
Page 1 of 5

Second Life | Economic Statistics

- IP Rights
- Memberships & Pricing
  - Membership Plans
  - Land Pricing & Use Fees
- FAQs

# Economic Statistics

## Last Updated: Monday, January 15, 2007
Reflects data through midnight, January 14.

Raw Data Files

### Population

| | |
|---|---|
| Residents Logged-In During Last 7 Days | 210,219 |
| Residents Logged-In During Last 14 Days | 311,843 |
| Residents Logged-In During Last 30 Days | 506,257 |
| Residents Logged-In During Last 60 Days | 855,063 |
| Total Residents [1] | 2,663,574 |

## Land

### Land Sales by Resident

| Month | Total Square Meters Sold by Residents | Avg L$ Paid Per Square Meter |
|---|---|---|
| December 2006 | 52,507,664 | 9.84 |
| January 2007 - MTD | 24,465,200 | 12.35 |

### Islands Added

| Month | Islands Owned (End of Month) | Islands Added (During Month) |
|---|---|---|
| December 2006 | 3110 | 546 |
| January 2007 - MTD | 3517 | 407 |

### Land for Sale Today

| | |
|---|---|
| Residents With Parcels for Sale | 2,473 |
| Total Parcels For Sale | 11,370 |
| Total Square Meters for Sale | 7,432,896 |

### Square Meters Auctioned

| Month | Square Meters |
|---|---|
| 2006 December | 12,043,216 |
| 2007 January - MTD | 4,309,776 |


EXHIBIT 4-1

## Currency

Monthly Spending by Amount (2006 December)

| Transaction Size | Residents |
|---|---|
| 1 - 500 L$ | 59,980 |
| 501 - 2,000 L$ | 23,858 |
| 2001 - 5,000 L$ | 16,960 |
| 5,001 - 10,000 L$ | 12,456 |
| 10,001 - 50,000 L$ | 21,515 |
| 50,001 - 100,000 L$ | 4,758 |
| 100,001 - 500,000 L$ | 3,770 |
| 500,001 - 1,000,000 L$ | 414 |
| Over 1,000,000 L$ | 397 |
| Total Customers Spending Money In-World | 144,108 |

Resident Transactions by Amount (2006 December)

| Transaction Size | Volume |
|---|---|
| 1L$ | 2,155,308 |
| 2 - 19 L$ | 5,472,087 |
| 20 - 49 L$ | 1,868,907 |
| 50 - 199 L$ | 2,623,242 |

**Total L$ Supply (L$):** 1,475,263,314

**Estimated In World Business Owners**

Unique Users with Positive Monthly Linden Dollar Flow (PMLF) [2]

| USD Equivalent PMLF | July 2006 | August 2006 | September 2006 | October 2006 | November 2006 | December 2006 |
|---|---|---|---|---|---|---|
| < $10 USD | 4,206 | 4,754 | 5,180 | 6,285 | 7,098 | 9,000 |
| $10 to $50 USD | 2,159 | 2,641 | 2,770 | 3,402 | 3,592 | 4,535 |
| $50 to $100 USD | 625 | 684 | 760 | 866 | 1,010 | 1,239 |
| $100 to $200 USD | 460 | 507 | 566 | 692 | 797 | 921 |
| $200 to $500 USD | 398 | 489 | 524 | 563 | 671 | 823 |
| $500 to $1,000 USD | 187 | 192 | 228 | 263 | 289 | 350 |
| $1,000 to $2,000 USD | 100 | 117 | 125 | 160 | 179 | 229 |
| $2,000 to $5,000 USD | 66 | 75 | 77 | 92 | 94 | 140 |
| > $5,000 USD | 33 | 36 | 37 | 41 | 58 | 90 |
| Total Unique Users with PMLF | 8,234 | 9,495 | 10,267 | 12,364 | 13,788 | 17,327 |

Monthly Spending by Amount (2006 December)

Monthly Spending by Amount (2006 December)

| Transaction Size | Residents |
|---|---|
| 1 - 500 L$ | 59,980 |
| 501 - 2,000 L$ | 23,858 |
| 2001 - 5,000 L$ | 16,960 |
| 5,001 - 10,000 L$ | 12,456 |
| 10,001 - 50,000 L$ | 21,515 |
| 50,001 - 100,000 L$ | 4,758 |
| 100,001 - 500,000 L$ | 3,770 |
| 500,001 - 1,000,000 L$ | 414 |
| Over 1,000,000 L$ | 397 |
| Total Customers Spending Money In-World | 144,108 |

Resident Transactions by Amount (2006 December)

| Transaction Size | Volume |
|---|---|
| 1 L$ | 2,155,308 |
| 2 - 19 L$ | 5,472,087 |
| 20 - 49 L$ | 1,868,907 |
| 50 - 199 L$ | 2,623,242 |

©2007 Linden Research, Inc. | We're Hiring!

| Range | Count |
|---|---|
| 200 - 499 L$ | 1,121,857 |
| 500 - 999 L$ | 551,428 |
| 1,000 - 4,999 L$ | 525,645 |
| 5,000 - 19,999 L$ | 132,397 |
| 20,000 - 99,999 L$ | 29,527 |
| 100,000 - 499,999 L$ | 2,824 |
| >= 500,000 L$ | 228 |
| Total Transaction Count | 14,483,450 |

## L$ Sources and Sinks

| Description | 2006 December Sinks (L$) | 2006 December Sources (L$) | 2007 January - MTD Sinks (L$) | 2007 January - MTD Sources ($L) |
|---|---|---|---|---|
| Classified Charges | 9,829,444 | 0 | 4,867,735 | 0 |
| Group Creation Fees | 1,232,900 | 0 | 709,300 | 0 |
| Land | 3,431,000 | 25,058 | 1,154,488 | 0 |
| Supply Linden Sales | 0 | 198,449,261 | 0 | 73,500,000 |
| Parcel Directory Fees | 660,540 | 0 | 690,060 | 0 |
| Referral Bonus | 0 | 1,038,500 | 0 | 39,000 |
| Stipends | 65,500 | 95,729,250 | 39,750 | 50,550,500 |
| Upload Charges | 10,610,800 | 0 | 5,745,460 | 0 |
| Other | 31,595,731 | 18,859,394 | 28,896,018 | 13,962,946 |
| TOTAL | 57,425,915 | 314,101,463 | 42,102,811 | 138,052,446 |

[1] A Resident is a uniquely named avatar with the right to log into Second Life, trade currency and visit the Community pages.

[2] PMLF (Positive Monthly Linden Flow) looks at the flow of Linden Dollars into a unique user's account BEFORE Linden Lab Charges are applied to the account. These numbers EXCLUDE payments or receipts related to the sale or acquisition of land (since theoretically these represent investments and not business receipts). All numbers are rolled-up among avatar "alts" to the Unique Customer Level. Businesses that are operate Linden Dollar exchanges are excluded. Note that some businesses accept payment outside the Linden Economy (e.g. via CC & Paypal) and those numbers are not included in these reports.

While we hope to provide accurate and useful information, please note that we do not guarantee the accuracy of any information; and we expressly disclaim all warranties and limit liabilities as more fully described in the Terms of Service posted at http://secondlife.com/corporate/tos.php.

200 - 499 L$    1,121,857

Second Life | Economic Statistics

| | |
|---|---:|
| 500 - 999 L$ | 551,428 |
| 1,000 - 4,999 L$ | 525,645 |
| 5,000 - 19,999 L$ | 132,397 |
| 20,000 - 99,999 L$ | 29,527 |
| 100,000 - 499,999 L$ | 2,824 |
| >= 500,000 L$ | 228 |
| Total Transaction Count | 14,483,450 |

L$ Sources and Sinks

| Description | 2006 December Sinks (L$) | 2006 December Sources (L$) | 2007 January - MTD Sinks (L$) | 2007 January - MTD Sources ($L) |
|---|---:|---:|---:|---:|
| Classified Charges | 9,829,444 | 0 | 4,867,735 | 0 |
| Group Creation Fees | 1,232,900 | 0 | 709,300 | 0 |
| Land | 3,431,000 | 25,058 | 1,154,488 | 0 |
| Supply Linden Sales | 0 | 198,449,261 | 0 | 73,500,000 |
| Parcel Directory Fees | 660,540 | 0 | 690,060 | 0 |
| Referral Bonus | 0 | 1,038,500 | 0 | 39,000 |
| Stipends | 65,500 | 95,729,250 | 39,750 | 50,550,500 |
| Upload Charges | 10,610,800 | 0 | 5,745,460 | 0 |
| Other | 31,595,731 | 18,859,394 | 28,896,018 | 13,962,946 |
| TOTAL | 57,425,915 | 314,101,463 | 42,102,811 | 138,052,446 |

[1] A Resident is a uniquely named avatar with the right to log into Second Life, trade currency and visit the Community pages.

[2] PMLF (Positive Monthly Linden Flow) looks at the flow of Linden Dollars into a unique user's account BEFORE Linden Lab Charges are applied to the account. These numbers EXCLUDE payments or receipts related to the sale or acquisition of land (since theoretically these represent investments and not business receipts). All numbers are rolled-up among avatar "alts" to the Unique Customer Level. Businesses that are operate Linden Dollar exchanges are excluded. Note that some businesses accept payment outside the Linden Economy (e.g. via CC & Paypal) and those numbers are not included in these reports.

While we hope to provide accurate and useful information, please note that we do not guarantee the accuracy of any information; and we expressly disclaim all warranties and limit liabilities as more fully described in the Terms of Service posted at http://secondlife.com/corporate/tos.php.