Second Life | LindeX Market Data

- IP Rights
- Memberships & Pricing
- Membership Plans
- Land Pricing & Use Fees
- FAQs

# LindeX Market Data

This page provides the most recent market data from the LindeX Currency Exchange.



**Daily Summary**

*Last Close Date 2007-01-15*

| | |
|---|---|
| Best buying rate: | L$266 / US$1.00 |
| Best selling rate: | L$276 / US$1.00 |
| Last trade: | L$266 / US$1.00 |
| Last close: | L$267 / US$1.00 |
| Change: | -L$1 / US$1.00 |
| Today's volume: | L$15,677,608 |
| Today's open: | L$277 / US$1.00 |
| Today's high: | L$277 / US$1.00 |
| Today's low: | L$266 / US$1.00 |
| Today's average: | L$269.4395 / US$1.00 |

BUY L$    SELL L$

High/Low/Average Exchange Rates

L$ / US$1.00

280
270
260
250

17 Dec   24 Dec   31 Dec   07 Jan   14 Jan

Volume

L$

40,000,000
30,000,000
20,000,000

17 Dec   24 Dec   31 Dec   07 Jan   14 Jan

Show: 7 days   14 days   30 days   90 days   all

**Daily Market History** - Rates are in L$ per US$1.00. Volume and quantities are in L$.

| | Open | Close | Min | Avg | Max | Min | Avg |
|---|---|---|---|---|---|---|---|

EXHIBIT 4-2

tabbies®

| Date | Rate | Rate | Volume | Rate | Rate | Rate | Qty | Rate | Rate | Qty | Qty | Max Qty |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2007-01-15 | 268 | 267 | 41,644,903 | 266 | | 269.33 | | 278 | | 50 | 6,996 | 523,855 |
| 2007-01-14 | 269 | 277 | 39,625,451 | 266 | | 269.79 | | 278 | | 7 | 6,800 | 561,704 |
| 2007-01-13 | 268 | 269 | 43,699,578 | 267 | | 269.62 | | 278 | | 6 | 6,979 | 541,855 |
| 2007-01-12 | 268 | 268 | 42,018,121 | 266 | | 268.92 | | 277 | | 51 | 6,790 | 526,250 |
| 2007-01-11 | 267 | 268 | 46,155,542 | 266 | | 269.30 | | 277 | | 17 | 7,814 | 500,443 |
| 2007-01-10 | 266 | 267 | 32,920,359 | 266 | | 268.85 | | 277 | | 2 | 7,411 | 500,000 |
| 2007-01-09 | 267 | 266 | 46,074,863 | 266 | | 269.92 | | 277 | | 1 | 8,813 | 1,435,229 |
| 2007-01-08 | 268 | 267 | 41,238,017 | 266 | | 269.37 | | 277 | | 6 | 7,454 | 400,000 |
| 2007-01-07 | 277 | 268 | 42,842,262 | 266 | | 269.22 | | 277 | | 15 | 6,822 | 700,000 |
| 2007-01-06 | 268 | 267 | 39,396,680 | 266 | 267 | 268.52 | | 277 | | 31 | 6,122 | 865,000 |
| 2007-01-05 | 267 | 268 | 41,830,234 | 266 | 268 | 268.91 | | 277 | | 21 | 6,183 | 2,850,000 |
| 2007-01-04 | 267 | 267 | 47,910,353 | 266 | 267 | 268.55 | | 276 | | 17 | 7,069 | 1,436,760 |
| 2007-01-03 | 267 | 267 | 44,237,714 | 266 | 267 | 268.66 | | 277 | | 7 | 6,598 | 580,000 |
| 2007-01-02 | 267 | 267 | 44,006,124 | 266 | 267 | 269.72 | | 277 | | 3 | 7,745 | 779,266 |
| 2007-01-01 | 268 | 267 | 38,967,454 | 267 | 267 | 269.89 | | 277 | | 12 | 6,909 | 551,650 |
| 2006-12-31 | 267 | 268 | 31,352,034 | 267 | 268 | 269.23 | | 277 | | 1 | 5,670 | 337,472 |
| 2006-12-30 | 267 | 267 | 38,793,619 | 266 | 267 | 269.28 | | 277 | | 3 | 6,379 | 625,132 |
| 2006-12-29 | 268 | 267 | 37,880,624 | 266 | 267 | 269.84 | | 278 | | 3 | 8,320 | 574,500 |

Second Life | LindeX Market Data

| Date | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2007-01-06 | 268 | 267 | 39,396,680 | 266 | 268.52 | 277 | 31 | 6,122 | 865,000 |
| 2007-01-05 | 267 | 268 | 41,830,234 | 266 | 268.91 | 277 | 21 | 6,183 | 2,850,000 |
| 2007-01-04 | 267 | 267 | 47,910,353 | 266 | 268.55 | 276 | 17 | 7,069 | 1,436,760 |
| 2007-01-03 | 267 | 267 | 44,237,714 | 266 | 268.66 | 277 | 7 | 6,598 | 580,000 |
| 2007-01-02 | 267 | 267 | 44,006,124 | 266 | 269.72 | 277 | 3 | 7,745 | 779,266 |
| 2007-01-01 | 268 | 267 | 38,967,454 | 267 | 269.89 | 277 | 12 | 6,909 | 551,650 |
| 2006-12-31 | 267 | 268 | 31,352,034 | 267 | 269.23 | 277 | 1 | 5,670 | 337,472 |
| 2006-12-30 | 267 | 267 | 38,793,619 | 266 | 269.28 | 277 | 3 | 6,379 | 625,132 |
| 2006-12-29 | 268 | 267 | 37,880,624 | 266 | 269.84 | 278 | 3 | 8,320 | 574,500 |

Second Life | LindeX Market Data

| Date | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2006-12-21 | 268 | 267 | 43,756,649 | 266 | 270.57 | 278 | 1 | 6,756 | 1,439,412 |
| 2006-12-20 | 268 | 268 | 35,869,695 | 267 | 269.99 | 278 | 13 | 6,204 | 542,799 |
| 2006-12-19 | 269 | 268 | 33,679,745 | 267 | 270.54 | 278 | 15 | 6,758 | 470,669 |
| 2006-12-18 | 269 | 269 | 34,452,488 | 267 | 271.25 | 278 | 3 | 6,590 | 400,000 |
| 2006-12-17 | 269 | 269 | 34,252,148 | 267 | 270.36 | 278 | 3 | 5,931 | 279,757 |
| 2006-12-28 | 268 | 275 | 38,039,159 | 266 | 269.16 | 278 | 4 | 6,941 | 747,700 |
| 2006-12-27 | 277 | 275 | 35,661,819 | 266 | 269.62 | 278 | 6 | 6,575 | 443,864 |
| 2006-12-26 | 278 | 267 | 33,720,956 | 266 | 270.10 | 278 | 8 | 6,998 | 1,000,000 |
| 2006-12-25 | 268 | 267 | 25,560,501 | 267 | 270.16 | 278 | 11 | 6,020 | 600,000 |
| 2006-12-24 | 277 | 268 | 25,473,530 | 267 | 269.52 | 278 | 14 | 5,778 | 1,000,000 |
| 2006-12-23 | 277 | 268 | 42,267,485 | 267 | 269.41 | 278 | 22 | 7,920 | 782,830 |
| 2006-12-22 | 267 | 268 | 36,250,065 | 266 | 269.04 | 277 | 16 | 6,237 | 500,000 |
| 2006-12-21 | 268 | 267 | 43,756,649 | 266 | 270.57 | 278 | 1 | 6,756 | 1,439,412 |
| 2006-12-20 | 268 | 268 | 35,869,695 | 267 | 269.99 | 278 | 13 | 6,204 | 542,799 |
| 2006-12-19 | 269 | 268 | 33,679,745 | 267 | 270.54 | 278 | 15 | 6,758 | 470,669 |
| 2006-12-18 | 269 | 269 | 34,452,488 | 267 | 271.25 | 278 | 3 | 6,590 | 400,000 |
| 2006-12-17 | 269 | 269 | 34,252,148 | 267 | 270.36 | 278 | 3 | 5,931 | 279,757 |

©2007 Linden Research, Inc. | We're Hiring!