BRAGG v. LINDEN RESEARCH, INC. et al                                                                              Doc. 18 Att. 6
ICC International Court of Arbitration - Costs Calculator                                                    Page 1 of 1
Case 2:06-cv-04925-ER    Document 18-7    Filed 01/16/2007    Page 1 of 1



# International Court of Arbitration
## International Dispute Resolution Services

- Home
- Intro
- Search
- Map
- Français

**Arbitration Services**
- Arbitration
- Appointing authority
- Pre-arbitral referee

**Other ICC Dispute Resolution Services**
- ADR
- Expertise
- DOCDEX
- Dispute Boards

**Documentation**
- Rules
- Model or suggested clauses
- Awards
- Reference material
- ICC Court Bulletin
- Seminars & events
- Website Archives
- Contacts

## Arbitration Cost Calculator - Results

| | |
|---|---|
| Amount in Dispute | US $ **1** |
| Number of Arbitrators | **3** |

**Arbitrators' Fees**

| | |
|---|---|
| Minimum | US $ **2500** |
| Average | US $ **2500** |
| Maximum | US $ **2500** |

**Advance on costs (without arbitrators' expenses)**

| | |
|---|---|
| Average fees multiplied by 3 arbitrator(s) | US $ **7500** |
| Administrative expenses | US $ **2500** |
| **TOTAL** | US $ **10000** |

[Back]

Copyright ©
International Chamber
of Commerce
All rights reserved.

e-mail us your comments and remarks

HOME | INTRODUCING THE COURT | SITE SEARCH | SITE MAP | ICC

EXHIBIT 5

http://www.iccwbo.org/court/english/cost_calculator/results_test1.asp            11/16/2006