Second Life: Your World. Your Imagination.

Page 1 of 2

**Welcome, Machievelli Xu!**
My Account | Log out
- Resident Links -
Search Second Life

| | |
|---|---|
| Total Residents: | 1,678,098 |
| Logged In Last 60 Days: | 676,325 |
| Online Now: | 12,147 |
| US$ Spent Last 24h: | $653,625 |
| LindeX Activity Last 24h: | $96,944 |

**Second Life Videos**
Check out resident-created Second Life videos at our media page.

*Second Opinion Newsletter*

**SECOND LIFE IS A 3D ONLINE DIGITAL WORLD**
IMAGINED, CREATED, & OWNED **BY ITS RESIDENTS.**

- Buy & Sell Linden Dollars
- Own Virtual Land
- Refer Friends

VIEW INTERACTIVE MAP

CHECK OUT TEEN SECOND LIFE

UNDER 18?

**Headlines**   read more news...

**Esquire**
Philip Rosedale: Esquire's Best and Brigh...

**Wired News**
Second Life Will Save Copyright

**Build your virtual dream**
Land in Second Life is your blank canvas. Build a dream home, a club, a shopping center, or plant some trees and construct a secluded retreat in the pristine virtual wilderness.

**Your Second Life is Ready**
"Residents of one of the Internet's most populous virtual worlds shop, attend class—even run businesses. Soon you may do the same."

Read the Popular Science story on


tabbies
**EXHIBIT**
3

http://secondlife.com/

11/28/2006

Welcome, Machievelli Xu:
My Account | Log out

- Resident Links - ▼

Search Second Life

### Resident Referral

Tell your friends about Second Life.

 

### Islands

Buy your own island today!



### Got Questions?

Call us! 1 (800) 961-6851
Monday thru Friday, 9am-6pm PST.



## Own Virtual Land

Owning land in Second Life allows you to build, display, and store your virtual creations, as well as host events and businesses.

Become a part of history by purchasing land and developing your own piece of Second Life. The Pricing and Fees are simple; you pay $9.95 a month plus a Land Use Fee proportional to the amount of land you own.

Whether it's a modest nook for a relaxing cottage, or an entire island to build your dream amusement park, land is for everyone.




**WHAT IS SECOND LIFE?**

The World
- Create an Avatar
- Explore
- Meet People
- Own Virtual Land
- Have Fun

The Creations
- Create Anything
- Building
- Scripting

The Marketplace
- Economy
- Economy Graphs
- Economic Statistics
- LindeX Market Data
- Business Opportunities
- Businesses on the Web
- IP Rights

Memberships & Pricing
- Membership Plans
- Land Pricing & Use Fees

FAQs

downloads | system requirements | privacy | community standards | terms of service | dmca | trademark usage | grid status | contact

©2007 Linden Research, Inc. | We're Hiring!

Welcome, Machievelli Xui
My Account | Log out

- Resident Links -

Search Second Life

### Resident Referral

Tell your friends about Second Life.



### Islands

Buy your own island today!



### Got Questions?

Call us! 1 (800) 961-6851
Monday thru Friday, 9am-6pm PST.



## IP Rights

Linden Lab's Terms of Service agreement recognizes Residents' right to retain full intellectual property protection for the digital content they create in Second Life, including avatar characters, clothing, scripts, textures, objects and designs. This right is enforceable and applicable both in-world and offline, both for non-profit and commercial ventures. You create it, you own it – and it's yours to do with as you please.

For more details please see our Terms of Service.



**WHAT IS SECOND LIFE?**

The World
- Create an Avatar
- Explore
- Meet People
- Own Virtual Land
- Have Fun

The Creations
- Create Anything
- Building
- Scripting

The Marketplace
- Economy
- Economy Graphs
- Economic Statistics
- LindeX Market Data
- Business Opportunities
- Businesses on the Web
- IP Rights

Memberships & Pricing
- Membership Plans
- Land Pricing & Use Fees

FAQs

downloads | system requirements | privacy | community standards | terms of service | dmca | trademark usage | grid status | contact

©2007 Linden Research, Inc. | We're Hiring!