BRAGG v. LINDEN RESEARCH, INC. et al
Doc. 19 Att. 4
Case 2:06-cv-04925-ER Document 19-5 Filed 01/16/2007 Page 1 of 1

Second Life | Economic Statistics: Graphs
Page 1 of 5

The Marketplace

- Economy
- Economy Graphs
- Economic Statistics
- LindeX Market Data
- Business Opportunities
- Businesses on the Web
- IP Rights

Memberships & Pricing

- Membership Plans
- Land Pricing & Use Fees

FAQs

EXHIBIT
4

# Economic Statistics: Graphs

Please refer to this blog post for a detailed explanation of each of the metrics incorporated in these charts.

Premium Residents
Premium Accounts, Active Month End
Net Growth in Premium Accounts
Premium Residents (000s)
% Growth
60
50
40
30
20
10
0
35%
30%
25%
20%
15%
10%
5%
0%
Jan-05
Mar-05
May-05
Jul-05
Sep-05
Nov-05
Jan-06
Mar-06
May-06
Jul-06
Sep-06
Nov-06

http://secondlife.com/whatis/economy-graphs.php
1/16/2007

Dockets.Justia.com