Better Business Bureau-- San Francisco, Oakland, and Northern Coastal California     Page 1 of 2



## BBB Reliability Report

### The Better Business Bureau®
### Serving San Francisco, Oakland, and Northern Coastal California

1000 Broadway Suite 625
Oakland, CA 94607
(510) 844-2000
www.goldengatebbb.org

### Linden Lab

1100 Sansome St.
San Francisco, CA 94111
Telephone: (415) 243-9000
Fax: (415) 243-9045

*The BBB reports on members and non-members. If a company is a member of the BBB, it is stated in this **report**.*

| | |
|---|---|
| **Original Business Start Date:** | November 1999 |
| **Principal:** | Philip Rosedale, CEO |
| **Customer Contact:** | Philip Rosedale, CEO |
| **Email Address:** | contact@lindenlab.com |
| **Entity:** | Corporation |
| **TOB Classification:** | Services (General) |
| **BBB Membership:** | This company is not a member. |

**EXHIBIT 5**

## Nature Of Business

http://www.goldengatebbb.org/commonreport.html?bid=57373                     5/24/2006