

# BUSINESS RECORD

D&B Completed Analysis:09-22-2006
Database Last Updated:09-22-2006
Source:Copyright (c) 2002 by Dun & Bradstreet, Inc.
Current Date:10/02/2006

## COMPANY INFORMATION

DUNS:16-933-2371
Name:LINDEN RESEARCH, INC
ADDRESS:1100 SANSOME ST
SAN FRANCISCO, CA 94111
TELEPHONE:415-591-5000

YEAR STARTED:2000

## BUSINESS DESCRIPTION

LINE OF BUSINESS:HARDWARE AND SOFTWARE DEV

SIC CODE(S):
    8731COMM PHYSICAL RESRCH
    7371CMPTR PROGRAMMING SVC

## EMPLOYEE INFORMATION

EMPLOYEES TOTAL:35

## COMPANY HISTORY/OPERATIONS/RELATIONSHIPS & OTHER INFORMATION

HISTORY 06/27/06 PHILIP ROSEDALE, CEO DIRECTOR(S): THE OFFICER(S) CORPORATE DETAILS UNAVAILABLE.
4 BUSINESS STARTED 2000.
100% OF CAPITAL STOCK IS OWNED BY OFFICERS.
RECENT EVENT:.
ON MARCH 28, 2006, LINDEN LAB ANNOUNCED IT HAS COMPLETED A SUCCESSFUL FINANCING ROUND OF $11 MILLION LED BY GLOBESPAN CAPITAL PARTNERS AND WITH PARTICIPATION BY JEFF BEZOS.
PHILIP ROSEDALE BORN 1968.
2000-PRESENT ACTIVE WITH COMPANY IN CURRENT POSITION.
1996-2000 HE WAS CTO FOR REAL NETWORKS.
1991-1996 HE 5 OWNED HIS OWN BUSINESS CALLED FREE VUE.
BUSINESS ADDRESS HAS CHANGED FROM 333 LINDEN ST, SAN FRANCISCO, CA, 94102 TO 577 2ND ST STE 200, SAN FRANCISCO, CA, 94107.
BUSINESS ADDRESS HAS CHANGED FROM 577 2ND ST STE 200, SAN FRANCISCO, CA, 94107 TO 1100 SANSOME ST, SAN FRANCISCO, CA, 94111.
OPERATION 06/27/06 HARDWARE AND SOFTWARE DEVELOPMENT.

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.



EXHIBIT 8

```
6 TERRITORY : LOCAL.
SEASON PEAKS NONE.
EMPLOYEES: 35 WHICH INCLUDES OFFICER(S) AND 4 PART-TIME.
FACILITIES: OCCUPIES PREMISES IN BUILDING.
00-00(4TH /111) 99999 050111111 7 8

END OF DOCUMENT
```

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.