





**CONTENTS**

This container is guaranteed to be filled with nothing but pure, undiluted, and unadulterated FLORIDA SUNSHINE, canned in America's only sub-tropical state on the North American continent. Contents have been produced for export to unfortunate Yankees who cannot live in Florida where sunshine is freely available to all throughout the year.