IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA

| | |
|---|---|
| MARC BRAGG, Esq., an individual, | CIVIL DIVISION |
| Plaintiff, | No. 06-cv-4925 |
| v. | **JUDGE EDUARDO ROBRENO** |
| LINDEN RESEARCH, INC., a corporation, and PHILIP ROSEDALE, an individual, | |
| Defendants. | |

**NOTICE OF SUBSTITUTION OF SIGNED DECLARATION OF MARC BRAGG, ESQ.**

AND NOW, comes Plaintiff, Marc Bragg, by and through counsel, Jason A. Archinaco, Esq., and the law firm of WHITE AND WILLIAMS, LLP, and notices the Court and Defendants as follows:

1. Plaintiff, who is an officer of the court, filed his declaration as an exhibit to Plaintiff's Brief in Opposition to Defendant's Motion to Dismiss Philip Rosedale for Lack of Personal Jurisdiction and Plaintiff's Brief in Opposition to Defendants' Motion to Compel Arbitration. Plaintiff provided his electronic filing number provided by the Eastern District as his signature. To the extent that this Court needs an "original" signature, attached for filing, as Exhibit "1," is a "substitute" original signed declaration.

Respectfully submitted,

Date: January 17, 2007

WHITE AND WILLIAMS, LLP

By <u>CB 1429</u>
   Jason A. Archinaco, Esq.
   PA ID 76691
   Christopher Ballod, Esq.
   PA ID 89462
   The Frick Building, Suite 1001
   437 Grant Street
   Pittsburgh, PA 15219
   (412) 566-3520
   *Counsel for Plaintiff*