Page 1 of 2

Second Life: Your World. Your Imagination.

**Welcome, Machievelli Xu!**
My Account | Log out

- Resident Links -

Search Second Life

| | |
|---|---|
| Total Residents: | 1,678,098 |
| Logged in Last 60 Days: | 676,325 |
| Online Now: | 12,147 |
| US$ Spent Last 24h: | $653,625 |
| LindeX Activity Last 24h: | $96,944 |

**Second Life Videos**

Check out resident-created Second Life videos at our media page.

**Build your virtual dream**

Land in Second Life is your blank canvas. Build a dream home, a club, a shopping center, or plant some trees and construct a secluded retreat in the pristine virtual wilderness.

**Your Second Life is Ready**

*"Residents of one of the Internet's most populous virtual worlds shop, attend class—even run businesses. Soon you may do the same."*

Read the Popular Science story on

**SECOND LIFE IS A 3D**
**ONLINE DIGITAL WORLD**
**IMAGINED, CREATED, & OWNED**
**BY ITS RESIDENTS.**

- BUY & SELL LINDEN DOLLARS
- OWN VIRTUAL LAND
- REFER FRIENDS

VIEW INTERACTIVE MAP

CHECK OUT
UNDER 18?
TEEN SECOND LIFE

read more news...

**Headlines**

**Esquire**
Philip Rosedale: Esquire's Best and Brigh...

**Wired News**
Second Life Will Save Copyright

SECOND OPINION NEWSLETTER

11/28/2006

**EXHIBIT**

tabbies'

2

Dockets.Justia.com

Second Life: Your World. Your Imagination.

Second Life from September, 2006.    Learn more about land ownership!

downloads | system requirements | privacy | community standards | terms of service | dmca | grid status | jobs | contact

» Read the Current Newsletter

Enter E-mail Address

SUBSCRIBE

©2006 Linden Research, Inc.

**Welcome, Machievelli Xu!**
My Account | Log out
- Resident Links -

Search Second Life

## Memberships, Land, & Pricing

**Your first Basic account is *FREE*,** and includes access to events, shopping, building, scripting - everything you can do in Second Life. After your first free Basic Account, each Additional Basic Account (known in-world as an "alt" account) costs a one-time fee of $9.95.

**A Premium Second Life account,** starting at $9.95 a month, allows you to own land on which you can build, display, entertain and live.

- **Membership Plans**
  Details on differences between account types.

- **JOIN NOW**
  It's free to try, so why wait?

### Acquiring Land:

Acquiring land in Second Life requires a Premium Account. From a tiny parcel to an entire island, the pricing structure is extremely flexible to suit any need or budget!

- **Land Pricing & Use Fees**
  Detailed information on land pricing.

- **Land Information**
  Find out all the ways to acquire and use your land!

- **Land Store**
  Buy or reserve your own regions today!

### Resident Referral

Tell your friends about Second Life.



### Gift Certificate

Purchase a gift certificate now!



### Islands

Buy your own island today!



### Got Questions?

Call us! 1 (800) 961-6851
Monday thru Friday, 9am-6pm PST.



---

**WHAT IS SECOND LIFE?**

**THE WORLD**

Create an Avatar

Explore

Meet People

Own Virtual Land

Have Fun

**THE CREATIONS**

Create Anything

Building

Scripting

**THE MARKETPLACE**

Economy

- Economic Statistics
- LindeX Market Data

Business Opportunities

Businesses on the Web

IP Rights

**MEMBERSHIPS & PRICING**

Membership Plans

Land Pricing & Use Fees

**FAQ**

---

Second Life | Memberships, Land, & Pricing




©2006 Linden Research, Inc.





downloads | system requirements | privacy | community standards | terms of service | dmca | grid status | jobs | contact

http://secondlife.com/whatis/pricing.php

Welcome, Machievelli Xu!
My Account | Log out
- Resident Links -

Search Second Life

**WHAT IS SECOND LIFE?**

**THE WORLD**

Create an Avatar

Explore

Meet People

Own Virtual Land

Have Fun

**THE CREATIONS**

Create Anything

Building

Scripting

**THE MARKETPLACE**

Economy

• Economic Statistics

• LindeX Market Data

Business Opportunities

Businesses on the Web

IP Rights

**MEMBERSHIPS & PRICING**

Membership Plans

Land Pricing & Use Fees

FAQ

## Land Pricing & Use Fees

The **Land Use Fee** (also known as a Tier Fee) is a monthly charge in addition to membership fees (i.e., US$9.95/month Premium Membership). Land use fees are billed based on the peak amount of land held during your previous 30 day billing cycle. This includes land parcels held and land tiers donated to groups. The fee is tiered and discounted as you acquire more land. Peak usage is measured by the maximum amount of land you held -- for any length of time -- during your billing cycle. Go to Land Use Fees on your account page for further details.

Premium accounts are granted a 512 m2 bonus lease before land use fees are applied. The chart below shows the fees for all land you hold or tier you donate beyond the 512 m2 bonus.

Examples:

• You hold 512 m2 of land -- or donate 512 m2 of tier to a group. Your monthly land use fee is US$0. You will need to buy the land, however.
• You hold 1024 m2 of land and donate 512 m2 to a group. Subtract your 512 m2 bonus lease, and your monthly land use fee is US$8.
• Your total land holdings and group donations equal 4612 m2. You subtract the 512 m2 bonus lease and see that your billable square meters are 4100 m2. This amount is over the 4096 m2 tier level, so your monthly land use fee will be the next level: US$40.

**Note:** Island billing is separate from land use fees.

| Additional Land (over 512 sq meters) | (In square meters) | Monthly land use fee |
|---|---|---|
| 1/128 Region | 512 m2 | US$5 |
| 1/64 Region | 1,024 m2 | US$8 |
| 1/32 Region | 2,048 m2 | US$15 |

**Resident Referral**

Tell your friends about Second Life.

MORE

**Gift Certificate**

Purchase a gift certificate now!

MORE

**Islands**

Buy your own island today!

MORE

**Got Questions?**

Call us! 1 (800) 961-6851 Monday thru Friday, 9am-6pm PST.

MORE

Second Life | Land Pricing & Use Fees

| | | |
|---|---|---|
| 1/16 Region | 4,096 m2 | US$25 |
| 1/8 Region | 8,192 m2 | US$40 |
| 1/4 Region | 16,384 m2 | US$75 |
| 1/2 Region | 32,768 m2 | US$125 |
| Entire Region | 65,536 m2 | US$195 |

downloads | system requirements | privacy | community standards | terms of service | dmca | grid status | jobs | contact

© 2006 Linden Research, Inc.

**Welcome, Machievelli Xu!**
My Account | Log out

- Resident Links -

|Search Second Life

## Community: Land

Land in Second Life is your blank canvas; it is your choice what you do with it. Build a dream home, or a thunderdome. Create a dance club or a giant bathtub. Develop a small shop or a gigantic shopping center. Or plant some trees and construct a secluded retreat in the pristine virtual wilderness.

**Virtual Land:**

- **Get Land Now**
  Find out how to get your hands on your very own piece of virtual property.

- **Land Pricing & Use Fees**
  Find out what it costs to own land for yourself or a group.
- **Land Auctions**
  A listing of virtual land parcels currently up for auction -- Bid Now!

- **Land Store**
  Buy or reserve entire regions of land at our new Land Store!

- **How to Use Land**
  How to get the most out of your virtual property.

- **Group Land**
  The benefits offered by group-owned land.

- **Land Rental**
  Need a large parcel for a special event? Find out about how to rent land from Linden Lab.

### Friends Online

Friends Online has been temporarily disabled.

### Resident Referral

Tell your friends about Second Life.



### Gift Certificate

Purchase a gift certificate now!



### Islands

Buy your own island today!

**COMMUNITY**
Search
Forums
Events
Volunteer
Education
**CONNECTIONS**
Official Linden Blog
Media
Music
Fashion
Resident Sites
Newsletter
Mailing Lists
**COMMERCE**
Classifieds
Land Information
- Land Pricing & Use Fees
- Land Auctions
- Land Store
LindeX Currency Exchange
- Buy L$
- Sell L$
- LindeX Market Data
- Transaction History
Economic Statistics
**MY SECOND LIFE**

Second Life | Community: Land

My Account
Friends Online
Feature Voting
Refer-A-Friend
Partners

**SUPPORT**
Downloads
Police Blotter
Knowledgebase
Known Issues

downloads | system requirements | privacy | community standards | terms of service | dmca | grid status | jobs | contact

**Got Questions?**

Call us! 1 (800) 961-6851
Monday thru Friday, 9am-6pm PST.

©2006 Linden Research, Inc.

**Welcome, Machievelli Xu!**
My Account | Log out

- Resident Links -

|Search Second Life

## Auctions

Welcome to the Second Life auction block. The listings below let you know what land is currently on offer, and new auctions are added frequently.

### How do the auctions work?

Just click on a parcel link below and it will show you more detailed information (including a SLurl location). Once you find the parcel you like, you are ready to bid on the auction. Then bid the maximum amount you wish to pay for the parcel and the auction will bid for you until you reach the maximum bid amount you entered.

Within 24 hours of the auction's end, your account will be charged accordingly, your tier will be increased if necessary, and the land will be assigned to you in-world. That's the whole process, simple and easy!

We recommend you read the Auction FAQs carefully, as they have more detailed information. You can also view completed auctions for recently completed land auctions.

### US$ Parcels

The following Second Life auctions are denominated in **US Dollars (US$)** - make sure you know what you're bidding with before you place the bid!

| Item | Time Left | Price |
| --- | --- | --- |
| Mullett (88,84) PG 18832m | 7h 19m | US$504.00 |
| Pak (188,69) Mature 12208m | 7h 34m | US$402.00 |

**Auction FAQ**



Frequently asked questions about how land works in Second Life.

**Islands**

Buy your own island today!

**COMMUNITY**
Search
Forums
Events
Volunteer
Education

**CONNECTIONS**

**Official Linden Blog**
Media
Music
Fashion

Resident Sites
Newsletter
Mailing Lists

**COMMERCE**
Classifieds
Land Information
• Land Pricing & Use Fees
• Land Auctions
• Land Store
LindeX Currency Exchange
• Buy L$
• Sell L$
• LindeX Market Data
• Transaction History
Economic Statistics
**MY SECOND LIFE**

My Account
Friends Online
Feature Voting
Refer-A-Friend
Partners

**SUPPORT**

Downloads
Police Blotter
Knowledgebase
Known Issues

| | | |
|---|---|---|
| Taeniatum (12,236) Mature 5120m | 8h 4m | US$201.00 |
| Velox (62,155) Mature 11136m | 8h 34m | US$323.00 |
| Alta (56,161) Mature 4608m | 1d 5h 34m | US$131.00 |
| Atropos (32,192) Mature 8192m | 1d 6h 34m | US$250.00 |
| Samia (118,220) Mature 4576m | 2d 7h 19m | US$76.00 |

## L$ Parcels

The following Second Life auctions are denominated in **Linden Dollars (L$)** - make sure you know what you're bidding with before you place the bid!

| Item | Time Left | Price |
|---|---|---|
| Honister (62,238) Mature 1008m | 7h 49m | L$9,010 |
| Taeniatum (247,180) Mature 2048m | 8h 19m | L$17,442 |
| Kiuek (32,32) Mature 4096m | 8h 49m | L$32,688 |
| No (224,65) Mature 3584m | 9h 4m | L$27,710 |
| Telea (188,199) Mature 4096m | 9h 19m | L$32,688 |
| Gualala (224,130) Mature 1984m | 9h 34m | L$27,230 |
| Achlya (136,209) Mature 1536m | 1d 5h 19m | L$12,010 |
| Nogojiri (240,23) Mature 1920m | 1d 5h 49m | L$15,010 |
| Dotoorak (136,193) Mature 1536m | 1d 6h 4m | L$12,210 |
| Afton (184,22) PG 1536m | 1d 6h 19m | L$6,600 |
| Velox (232,19) Mature 1536m | 1d 6h 49m | L$12,210 |
| Vari (241,94) PG 976m | 1d 7h 4m | L$5,121 |
| Jessie (97,39) Mature 1024m | 1d 7h 19m | L$20,010 |
| Mieto (18,160) Mature 1024m | 1d 7h 34m | L$7,960 |
| Bam (17,176) Mature 1024m | 1d 7h 49m | L$9,000 |
| Moran (244,181) Mature 576m | 1d 8h 4m | L$5,210 |
| Morrison (42,79) Mature 1536m | 2d 5h 19m | L$6,600 |
| Scenic Hills (16,86) Mature 1536m | 2d 5h 34m | L$6,600 |

11/28/2006

Second Life | Auctions

© 2006 Linden Research, Inc.

| | | |
|---|---|---|
| Minoa (230,13) PG 1456m | 2d 5h 49m | L$6,200 |
| Skegemog (173,94) PG 4096m | 2d 6h 4m | L$17,600 |
| Goodelli (44,107) Mature 1024m | 2d 6h 19m | L$4,400 |
| Cranberry (16,241) Mature 1024m | 2d 6h 34m | L$4,400 |
| Uli (55,8) PG 576m | 2d 6h 49m | L$2,400 |
| Onnuri (48,73) Mature 1024m | 2d 7h 4m | L$4,400 |
| Humuli (150,240) Mature 1408m | 2d 7h 34m | L$6,000 |

downloads | system requirements | privacy | community standards | terms of service | dmca | grid status | jobs | contact

http://secondlife.com/auctions/

Welcome, Machievelli Xu!
My Account | Log out

- Resident Links -

Search Second Life

**COMMUNITY**

Search

Forums

Events

Volunteer

Education

**CONNECTIONS**

**Official Linden Blog**

Media

Music

Fashion

Resident Sites

Newsletter

Mailing Lists

**COMMERCE**

Classifieds

Land Information

• Land Pricing & Use Fees

• Land Auctions

• Land Store

LindeX Currency Exchange

• Buy L$

• Sell L$

• LindeX Market Data

• Transaction History

Economic Statistics

**MY SECOND LIFE**

## Auction FAQ

Here's some additional information about Second Life auctions:

- Second Life Auctions and "My Account"
- Bidding and Winning
- Winning and Paying
- Collecting Your New Land
- Resolving Auction Problems

### Second Life Auctions and "My Account"

**Can anyone in Second Life buy land in the auctions?**
No, only residents with Premium memberships are eligible to purchase land in Second Life.

**Does the land I win in auction count against my land allocation?**
Yes. Before you bid, be sure you are comfortable with paying any additional monthly fee ("tiering up") that might be triggered. You can review your land allotment by going to Your Account.

**Can I bid on land if it would put me in a higher land tier?** Yes, you will automatically be assigned to the tier when you win and successfully pay for the auction.

**Can I bid with L$ that I don't have?**
No, the auction program checks your account to make sure you have adequate L$ to cover your bid.

### Bidding and Winning

**Where are the auctions located?**
The auctions are located at the Second Life Auction House.

Second Life | Auction FAQ

My Account
Friends Online
Feature Voting
Refer-A-Friend
Partners

**SUPPORT**

Downloads
Police Blotter
Knowledgebase
Known Issues

**Where else can I see the parcels about to be auctioned?**
When you are in Second Life, you can click on the "Find" button, select "Land Sales" check the "Auction" box and select "Search". You can also see land for auction by clicking on the "Map" button and selecting "Land for Sale". The land set up for auction appears as light blue. The map includes land that is planned for auction as well as those parcels currently on the block.

**How much can I modify the land after I win it in an auction?** All land in SL can be modified within 4 meters from its original shape unless otherwise specified. Make sure the parcel works for you within this limit before you bid.

**How does "Maximum Bid" work?**
When you enter a bid significantly higher than the current high bid, then the system will automatically bid for you up to the point of your maximum bid. This makes it less necessary to be online at the time the auction ends. The amount of the bid will be the minimum needed to outbid competing bidders. For example, if the current high bid is US$50, and you bid US$100, then a bid of $51 will be automatically placed for you. If someone else bids US$75, then a bid of $US76 will be placed for you - and so on. If someone bids $101, then an email will be generated to you that you have been outbid.

**What if I want to change my maximum bid?**
You can increase this bid at a later time whether or not someone else has outbid you. You can't decrease a maximum bid.

**Is the bidding extended if someone bids just before the deadline?**
No, the bidding is no longer extended by last minute bids. You can prevent much of the unwanted sniping by using the maximum bid feature.

**How will I know if I won?**
You will be notified by email so make sure your email address is up to date in Your Account.

**Is the auction legal outside the United States?**
No matter where you live, Second Life insists that your transactions comply with the laws of the countries where you reside. We can't give you legal advice about your particular transaction - users are responsible for ensuring that their transactions are lawful in their country. Therefore, to avoid the potential for legal difficulties, Second Life strongly suggests that users educate themselves about the laws of their own country.

**Will the closing time for an auction ever be delayed?**
If the website is generally inaccessible, preventing people from participating in an auction, Linden may delay the closing time of auctions until at least two hours after access is restored. In some cases, where

2-14

auctions have closed but access to the auction site was unavailable, Linden may re-open closed auctions.

**What else should I know?**
Before submitting a bid, please remember that you automatically enter into a legally binding contract to purchase the item from the seller if you win the auction.

## Winning and Paying

**How soon will my account be debited after I win?**
Auctions are credited immediately upon closing, so be sure you have your payment source in order before the auction closes.

**What if I want to use a different credit card?**
You can change your active credit card at "Your Account". All subsequent charges, including subscription charges, will go against that card until you change it again.

**What if no one bids on a parcel?**
The land will be re-auctioned. If it fails to sell again, Linden Lab may list it for sale.

**What if I want to close my auction sooner?**
If you want to close your auction sooner, go to the auction page and click on the "Pay Now" button to close your auction as soon as it has been completed.

## Collecting Your New Land

**How will I know when I can take possession of the land?**
Unless there is a problem with billing, winners of auctions will be assigned the land within 24 hours.

**How soon do I have to buy the land I won in the auction?**
The land will be assigned to you as soon as the auction closes and billing has run. This may include an increase in land tier.

**How do I take possession?**
The parcel has already been assigned to you in world once the auction ends and the billing has run.

**Is it possible to avoid tiering up by releasing other land before confirming a new higher tier?**
Generally you will have up to 24 hours to make arrangements concerning

tier. You should make those arrangements once the auctions ends and you are notified.

## Resolving Auction Problems

**What if I win an auction but realize I've made a mistake?**
Please send an email to land@secondlife.com with all auction questions. If you are unable or unwilling to pay for land bought in an auction, then you will be charged a restocking fee of US$100 (L$8000 for $L auctions). Please note that more than 2 auction defaults may result in a loss of bidding status.

**What happens if the winner doesn't pay for the parcel?**
If you fail billing on the auction you account will go into delinquency, just as if you failed a membership or land tier billing. If you fail billing for 7 days the account will go on hold. After 30 days your account will be cancelled and your land reclaimed. You should contact support if this occurs.

The second highest bidder has the option of buying it for their highest bid. If the second bidder refuses the option, then the parcel will be auctioned again.

**Who do I contact if I have a problem?**
You should email land@lindenlab.com.




©2006 Linden Research, Inc.

Second Life | Auction Details

- Buy L$
- Sell L$
- LindeX Market Data
- Transaction History

Economic Statistics

**MY SECOND LIFE**

## Auction Details

# Mullett (88,84) PG 18832m

**Place a Bid:**

| | |
|---|---|
| Current Bid: | US$ 504.00 |
| Your maximum bid: | **US$** |

(Enter **505.00** or more)

Place Bid

| | |
|---|---|
| Current Bid: | **US$ 504.00** |
| Time Left: | **7 hours 19 mins** |
| Ends: | 2006-11-28 17:00:00 |
| History: | 21 bids |
| High Bidder: | Identity Protected |

Second Life | Auction Details

My Account
Friends Online
Feature Voting
Refer-A-Friend
Partners
**SUPPORT**
Downloads
Police Blotter
Knowledgebase
Known Issues

downloads | system requirements | privacy | community standards | terms of service | dmca | grid status | jobs | contact

2-18

©2006 Linden Research, Inc.

11/28/2006

Second Life | Auction Details

Second Life | Auction Bid

Welcome, Machievelli Xu!
My Account | Log out

- Resident Links - ▾

Search Second Life

**Auction FAQ**

Frequently asked questions about how land works in Second Life.

COMMUNITY

Search

Forums

Events

Volunteer

Education

CONNECTIONS

Official Linden Blog

Media

Music

Fashion

Resident Sites

Newsletter

Mailing Lists

COMMERCE

Classifieds

Land Information

• Land Pricing & Use Fees

• Land Auctions

• Land Store

LindeX Currency Exchange

• Buy L$

• Sell L$

• LindeX Market Data

• Transaction History

Economic Statistics

**MY SECOND LIFE**

## Auction Bid

# Mullett (88,84) PG 18832m

**The following must be corrected before continuing:**

• Your maximum bid - Your bid must be at least US$505.00.

Place a Bid

Current bid:        US$504.00

Your maximum bid: US$ _____

(Enter **505.00** or more)

Place Bid

Bid carefully! The winning bid does not include monthly fees that may be triggered by owning this parcel. Please review Your Account before bidding to determine the possible effect on your monthly charge. If the additional land puts you in a higher land tier, you must be willing to pay a higher monthly charge or release other land.

Before submitting a bid, please remember that you automatically enter into a legally binding contract to purchase the item from the seller if you win the auction.

No matter where you live, Second Life insists that your transactions comply with the laws of the countries where you reside. We can't give you legal advice about your particular transaction - users are responsible for ensuring that their transactions are lawful in their country. Therefore, to avoid the potential for legal difficulties, Second Life strongly suggests that users educate themselves about the laws of their own country.

If you win, you may be charged for the entire bid amount **immediately**

Second Life | Auction Bid

My Account
Friends Online
Feature Voting
Refer-A-Friend
Partners
**SUPPORT**
Downloads
Police Blotter
Knowledgebase
Known Issues

at the end of the auction. Make sure you have available credit on the credit card listed in Your Account. You can update your credit card info at any time.

For US$ auctions, your land will be set for transfer to you within 24 hours. You will be notified via email.

downloads | system requirements | privacy | community standards | terms of service | dmca | grid status | jobs | contact

©2006 Linden Research, Inc.

10/8/2006    2-21

Second Life | Auction Details

- Buy L$
- Sell L$
- LindeX Market Data
- Transaction History
- Economic Statistics *NEW*
- **MY SECOND LIFE**

## Auction Details

# Swain (64,128) 16384m Mature



Parcel Info:
Location: Swain (64, 128)
Size: 16384 square meters
Object limit: 3750
Rating: Mature

**Place a Bid:**

| | |
|---|---|
| Current Bid: | US$ 261.00 |
| Your maximum bid: | **US$** |
| | (Enter **262.00** or more) |

Place Bid

Current Bid: **US$ 261.00**

Time Left: **6 hours 32 mins**

Ends:    2006-10-08 18:30:00

History:   2 bids

High Bidder:   Identity Protected

Second Life : Auction Details

My Account
Friends Online
Feature Voting
Refer-A-Friend
Partners
**SUPPORT**
Downloads
Police Blotter
Knowledgebase
Known Issues

downloads | system requirements | privacy | community standards | terms of service | dmca | grid status | jobs | contact

Second Life | Own Virtual Land

Search Second Life

**WHAT IS SECOND LIFE?**

The World

- Create an Avatar
- Explore
- Meet People
- Own Virtual Land
- Have Fun

The Creations

- Create Anything
- Building
- Scripting

The Marketplace

- Economy
- Economy Graphs
- Economic Statistics
- LindeX Market Data
- Business Opportunities
- Businesses on the Web
- IP Rights

Memberships & Pricing

- Membership Plans
- Land Pricing & Use Fees

FAQs

# Own Virtual Land

Owning land in Second Life allows you to build, display, and store your virtual creations, as well as host events and businesses.

Become a part of history by purchasing land and developing your own piece of Second Life. The Pricing and Fees are simple; you pay $9.95 a month plus a Land Use Fee proportional to the amount of land you own.

Whether it's a modest nook for a relaxing cottage, or an entire island to build your dream amusement park, land is for everyone.





**Resident Referral**

Tell your friends about Second Life.



**Islands**

Buy your own island today!



**Got Questions?**

Call us! 1 (800) 961-6851
Monday thru Friday, 9am-6pm PST.



©2007 Linden Research, Inc. | We're Hiring!

downloads | system requirements | privacy | community standards | terms of service | dmca | trademark usage | grid status | contact

1/25/2007     ⱥ-ⱥ4

Second Life | Own Virtual Land

**Welcome, Machievelli Xu!**
My Account | Log out

- Resident Links -  ▼

|Search Second Life

# Land: How To

Owning land allows you to control land. You can prevent others from visiting or building there, change the shape of the land, subdivide and sell it, and much more. Find out how to use all of the different land tools here.

## About Land Tool

To access the About Land tool and learn how to use your land, simply stand on a parcel and right click on the land itself and select About Land from the pie menu that appears, which will open the tool. There are five different tools in the About Land tool, outlined below:

## General Tab:

Includes all of the general information about the land, including its Name, Description, Owner name, Group name, etc. Also, in the General Tab is the *For Sale* function, where you can deed and sell your land. Please note the description you enter is also the description that appears when you list your land on the Search menu. You can select one of your groups to have potential access on your land by clicking on the *Select* button. You can activate the access on the *Access* tab. If you want to contribute or deed land to a group but you are only a member, not an officer, then select the group and check the *Allow Deed to Group* button.

If you are an officer in a group and want to deed land to a group, select the group and check the *Allow Deed to Group* button and click the *Deed* button. If you want to contribute the same amount of land allocation with the land, then also select the box *Owner Makes Contribution With Deed* and click the *Deed* button. To sell land, enter the sales price and select the box *Sell for L$*. If you want to set it for sale for a particular resident then click the *Select* button and select that name by entering part of the name and clicking the *Search* button, selecting the name and clicking on the *OK*

COMMUNITY

Search

Forums

Events

Volunteer

CONNECTIONS

Official Linden Blog

Media

Music

Fashion

Resident Sites

Newsletter

Mailing Lists

COMMERCE

Classifieds

Land Information

• Land Pricing & Use Fees

• Land Auctions

• Land Store

LindeX Currency Exchange

• Buy L$

• Sell L$

• Market Data

• Transaction History

• Fees

• Billing and Trading Limits

Economic Statistics

Second Life | Land: How To

**MY SECOND LIFE**

My Account

Friends Online

Feature Voting

Refer-A-Friend

Partners

**SUPPORT**

Downloads

Police Blotter

Knowledge Base

Known Issues

button.

**Objects Tab:**

This tab includes information on how many prim-objects are allowed on your land and how many are currently on the parcel. The simulator object usage number may be larger since it includes all the parcels you own on the sim.

The *Return Objects* button allows you to return either all of the objects owned by the parcel owner, set to the group selected on the General tab, or owned by others. If you click on *Return Objects*, the objects about to be returned will be highlighted and you will see be asked if you are sure you want to return the selected objects.

You can also use *Autoreturn* to return anyone else's objects and choose the amount of time they can stay there until after they are returned. If you don't want to return others' objects, then set this to 0.

**Options Tab:**

This is the place to set the status of your land and determine what types of behavior will be acceptable or prohibited. Each option is outlined below:

- **Create/Edit Objects**: If checked, allows for objects to be created and edited on the selected land by others. The owner can create objects no matter what.

- **Safe (no damage)**: If checked, sets the land to "Safe" so no damage can be done to those visiting the land.

- **Landmark**: Allows residents to save the land as a landmark.

- **Local Sound**: Checking this box prevents audio from entering or leaving the parcel.

- **Show in Find Places (L$30/week)**: If checked, you will be charged L$30 a week in order to be listed in the "Find Places" search. If you select this feature, be sure to also select the category you want your land to be listed under (Store, Game, Homestead, etc.).

- **Edit Land**: If checked, anyone can terraform your land. Since the owner can terraform even when this is unchecked, it's best to leave it unchecked.

- **Fly**: If checked, residents can fly on your land. If unchecked, they can fly into and over your land but they can't start to fly while there.

- **Outside Scripts**: If checked, allows scripted objects owned by others to run on your land. Leaving this unchecked can help prevent others from doing things like firing scripted weapons on your land.

- **Snapshot**: Click on the snapshot box to select an image of your land to upload (will be included in Find Places if selected).

- **Landing Point**: Select a landing point where people will arrive if visiting your land. Click Set to place the landing point where you are standing. This is where people will be directed to if they teleport to your land from the Search menu.

- **Music URL**: If you have an external URL you would like to stream music from, enter it here.

**Access Tab:**

The Access Tab allows you to limit the access of your land to the group select on the General tab and/or up to 50 particular residents. You can also set the parcel to sell passes and select the amount and time limit for the pass.

**Ban Tab:**

On the "Ban" tab you can restrict access to your land by preventing certain avatars from visiting. Please note that any residents, even those who were added to the ban list, can still fly over your land at a certain height.

Be aware that you can also freeze and eject people on your land by right clicking directly on their avatar.

**Edit Land Tool**

To access the Edit Land tool, just click on your land and select Edit Land from the pie menu that appears. This opens the Edit Land tool with many different tools to assist you in editing your land.

Second Life | Land: How To

**Terraform**

Use *Select Land* to select the land you would like to edit and then use Flatten Land, Raise Land, Lower Land, Smooth Land or Roughen Land to alter the land, reshaping it to your liking and *Revert* button returns it to the original shape if things get out of hand. Click on *Apply to Selection* to terraform the whole selected plot. Or you can use the pull down menu on the upper right to choose the size of your "brush" and "paint" the effect on by left clicking on portions of you land. You can also hold down the left button to terraform faster.

**Show owners:**

Selecting this box offers a color code to the land - reddish brown is land owned by others, green is your land, aqua is land owned by a group that you are a member of, grey is the rare public land, and purple is land in the auction system.

**Subdivide:**

You may want to break a parcel of land into multiple pieces, for example if you want to sell part of it. Select the section of your land by pressing down the left mouse button and dragging to create a rectangle of the land you want to subdivide and then click the *Subdivide* button.

**Join:**

If you want to connect 2 or more pieces of land that you own, drag a rectangle that overlaps all the land parcels you want to join and click the *Join* button to combine them into one. You can now use the About Land tool to set the features for this new piece of land.

**Release:**

When releasing land keep in mind you do not get $Linden back - so you will only want to do this if you are feeling generous or you don't have time to sell the land.

**Second Life Wiki**

How to do everything in SL.

Second Life | Land: How To

**Pricing**

How much does SL cost?

**Islands**

Buy your own island today!

**Got Questions?**

Call us! 1 (800) 961-6851
Monday thru Friday, 9am-6pm PST.



downloads | system requirements | privacy | community standards | terms of service | dmca | trademark usage | grid status | contact

©2007 Linden Research, Inc. | We're Hiring!