BRAGG v. LINDEN RESEARCH, INC. et al     Doc. 22 Att. 3

Second Life: Your Account: Marc Woebegone: Land   Case 2:06-cv-04925-ER Document 22-4   Filed 01/25/2007   Page 1 of 4   Page 1 of 4

**COMMUNITY**
Forums
Groups
Volunteer
Education

**CONNECTIONS**
Media
Blogs
Resident Sites
Newsletter
Mailing Lists

**COMMERCE**
Classifieds
Land Information
 • Land Auctions
 • Land Store
LindeX Currency Exchange
 • Buy L$
 • Sell L$
 • Market Data
 • Transaction History

**MY SECOND LIFE**
My Account
Friends Online
Feature Voting
Refer a Friend
Logout

**SUPPORT**
Downloads
Police Blotter
Troubleshooting

# Your Account: Marc Woebegone: Land

## Land

### Owned Parcels

| Name | Location | Size |
|---|---|---|
| Maekju 001 (128,128) 2048 m2 Beatiiul penninusia rent or sale. | Maekju (160,112) | 4096 |
| Hodu 001 (128,128) 1024 m2 Mature Roadside One Sim to Ocean | Hodu (176,144) | 1024 |
| Hodu 001 (128,128) 512 m2 for development of any kind. | Hodu (80,248) | 512 |
| Cupideo Slingo. Where Luck Meets the Ocean and U Win! Danpoon | Danpoon (94,62) | 528 |
| Hodu 001 (128,128) 512 m2 for development of any kind. | Hodu (108,232) | 512 |
| Ho Su 001 (128,128) Mature 1024m2 Ocean Views and Hill Tops. | Ho Su (208,48) | 1024 |
| Maekju 001 (128,128) 1024 m2 Beatiiul penninusia rent or sale. | Maekju (208,208) | 1024 |
| Ho Su 001 (128,128) Mature 4096m2 Ocean Views and Hill Tops. | Ho Su (128,48) | 4096 |
| Maekju 001 (128,128) 4096 m2 Beautiful coast penninsusa prop. | Maekju (64,64) | 4096 |
| Atlas 001 (82,48) 1904 m2 | Atlas (106,72) | 1904 |
| Juree Mature 512 m2. Very buildable | Juree (176,152) | 512 |
| Ho Su 001 (128,128) Mature 1024m2 Ocean Views and Hill Tops. | Ho Su (16,240) | 1024 |
| Hodu 001 (128,128) 512 m2 | Hodu (16,136) | 512 |
| Hodu 001 (128,128) 512 m2 | Hodu (16,120) | 512 |
| Hodu 001 (128,128) 1152 m2 Mature Roadside One Sim to Ocean | Hodu (174,16) | 1152 |
| Hodu 001 (128,128) 1328 m2 Mature roadside | Hodu (170,208) | 1328 |
| Chamnamoo 001 (128,128) 1,024 m2 Mature | Chamnamoo (16,208) | 1024 |
| Hodu 001 (128,128) 528 m2 for development of any kind. | Hodu (80,234) | 528 |
| Hodu 001 (128,128) 256 m2 | Hodu (8,248) | 256 |
| Ho Su 001 (128,128) Mature 1024m2 Ocean Views and Hill Tops. | Ho Su (16,144) | 1024 |
| Maekju 001 (128,128) 4096 m2 Beatiiul penninusia rent or sale. | Maekju (240,16) | 1024 |

**EXHIBIT**
tabbies
**3**

Case 2:06-cv-04925-ER    Document 22-4    Filed 01/25/2007    Page 2 of 4

| | | |
|---|---|---|
| Maekju 001 (128,128) 1024 m2 Beatiiul penninusla rent or sale. | Maekju (208,240) | 1024 |
| Hodu 001 (128,128) 512 m2 | Hodu (16,40) | 512 |
| Cristat (14,94) - 800 m2 | Cristat (14,114) | 800 |
| Maekju 001 (128,128) 1024 m2 Beautiful coast penninsusa prop. | Maekju (16,176) | 1024 |
| Jarang 512 m2 Mature Flat Land | Jarang (40,112) | 512 |
| Maekju 001 (128,128) 1024 m2 Beatiiul penninusla rent or sale. | Maekju (144,208) | 1024 |
| Cupideo Casino, Video n Dance Club - Areumdeuli | Areumdeuli (112,248) | 496 |
| Chamnamoo 001 (128,128) 1024 m2 Mature | Chamnamoo (240,112) | 1024 |
| Ribeata (158,228) - 896 m2 | Ribeata (138,238) | 112 |
| Hodu 001 (128,128) 27152 m2 for development of any kind. | Hodu (82,216) | 1584 |
| Hodu 001 (128,128) 256 m2 | Hodu (8,216) | 256 |
| Hodu 001 (128,128) 1024 m2 Top of the hill. Commanding view. | Hodu (208,48) | 1024 |
| Hodu 001 (128,128) 1152 m2 Mature Roadside One Sim to Ocean | Hodu (174,176) | 1152 |
| Maekju 001 (128,128) 1024 m2 Beautiful coast penninsusa prop. | Maekju (16,80) | 1024 |
| Hodu 001 (128,128) 512 m2 | Hodu (16,56) | 512 |
| Hodu 001 (128,128) 256 m2 | Hodu (24,200) | 256 |
| Chamnamoo 001 (128,128) 1024 m2 Mature | Chamnamoo (240,80) | 1024 |
| Hodu 001 (128,128) 512 m2 | Hodu (16,88) | 512 |
| Bembecia Mature Flat Land 640m2 Road side | Bembecia (124,114) | 640 |
| Danpoon Mature 3536 m2 Ocean View Property | Danpoon (142,214) | 2512 |
| Hodu 001 (128,128) 256 m2 | Hodu (24,248) | 256 |
| Hodu 001 (128,128) 512 m2 for development of any kind. | Hodu (76,232) | 512 |
| Cupideo Video n Rave Dance Club in Danpoon | Danpoon (178,190) | 560 |
| Chamnamoo 001 (128,128) 1024 m2 Mature | Chamnamoo (208,16) | 1024 |
| Ho Su 001 (128,128) Mature 1024m2 Ocean Views and Hill Tops. | Ho Su (16,176) | 1024 |
| Chamnamoo 001 (128,128) 1056 m2 Mature | Chamnamoo (234,214) | 1056 |
| Ho Su 001 (128,128) Mature 65536m | Ho Su (240,16) | 1024 |
| Maekju 001 (128,128) 4096 m2 Beatiiul penninusla rent or sale. | Maekju (160,16) | 4096 |
| Maekju 001 (128,128) 4096 m2 Beautiful coast penninsusa prop. | Maekju (64,128) | 4096 |
| Chamnamoo 001 (128,128) 1024 m2 Mature | Chamnamoo (240,48) | 1024 |
| Maekju 001 (128,128) 4096 m2 Beatiiul penninusla rent or sale. | Maekju (160,80) | 4096 |
| Hodu 001 (128,128) 27152 m2 for | Hodu (60,200) | 896 |

development of any kind.

| | | |
|---|---|---|
| Jarang 512 m2 Mature Flat Land | Jarang (80,168) | 512 |
| Songi - Mature Perfect Ocean View Property - Neg on sz n $ | Sonagi (14,186) | 336 |
| Maekju 001 (128,128) 32768 m2 Beatiiul penninusla rent or sale. | Maekju (176,208) | 1024 |
| Maekju 001 (128,128) 4096 m2 Beatiiul penninusla rent or sale. | Maekju (240,80) | 1024 |
| Cupideo Casino Vid n Dance Club in Saeneul | Saeneul (144,216) | 512 |
| Maekju 001 (128,128) 8192 m2 Beatiiul penninusla rent or sale. | Maekju (192,160) | 8192 |
| Chamnamoo 001 (128,128) 4512 m2 Mature | Chamnamoo (204,144) | 4528 |
| Hodu 001 (128,128) 512 m2 | Hodu (16,168) | 512 |
| Ho Su 001 (128,128) Mature 1024m2 Ocean Views and Hill Tops. | Ho Su (16,208) | 1024 |
| Danpoon Mature Ocean Front Property 2,048 | Danpoon (228,134) | 2048 |
| Maekju 001 (128,128) 4096 m2 Beatiiul penninusla rent or sale. | Maekju (160,48) | 4096 |
| Maekju 001 (128,128) 1024 m2 Beautiful coast penninsusa prop. | Maekju (80,240) | 1024 |
| Maekju 001 (128,128) 1024 m2 Beatiiul penninusla rent or sale. | Maekju (240,240) | 1024 |
| Hodu 001 (128,128) 512 m2 for development of any kind. | Hodu (48,248) | 512 |
| Chamnamoo Prime Mature Flat Roadside Land 1,024) 1024m2 | Chamnamoo (106,118) | 3696 |
| Noonkkot First Land | Noonkkot (248,240) | 512 |
| Cupideo Art Walk in Danpoon at The Breakers 6048 m2 | Danpoon (58,94) | 8928 |
| Atlas 001 (82,48) 9904 m2 | Atlas (134,54) | 16 |
| Cupideo Casino. SLingo, Condos, Casino and Dance in Danpoon | Danpoon (116,128) | 24704 |
| Hodu 001 (128,128) 4096 m2 Top of the hill. Commanding view. | Hodu (224,96) | 4096 |
| Wooson 1024m2 Mature Land near water | Wooson (250,200) | 192 |
| Maekju 001 (128,128) 2048 m2 Beautiful coast penninsusa prop. | Maekju (80,192) | 2048 |
| Hodu 001 (128,128) 4096 m2 Top of the hill. Commanding view | Hodu (224,224) | 4096 |
| Cupideo Video n Dance Club in Danpoon | Danpoon (184,222) | 896 |
| Wooson 1024m2 Mature Land near water | Wooson (240,208) | 832 |
| Hodu 001 (128,128) 256 m2 | Hodu (24,232) | 256 |
| Chamnamoo 001 (128,128) 59232 m2 | Chamnamoo (16,240) | 1024 |
| Hodu 001 (128,128) 61008 m2 | Hodu (154,186) | 48 |
| Linden Land | Agamok (194,162) | 16 |
| Maekju 001 (128,128) 4096 m2 Beatiiul penninusla rent or sale. | Maekju (240,48) | 1024 |
| Hodu 001 (128,128) 1024 m2 Mature | Hodu (176,112) | 1024 |

Roadside One Sim to Ocean

| | | |
|---|---|---|
| Chamnamoo 001 (128,128) 1024 m2 Mature | Chamnamoo (240,16) | 1024 |
| Maekju 001 (128,128) 4096 m2 Beatiiul penninusla rent or sale. | Maekju (112,192) | 4096 |
| Danpoon Mature 1024 m2 Ocean View Property | Danpoon (142,246) | 1024 |
| Hodu 001 (128,128) 256 m2 | Hodu (8,200) | 256 |
| Hodu 001 (128,128) 448 m2 for development of any kind. | Hodu (110,248) | 448 |
| Hodu 001 (128,128) 1024 m2 Top of the hill. Commanding view. | Hodu (208,16) | 1024 |
| Hodu 001 (128,128) 512 m2 | Hodu (16,104) | 512 |
| Cupideo Casino at The Breakers in Danpoon | Danpoon (228,182) | 3776 |
| Hodu 001 (128,128) 1024 m2 Top of the hill. Commanding view. | Hodu (240,48) | 1024 |
| Cupideo Casino, Vid n Dance Club - Dotoorak | Dotoorak (216,48) | 432 |
| Cristat (148,124) - 544 m2 | Cristat (160,136) | 160 |
| Maekju 001 (128,128) 1024 m2 Beautiful coast penninsusa prop. | Maekju (48,176) | 1024 |
| Hodu 001 (128,128) 512 m2 | Hodu (16,152) | 512 |
| Hodu 001 (128,128) 512 m2 | Hodu (16,72) | 512 |
| Chamnamoo 001 (128,128) 3136 Roadside Mature | Chamnamoo (128,102) | 3136 |
| Maekju 001 (128,128) 2048 m2 Beatiiul penninusla rent or sale. | Maekju (240,112) | 1024 |
| Maekju 001 (128,128) 2048 m2 Beautiful coast penninsusa prop. | Maekju (16,32) | 2048 |
| Hodu 001 (128,128) 1024 m2 Top of the hill. Commanding view. | Hodu (240,16) | 1024 |
| Hodu 001 (128,128) 1504 m2 mature roadside near ocean sim | Hodu (168,240) | 1504 |
| Maekju 001 (128,128) 2048 m2 Beautiful coast penninsusa prop. | Maekju (16,128) | 2048 |

downloads | system requirements | privacy | community standards | terms of service | dmca | grid status | jobs

5/9/2006    3-4