BRAGG v. LINDEN RESEARCH, INC. et al                                                    Doc. 22 Att. 8

Second Life : Your Account: Marc Woebegone: Land
Case 2:06-cv-04925-ER    Document 22-9    Filed 01/25/2007    Page 1 of 1   Page 1 of 1

WHAT IS SECOND LIFE?    SHOWCASE    BUSINESS PARTNERS    DEVELOPERS    COMMUNITY    SUPPORT

**COMMUNITY**

Forums

Events

Volunteer

Education

**CONNECTIONS**

Media

Blogs

Resident Sites

Newsletter

Mailing Lists

**COMMERCE**

Classifieds

Land Information

  • Land Auctions

  • Land Store

LindeX Currency Exchange

  • Buy L$

  • Sell L$

  • LindeX Market Data

  • Transaction History

Economic Statistics [NEW!]

**MY SECOND LIFE**

My Account

Friends Online

Feature Voting

Refer-A-Friend

Partners

**SUPPORT**

Downloads

Police Blotter

Troubleshooting

# Your Account: Marc Woebegone: Land

## Land

You do not own any parcels.

downloads | system requirements | privacy | community standards | terms of service | dmca | grid status | jobs

EXHIBIT

8

8-1

https://secondlife.com/account/land.php

5/15/2006

Dockets.Justia.com