Auction Bid

Haebyon 001 (128,128) 65536 m2
Please note: As a Basic access member you are allowed to participate in this auction, however, if you win this item you will be required to upgrade to a Premium membership plan in order to claim the land.

Submit Your Bid

Please carefully review your bid then click the Submit button below.

   Your maximum bid: US$1253.00

Bid carefully! The winning bid does not include monthly fees that may be triggered by owning this parcel. Please review Your Account before bidding to determine the possible effect on your monthly charge. If the additional land puts you in a higher land tier, you must be willing to pay a higher monthly charge or release other land.

Before submitting a bid, please remember that you automatically enter into a legally binding contract to purchase the item from the seller if you win the auction.

When a bid is placed within two minutes of the ending time, then the auction is extended by two minutes. This prevents auction "sniping" - bidding at the last second to avoid competing bids.

No matter where you live, Second Life insists that your transactions comply with the laws of the countries where you reside. We can't give you legal advice about your particular transaction - users are responsible for ensuring that their transactions are lawful in their country. Therefore, to avoid the potential for legal difficulties, Second Life strongly suggests that users educate themselves about the laws of their own country.

If you win, you may be charged for the entire bid amount immediately at the end of the auction. Make sure you have available credit on the credit card listed in Your Account. You can update your credit card info at any time.

For US$ auctions, your land will be set for transfer to you within 24 hours. You will be notified via email.

EXHIBIT 9

9-1

**Main Identity**

From: &lt;land@secondlife.com&gt;
To: &lt;msb@lawy-ers.com&gt;
Sent: Saturday, February 25, 2006 4:00 PM
Subject: Second Life Auction: Item Won! Cristat (14,94) - 1792 m2

Congratulations Marc Woebegone!

You have agreed to purchase the following item from Second Life:

Auction ID: 0026198057
Item: Cristat (14,94) - 1792 m2
Winning Bid: L$9,010

Please go to the below link and pay for your auction:
http://secondlife.com/auctions/detail.php?id=0026198057

You will need to go in-world and claim the land within seven days. If you encounter a problem, email land@secondlife.com.

Please note: be sure to have enough land tier available before claiming your land, or you will be prompted to tier-up.

Linden Lab and the Second Life Team
http://www.secondlife.com

6/9/2006

9-2

## Main Identity

| | |
|---|---|
| From: | <land@secondlife.com> |
| To: | <msb@lawy-ers.com> |
| Sent: | Monday, February 27, 2006 3:55 PM |
| Subject: | Second Life Auction: Billing Failure |

Congratulations Marc Woebegone!

You have agreed to purchase the following item from Second Life:

Auction ID: 0026198076
Item: Songi - 001 - 65536 m2
Winning Bid: US$1605.00

Unfortunately we were unable to bill your account. In order to correct this problem, please review your Membership and billing information to ensure that everything is accurate and up to date. If the information you have listed is accurate and correct, you may wish to contact your bank or credit card issuer or paypal (depending on your payment method). Common errors include mismatched addresses, expired credit cards and incorrect expiration dates. Please contact land@secondlife.com within seven days if you do not wish to forfeit this item.

To review or modify your account details, or to change or cancel your Membership Plan, visit https://secondlife.com/account.

Linden Lab and the Second Life Team
http://www.secondlife.com

6/9/2006

9-3

**Main Identity**

From: &lt;land@secondlife.com&gt;
To: &lt;msb@lawy-ers.com&gt;
Sent: Tuesday, February 28, 2006 11:02 PM
Subject: Second Life Auction: Item Won! Ribeata (158,228) - 5104 m2

Congratulations Marc Woebegone!

You have agreed to purchase the following item from Second Life:

Auction ID: 0026198022
Item: Ribeata (158,228) - 5104 m2
Winning Bid: L$32,010

Please go to the below link and pay for your auction:
http://secondlife.com/auctions/detail.php?id=0026198022

You will need to go in-world and claim the land within seven days. If you encounter a problem, email land@secondlife.com.

Please note: be sure to have enough land tier available before claiming your land, or you will be prompted to tier-up.

Linden Lab and the Second Life Team
http://www.secondlife.com

6/9/2006

9-4

**Main Identity**

From: &lt;land@secondlife.com&gt;
To: &lt;msb@lawy-ers.com&gt;
Sent: Thursday, April 13, 2006 7:11 AM
Subject: Second Life Auction: Item Won! Ho Su 001 (128,128) Mature 65536m

Congratulations Marc Woebegone!

You have agreed to purchase the following item from Second Life:

Auction ID: 0026198344
Item: Ho Su 001 (128,128) Mature 65536m
Winning Bid: US$1,501

Please go to the below link and pay for your auction:

http://secondlife.com/auctions/detail.php?id=0026198344

You will need to go in-world and claim the land within two days. If you encounter a problem, email land@secondlife.com.

Please note: be sure to have enough land tier available before claiming your land, or you will be prompted to tier-up.

Linden Lab and the Second Life Team
http://www.secondlife.com

6/9/2006

9-5