EXHIBIT 13

**Resident Login** | **Join**

Search Second Life

Have a hand in shaping the future of Second Life! Linden Lab announces the release of the Second Life viewer source code.

- Read the Linden Lab blog post
- Read the press release
- Check out our Open Source FAQ and more

VIEW INTERACTIVE MAP
UNDER 18?
CHECK OUT TEEN SECOND LIFE

| | |
|---|---|
| Total Residents: | 2,891,401 |
| Logged In Last 60 Days: | 1,007,488 |
| Online Now: | 20,267 |
| US$ Spent Last 24h: | $1,021,562 |
| LindeX Activity Last 24h: | $183,782 |

**Headlines** read more news...

**Fortune**
Virtual World, Real Money

**U.S. News & World Report**
Putting a Second Life First

**CNN International**
A virtual me? I'll second that

second life
the official guide

The official guide is here! Over 300

**Work at Linden Lab**

Where else can you help create a new world *and* have the time of your life doing it? Just visit our jobs page and follow the directions from there.

For even more info, read Philip Linden's

**Second Life Videos**

Check out resident-created Second Life videos at our media page.

THE SECOND OPINION NEWSLETTER

Dockets.Justia.com

pages of crucial tips and resources, plus an exclusive content CD. Learn more and pick up a copy today.

recent blog post about why you should consider joining us at Linden Lab.

» Read the Current Newsletter

Enter E-mail Address SUBSCRIBE

downloads | system requirements | privacy | community standards | terms of service | dmca | trademark usage | grid status | contact

©2007 Linden Research, Inc. | We're Hiring!

- Businesses on the Web
- IP Rights

Memberships & Pricing

- Membership Plans
- Land Pricing & Use Fees

FAQs

# Economic Statistics

## Last Updated: Monday, January 15, 2007

Reflects data through midnight, January 14.

Raw Data Files

### Population

| | |
|---|---|
| Residents Logged-In During Last 7 Days | 210,219 |
| Residents Logged-In During Last 14 Days | 311,843 |
| Residents Logged-In During Last 30 Days | 506,257 |
| Residents Logged-In During Last 60 Days | 855,063 |
| Total Residents [1] | 2,663,574 |

### Land

**Land Sales by Resident**

| Month | Total Square Meters Sold by Residents | Avg L$ Paid Per Square Meter |
|---|---|---|
| December 2006 | 52,507,664 | 9.84 |
| January 2007 - MTD | 24,465,200 | 12.35 |

**Land for Sale Today**

| | |
|---|---|
| Residents With Parcels for Sale | 2,473 |
| Total Parcels For Sale | 11,370 |
| Total Square Meters for Sale | 7,432,896 |

**Islands Added**

| Month | Islands Owned (End of Month) | Islands Added (During Month) |
|---|---|---|
| December 2006 | 3110 | 546 |
| January 2007 - MTD | 3517 | 407 |

**Square Meters Auctioned**

| Month | Square Meters |
|---|---|
| 2006 December | 12,043,216 |
| 2007 January - MTD | 4,309,776 |

### Currency

**Monthly Spending by Amount (2006 December)**

| Transaction Size | Residents |
|---|---|
| 1 - 500 L$ | 59,980 |
| 501 - 2,000 L$ | 23,858 |
| 2001 - 5,000 L$ | 16,960 |
| 5,001 - 10,000 L$ | 12,456 |
| 10,001 - 50,000 L$ | 21,515 |
| 50,001 - 100,000 L$ | 4,758 |
| 100,001 - 500,000 L$ | 3,770 |
| 500,001 - 1,000,000 L$ | 414 |
| Over 1,000,000 L$ | 397 |
| Total Customers Spending Money In-World | 144,108 |

**Resident Transactions by Amount (2006 December)**

| Transaction Size | Volume |
|---|---|
| 1L$ | 2,155,308 |
| 2 - 19 L$ | 5,472,087 |
| 20 - 49 L$ | 1,868,907 |
| 50 - 199 L$ | 2,623,242 |

**Total L$ Supply (L$):** 1,475,263,314

**Estimated In World Business Owners**

Unique Users with Positive Monthly Linden Dollar Flow (PMLF) [2]

| USD Equivalent PMLF | July 2006 | August 2006 | September 2006 | October 2006 | November 2006 | December 2006 |
|---|---|---|---|---|---|---|
| < $10 USD | 4,206 | 4,754 | 5,180 | 6,285 | 7,098 | 9,000 |
| $10 to $50 USD | 2,159 | 2,641 | 2,770 | 3,402 | 3,592 | 4,535 |
| $50 to $100 USD | 625 | 684 | 760 | 866 | 1,010 | 1,239 |
| $100 to $200 USD | 460 | 507 | 566 | 692 | 797 | 921 |
| $200 to $500 USD | 398 | 489 | 524 | 563 | 671 | 823 |
| $500 to $1,000 USD | 187 | 192 | 228 | 263 | 289 | 350 |
| $1,000 to $2,000 USD | 100 | 117 | 125 | 160 | 179 | 229 |
| $2,000 to $5,000 USD | 66 | 75 | 77 | 92 | 94 | 140 |
| > $5,000 USD | 33 | 36 | 37 | 41 | 58 | 90 |
| Total Unique Users with PMLF | 8,234 | 9,495 | 10,267 | 12,364 | 13,788 | 17,327 |

**Monthly Spending by Amount (2006 December)**

**Monthly Spending by Amount (2006 December)**

| Transaction Size | Residents |
|---|---|
| 1 - 500 L$ | 59,980 |
| 501 - 2,000 L$ | 23,858 |
| 2001 - 5,000 L$ | 16,960 |
| 5,001 - 10,000 L$ | 12,456 |
| 10,001 - 50,000 L$ | 21,515 |
| 50,001 - 100,000 L$ | 4,758 |
| 100,001 - 500,000 L$ | 3,770 |
| 500,001 - 1,000,000 L$ | 414 |
| Over 1,000,000 L$ | 397 |
| Total Customers Spending Money In-World | 144,108 |

**Resident Transactions by Amount (2006 December)**

| Transaction Size | Volume |
|---|---|
| 1L$ | 2,155,308 |
| 2 - 19 L$ | 5,472,087 |
| 20 - 49 L$ | 1,868,907 |
| 50 - 199 L$ | 2,623,242 |

| | |
|---|---|
| 200 - 499 L$ | 1,121,857 |
| 500 - 999 L$ | 551,428 |
| 1,000 - 4,999 L$ | 525,645 |
| 5,000 - 19,999 L$ | 132,397 |
| 20,000 - 99,999 L$ | 29,527 |
| 100,000 - 499,999 L$ | 2,824 |
| >= 500,000 L$ | 228 |
| Total Transaction Count | 14,483,450 |

©2007 Linden Research, Inc. | We're Hiring!

**L$ Sources and Sinks**

| | 2006 December | | 2007 January - MTD | |
|---|---|---|---|---|
| Description | Sinks (L$) | Sources (L$) | Sinks (L$) | Sources ($L) |
| Classified Charges | 9,829,444 | 0 | 4,867,735 | 0 |
| Group Creation Fees | 1,232,900 | 0 | 709,300 | 0 |
| Land | 3,431,000 | 25,058 | 1,154,488 | 0 |
| Supply Linden Sales | 0 | 198,449,261 | 0 | 73,500,000 |
| Parcel Directory Fees | 660,540 | 0 | 690,060 | 0 |
| Referral Bonus | 0 | 1,038,500 | 0 | 39,000 |
| Stipends | 65,500 | 95,729,250 | 39,750 | 50,550,500 |
| Upload Charges | 10,610,800 | 0 | 5,745,460 | 0 |
| Other | 31,595,731 | 18,859,394 | 28,896,018 | 13,962,946 |
| TOTAL | 57,425,915 | 314,101,463 | 42,102,811 | 138,052,446 |

[1] A Resident is a uniquely named avatar with the right to log into Second Life, trade currency and visit the Community pages.

[2] PMLF (Positive Monthly Linden Flow) looks at the flow of Linden Dollars into a unique user's account BEFORE Linden Lab Charges are applied to the account. These numbers EXCLUDE payments or receipts related to the sale or acquisition of land (since theoretically these represent investments and not business receipts). All numbers are rolled-up among avatar "alts" to the Unique Customer Level. Businesses that are operate Linden Dollar exchanges are excluded. Note that some businesses accept payment outside the Linden Economy (e.g. via CC & Paypal) and those numbers are not included in these reports.

While we hope to provide accurate and useful information, please note that we do not guarantee the accuracy of any information; and we expressly disclaim all warranties and limit liabilities as more fully described in the Terms of Service posted at http://secondlife.com/corporate/tos.php.

| | |
|---|---|
| 200 - 499 L$ | 1,121,857 |

13-6

| | |
|---|---|
| 500 - 999 L$ | 551,428 |
| 1,000 - 4,999 L$ | 525,645 |
| 5,000 - 19,999 L$ | 132,397 |
| 20,000 - 99,999 L$ | 29,527 |
| 100,000 - 499,999 L$ | 2,824 |
| >= 500,000 L$ | 228 |
| Total Transaction Count | 14,483,450 |

**L$ Sources and Sinks**

| | 2006 December | | 2007 January - MTD | |
|---|---|---|---|---|
| Description | Sinks (L$) | Sources (L$) | Sinks (L$) | Sources ($L) |
| Classified Charges | 9,829,444 | 0 | 4,867,735 | 0 |
| Group Creation Fees | 1,232,900 | 0 | 709,300 | 0 |
| Land | 3,431,000 | 25,058 | 1,154,488 | 0 |
| Supply Linden Sales | 0 | 198,449,261 | 0 | 73,500,000 |
| Parcel Directory Fees | 660,540 | 0 | 690,060 | 0 |
| Referral Bonus | 0 | 1,038,500 | 0 | 39,000 |
| Stipends | 65,500 | 95,729,250 | 39,750 | 50,550,500 |
| Upload Charges | 10,610,800 | 0 | 5,745,460 | 0 |
| Other | 31,595,731 | 18,859,394 | 28,896,018 | 13,962,946 |
| TOTAL | 57,425,915 | 314,101,463 | 42,102,811 | 138,052,446 |

[1] A Resident is a uniquely named avatar with the right to log into Second Life, trade currency and visit the Community pages.

[2] PMLF (Positive Monthly Linden Flow) looks at the flow of Linden Dollars into a unique user's account BEFORE Linden Lab Charges are applied to the account. These numbers EXCLUDE payments or receipts related to the sale or acquisition of land (since theoretically these represent investments and not business receipts). All numbers are rolled-up among avatar "alts" to the Unique Customer Level. Businesses that are operate Linden Dollar exchanges are excluded. Note that some businesses accept payment outside the Linden Economy (e.g. via CC & Paypal) and those numbers are not included in these reports.

While we hope to provide accurate and useful information, please note that we do not guarantee the accuracy of any information; and we expressly disclaim all warranties and limit liabilities as more fully described in the Terms of Service posted at http://secondlife.com/corporate/tos.php.

- Businesses on the Web
  - IP Rights

Memberships & Pricing
  - Membership Plans
  - Land Pricing & Use Fees

FAQs

# LindeX Market Data

This page provides the most recent market data from the LindeX Currency Exchange.




**Daily Summary**

*Last Close Date 2007-01-15*

| | |
|---|---|
| Best buying rate: | L$266 / US$1.00 |
| Best selling rate: | L$276 / US$1.00 |
| Last trade: | L$266 / US$1.00 |
| Last close: | L$267 / US$1.00 |
| Change: | -L$1 / US$1.00 |
| Today's volume: | L$15,677,608 |
| Today's open: | L$277 / US$1.00 |
| Today's high: | L$277 / US$1.00 |
| Today's low: | L$266 / US$1.00 |
| Today's average: | L$269.4395 / US$1.00 |

Show: 7 days 14 days 30 days 90 days all

**Daily Market History** - Rates are in L$ per US$1.00. Volume and quantities are in L$.

| Open | Close | Min | Avg | Max | Min | Avg |
|---|---|---|---|---|---|---|

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2007-01-06 | 268 | 267 | 39,396,680 | 266 | 268.52 | 277 | 31 | 6,122 | 865,000 |
| 2007-01-05 | 267 | 268 | 41,830,234 | 266 | 268.91 | 277 | 21 | 6,183 | 2,850,000 |
| 2007-01-04 | 267 | 267 | 47,910,353 | 266 | 268.55 | 276 | 17 | 7,069 | 1,436,760 |
| 2007-01-03 | 267 | 267 | 44,237,714 | 266 | 268.66 | 277 | 7 | 6,598 | 580,000 |
| 2007-01-02 | 267 | 267 | 44,006,124 | 266 | 269.72 | 277 | 3 | 7,745 | 779,266 |
| 2007-01-01 | 268 | 267 | 38,967,454 | 267 | 269.89 | 277 | 12 | 6,909 | 551,650 |
| 2006-12-31 | 267 | 268 | 31,352,034 | 267 | 269.23 | 277 | 1 | 5,670 | 337,472 |
| 2006-12-30 | 267 | 267 | 38,793,619 | 266 | 269.28 | 277 | 3 | 6,379 | 625,132 |
| 2006-12-29 | 268 | 267 | 37,880,624 | 266 | 269.84 | 278 | 3 | 8,320 | 574,500 |

| Date | Rate | Rate | Volume | Rate | Rate | Rate | Qty | Qty | Max Qty |
|---|---|---|---|---|---|---|---|---|---|
| 2007-01-15 | 268 | 267 | 41,644,903 | 266 | 269.33 | 278 | 50 | 6,996 | 523,855 |
| 2007-01-14 | 269 | 277 | 39,625,451 | 266 | 269.79 | 278 | 7 | 6,800 | 561,704 |
| 2007-01-13 | 268 | 269 | 43,699,578 | 267 | 269.62 | 278 | 6 | 6,979 | 541,855 |
| 2007-01-12 | 268 | 268 | 42,018,121 | 266 | 268.92 | 277 | 51 | 6,790 | 526,250 |
| 2007-01-11 | 267 | 268 | 46,155,542 | 266 | 269.30 | 277 | 17 | 7,814 | 500,443 |
| 2007-01-10 | 266 | 267 | 32,920,359 | 266 | 268.85 | 277 | 2 | 7,411 | 500,000 |
| 2007-01-09 | 267 | 266 | 46,074,863 | 266 | 269.92 | 277 | 1 | 8,813 | 1,435,229 |
| 2007-01-08 | 268 | 267 | 41,238,017 | 266 | 269.37 | 277 | 6 | 7,454 | 400,000 |
| 2007-01-07 | 277 | 268 | 42,842,262 | 266 | 269.22 | 277 | 15 | 6,822 | 700,000 |

13-9

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2007-01-06 | 268 | 267 | 39,396,680 | 266 | 268.52 | 277 | 31 | 6,122 | 865,000 |
| 2007-01-05 | 267 | 268 | 41,830,234 | 266 | 268.91 | 277 | 21 | 6,183 | 2,850,000 |
| 2007-01-04 | 267 | 267 | 47,910,353 | 266 | 268.55 | 276 | 17 | 7,069 | 1,436,760 |
| 2007-01-03 | 267 | 267 | 44,237,714 | 266 | 268.66 | 277 | 7 | 6,598 | 580,000 |
| 2007-01-02 | 267 | 267 | 44,006,124 | 266 | 269.72 | 277 | 3 | 7,745 | 779,266 |
| 2007-01-01 | 268 | 267 | 38,967,454 | 267 | 269.89 | 277 | 12 | 6,909 | 551,650 |
| 2006-12-31 | 267 | 268 | 31,352,034 | 267 | 269.23 | 277 | 1 | 5,670 | 337,472 |
| 2006-12-30 | 267 | 267 | 38,793,619 | 266 | 269.28 | 277 | 3 | 6,379 | 625,132 |
| 2006-12-29 | 268 | 267 | 37,880,624 | 266 | 269.84 | 278 | 3 | 8,320 | 574,500 |

13-10

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2006-12-21 | 268 | 267 | 43,756,649 | 266 | 270.57 | 278 | 1 | 6,756 | 1,439,412 |
| 2006-12-20 | 268 | 268 | 35,869,695 | 267 | 269.99 | 278 | 13 | 6,204 | 542,799 |

©2007 Linden Research, Inc. | We're Hiring!

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2006-12-19 | 269 | 268 | 33,679,745 | 267 | 270.54 | 278 | 15 | 6,758 | 470,669 |
| 2006-12-18 | 269 | 269 | 34,452,488 | 267 | 271.25 | 278 | 3 | 6,590 | 400,000 |
| 2006-12-17 | 269 | 269 | 34,252,148 | 267 | 270.36 | 278 | 3 | 5,931 | 279,757 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2006-12-28 | 268 | 275 | 38,039,159 | 266 | 269.16 | 278 | 4 | 6,941 | 747,700 |
| 2006-12-27 | 277 | 275 | 35,661,819 | 266 | 269.62 | 278 | 6 | 6,575 | 443,864 |
| 2006-12-26 | 278 | 267 | 33,720,956 | 266 | 270.10 | 278 | 8 | 6,998 | 1,000,000 |
| 2006-12-25 | 268 | 267 | 25,560,501 | 267 | 270.16 | 278 | 11 | 6,020 | 600,000 |
| 2006-12-24 | 277 | 268 | 25,473,530 | 267 | 269.52 | 278 | 14 | 5,778 | 1,000,000 |
| 2006-12-23 | 277 | 268 | 42,267,485 | 267 | 269.41 | 278 | 22 | 7,920 | 782,830 |
| 2006-12-22 | 267 | 268 | 36,250,065 | 266 | 269.04 | 277 | 16 | 6,237 | 500,000 |
| 2006-12-21 | 268 | 267 | 43,756,649 | 266 | 270.57 | 278 | 1 | 6,756 | 1,439,412 |
| 2006-12-20 | 268 | 268 | 35,869,695 | 267 | 269.99 | 278 | 13 | 6,204 | 542,799 |
| 2006-12-19 | 269 | 268 | 33,679,745 | 267 | 270.54 | 278 | 15 | 6,758 | 470,669 |
| 2006-12-18 | 269 | 269 | 34,452,488 | 267 | 271.25 | 278 | 3 | 6,590 | 400,000 |
| 2006-12-17 | 269 | 269 | 34,252,148 | 267 | 270.36 | 278 | 3 | 5,931 | 279,757 |