**Phillips, Charles**

| | |
|---|---|
| From: | Jack Linden [fd6ab562-38af-e0c6-6959-d9fe65159e54@im.secondlife.com] |
| Sent: | Monday, May 01, 2006 6:16 PM |
| To: | Marc Woebegone |
| Subject: | Message From Second Life |

Jack Linden:
Hi there Marc. Your recent auction appears to have been the result of an exploit. The land will therefore be taken back and your money refunded.

---
To stop receiving these emails, log in to Second Life and uncheck "Send IM to Email" in the General tab of the Preferences window.

EXHIBIT 14