EXHIBIT F

# The Law Office Of MARC S. BRAGG

## Welcome to The Law Office of Marc S. Bragg

"Recently, the Defendants in the Bragg v. Linden Research, Inc. and Philip Rosedale case have removed my case to Federal Court. Further, the Defendants have recently filed several motions not only seeking to dismiss Rosedale personally, but to compel arbitration and transfer this case to San Francisco, CA.

Although I cannot speculate as to their intent, the effect of the Defendants' acts are to make this litigation as costly as possible for me to pursue perhaps, in the ultimate hope, that I will abandon it. In fact, in one motion filed by the Defendants, the clear suggestion to the court is that attorneys fees in this case will be exorbitant.

Given the above, I am reaching out to you that wish to help support this case and assist me in deflecting some of the substantial costs that could arise from these acts. The issues being litigated are important to many people participating in Second Life, as well as MMORPG generally and they should not be abandoned simply because the Defendants succeed by stretching the financial resources of a single man.

Should you wish to contribute to help deflect the costs of this litigation and help to properly litigate the matter, donations can be sent anonymously and/or confidentially to my attorneys. Any donated money will be utilized to help pay for my attorneys and costs in this case. Thank you.

Donations can be made to:

c/o Jason A. Archinaco
White and Williams LLP
The Frick Building
427 Grant Street, Suite 1001
Pittsburgh, PA 15219-6003"

Marc's experience spans all areas of law and his focus is in aiming to serve those who have been injured, are having financial distress, seeking to form a business, or seeking to plan their future.

His personal attention and expert understanding of the law and how to use it to protect, aide and teach those needing his services puts his practice above the rest. You won't feel lost in the shuffle or like a piece of meat providing revenue to a hungry law firm. What you will feel is peace of mind, confidence in handling your predicament or goals and thankful that you have an attorney who listens to and addresses your concerns and questions.

In addition, if Marc feels that it is necessary to seek an expert counsel partner or witness, or anything of the sort, he will help take care of the coordination of all necessary resources to see that your needs are handled so you can relax.

Contact Marc today by submitting a **FREE CASE EVALUATION.**

**The Law Office Of MARC S. BRAGG** | P (484) 631-0092 | 230 West Market Street  West Chester, PA 19382

All content © 2007 by **Marc S. Bragg**. Design/optimization © 2007 by **Net.Visibilities**. All rights reserved.

HOME  USER-CP  REGISTER  MEMBERS  CALENDAR  SEARCH  FAQ

**NEW POSTS (THE BESTEST BUTTON ON A FORUMS) NEW POSTS**

**Admin Contact Info:**
Second Life: Mother Stuchka | Yahoo: fic_tional | Forum PM: MOTHER FIC - Link

Second Citizen Forums > Discussion Forums > Business and Commerce
**Second Life Lawsuit - Bragg v. Linden, et al.**

User Name [User Name]  ☐ Remem
Password [       ]  [Log in]



View First Unread

Page 1 of 18  1  2  3  11  >  La

Thread Tools ▽   Display M

Second Life Lawsuit - Bragg v. Linden, et al.

11-17-2006, 11:52 AM

**MarcWoebegone**




MarcWoebegone is offline
Join Date: Nov 2006
Location: Pennsylvania
Posts: 4

Second Life Lawsuit - Bragg v. Linden, et al.



Recently, the Defendants in the Bragg v. Linden Research, Inc. and Philip Rosedale have removed my case to Federal Court. Further, the Defendants have recently file several motions not only seeking to dismiss Rosedale personally, but to compel arb and transfer this case to San Francisco, CA. Complaint at this link:
http://daledietrich.com/gaming/plead...ct_3_2006).zip

Although I cannot speculate as to intent, the effect of the Defendants' acts are to m this litigation as costly as possible for me to pursue perhaps, in the ultimate hope, will abandon it. In fact, in one motion filed by the Defendants, the clear suggestion court is that attorneys fees in this case will be exorbitant.

Given the above, I am reaching out to any of you that wish to help support this cas assist me in deflecting some of the substantial costs that could arise from these ac issues being litigated are important to many people participating in Second Life, as MMORPG generally and they should not be abandoned simply because the Defenda succeed by stretching the financial resources of a single man.

Should you wish to contribute to help deflect the costs of this litigation and help to properly litigate the matter, donations can be sent anonymously and/or confidentia my attorneys. Any donated money will be utilized to help pay for my attorneys and in this case. Thank you.

Donations can be made to:

c/o Jason A. Archinaco
White and Williams LLP
The Frick Building
427 Grant Street, Suite 1001
Pittsburgh, PA 15219-6003