IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| MARC BRAGG | : | CIVIL ACTION |
|  | : | NO. 06-4925 |
| Plaintiff, | : |  |
| v. | : |  |
| LINDEN RESEARCH, INC. and PHILIP ROSEDALE | : |  |
| Defendants. | : |  |

## ORDER

**AND NOW**, this **26th** day of **January, 2007**, it is hereby **ORDERED** that a Status and Scheduling Conference regarding plaintiff's Motion for a Preliminary Injunction is scheduled for **February 5, 2007 at 9:30 a.m.**, in Courtroom 11A, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

**AND IT IS SO ORDERED.**

                                               **S/Eduardo C. Robreno**

                                               **EDUARDO C. ROBRENO, J.**