IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA

| | |
|---|---|
| MARC BRAGG, Esq., an individual, | CIVIL DIVISION |
| Plaintiff, | No. 06-cv-4925 |
| v. | **JUDGE EDUARDO ROBRENO** |
| LINDEN RESEARCH, INC., a corporation, and PHILIP ROSEDALE, an individual, | |
| Defendants. | |

**INCORPORATION OF EXHIBITS AND
SUPPLEMENTAL EXHIBITS TO PLAINTIFF'S
BRIEF IN OPPOSITION TO MOTION TO DISMISS PHILIP ROSEDALE
FOR LACK OF PERSONAL JURISDICTION**

AND NOW, comes Plaintiff, Marc Bragg, Esq., by and through counsel, Jason A. Archinaco, Esq., and the law firm of WHITE AND WILLIAMS, LLP, and submits the following Incorporation of Exhibits and Supplemental Exhibits to Plaintiff's Brief in Opposition to Motion to Dismiss Philip Rosedale for Lack of Personal Jurisdiction, as follows:

**INCORPORATION OF EXHIBITS**

1. Plaintiff hereby incorporates by reference, Exhibits 4 through 7, and Exhibits 10 and 12 attached to Plaintiff's Brief in Support of Motion for Preliminary Injunction as if more fully set forth herein, a true and correct copy of which are attached hereto and hereby renumbered for this Brief as Exhibits "12," "13," "14," "15," "16," and "17."

**SUPPLEMENTAL EXHIBITS**

2. Plaintiff hereby supplements the Exhibits attached to Plaintiff's Brief in Opposition to Motion to Motion to Dismiss Philip Rosedale for Lack of Personal Jurisdiction, by adding as Exhibit "10," a true and correct copy of the cover and Pages 80 to 85 of the February 2007

PITDMS 38530v.1

edition of Inc. Magazine, featuring an interview by Philip Rosedale, and receipt for purchase of same at a new stand located in the Commonwealth of Pennsylvania, attached hereto.

3. Plaintiff hereby supplements, by lodging a copy with the Clerk of Court and serving same on counsel and a courtesy copy to Chambers; the Exhibits attached to Plaintiff's Brief in Opposition to Motion to Dismiss Philip Rosedale for Lack of Personal Jurisdiction, by adding as Exhibit "11" a true and correct copy, in MP3 audio format, of the interview of Philip Rosedale conducted on AfterTV.com on July 12, 2006.

                                      Respectfully submitted,

Date: January 30, 2007            WHITE AND WILLIAMS, LLP

By <u>CB 1429</u>
    Jason A. Archinaco, Esq.
    PA ID 76691
    Christopher Ballod, Esq.
    PA ID 89462
    The Frick Building, Suite 1001
    437 Grant Street
    Pittsburgh, PA 15219
    (412) 566-3520
    *Counsel for Plaintiff*