PSFK: Interview With Philip Rosedale, Second Life

Page 1 of 5

psfk.com - ideas, trends and lifestyle
fashion.psfk.com
marktd.com
if.psfk.com
eco.psfk.com





STRESS RELIEF YOGA FOR
CREATIVE SERVICES HIRING MANAGERS

AQUENT

**Search**

**More On PSFK**
Selling To Avatars
Coolhunting's 50 Golden Hi
Here Your Lost Phone Scre
Marktd Front Page Headlin
Get Some Coke With Your Phone
Carnival of Modern Man: Shaving
Erm, Would You Cry If We Charged?
Alfa Romeo 8C
Future PC Interface
We Want Wi-Fi
Hot Start-ups
Who The Hell Do You Think You Are?

**Free Daily Email**
[email]  [Sign Up]

Advertisement

**Thursday, April 13, 2006**

**Interview With Philip Rosedale, Second Life**

As you may have guessed, PSFK has got a little distracted by Second Life, the virtual world: the things the residents are doing inside the world, amazes us. We thought we'd ask the CEO Philip Rosedale about the world he has created.

*Can you give a quick overview about how long SL has been running, what was your original plan for SL?*

Second Life launched commercially in June of 2003. I wanted to create a digital online world where the environment would constantly evolve, driven by what people make and do. The goal was build a a platform where anyone could build their "second life," aside from whomever they really are in the "real world."

*How has that plan changed?*

In the beginning of 2004, we moved from a subscription model to one that is based on land ownership. At that time, a basic account cost a one time fee of $9.95 (it's now free) and if you were a land owner, your monthly fee was tied to the amount of land you owned. At





**PSFK Trend Topics**
Advertising & Branding
Architecture
Art
Automotive
Design
Electronics & Gadgets
Entertainment
Environmentalism
...ion
...nce
...d & Drink
...th & Beauty
...e
...style
...ry
...a & Publishing
...c
...tl
...Film
...com
...sport & Travel
...o & Technology
Worklife
Youth

**A Life Connected**
Access To Cool
Battle For The Bulge
Global Connectivity
WEdia
Web TV
Welcome To WiLife

**Baby You're Beautiful**
Art For All
Democratization Of Design
Fast Fashion
Retro Edit

EXHIBIT
tabbies
____14____

http://www.psfk.com/2006/04/interview_with_.html    10/2/2006

Monumentism

around the same time we introduced IP rights.

### It's All About Me
Customization
Personal & Limited Edition
Iconic Luxury
Tailoring
Simplicity

The decision came about for a couple of different reasons - Hernando de Soto's "The Mystery of Capital" was making the rounds of the office. What it basically says is that successful countries always start by making sure that people can freely own, resell, and mortgage the real-estate on which they live. This is a Very Big Idea because it says that "technological" innovations like stock markets and banking aren't the key to countries becoming prosperous, which is what people have traditionally thought. Rather, the key is that each individual be empowered with the ability to be entrepreneurial in their own backyard. Look at eBay or the early United States and it really makes sense.

### It's All About The Way I Live
Craft
IDividualism
My Home My Getaway
Slow

This was one of the key things that drove our ideas around land ownership and the introduction of IP rights.

### Shift
Eco As Regular
Space As Scarcity

We've been hanging in the dance halls, and checking everyone's houses but what else do people do in SL?

### Us, Together
User Generated Content
Our Terms Not Yours
India

People are doing everything in Second Life - from getting together with friends and building everyone's dream house to raising money for charities, holding conferences, teaching classes, making art, creating all manner of goods and services to sell to other residents, providing support for the needy, running newspapers and falling in love. Anything you can imagine.

### Recent Comments
gulliver on Erm, Would You Cry If We Charged?
Commentator on Erm, Would You Cry If We Charged?
Reynold on Erm, Would You Cry If We Charged?
mitchell on Interviews With Xbox, Flavorpill, Yahoo, Treehugger, Second Life, Curious, Modo, DCODE, Treehugger, Coolhunting
Roscom on Croc Shoes
Cooking on Carnival of Modern Man: Cooking
Piers Fawkes on Erm, Would You Cry If We Charged?
Andrwe on Erm, Would You Cry If We Charged?
Parmesh Shahani on Erm, Would You Cry If We Charged?

There was some interesting discussion at the Lawrence Lessig lecture about SL being a new democracy where new rules could be established. A utopia, maybe? What do you think about this?

It seems very likely that the freedom people have to create local regions or islands within Second Life with different forms of governance will result in many different utopian 'experiments'. This is something that will be fascinating to watch, and may even inform decisions about the real world.

### Copyright

Copyright and IP is obviously a pressing issue in SL. Can you give an example of where there is a grey area?

Things are pretty clear - as a user, you own what you create in

## Second Life.

*People making money in SL: where are the boom areas?*

Fashion design, land ownership and rental have always been popular and successful businesses in Second Life. Residents have always been smart about figuring out what the communities needs were and then providing a solution. The Second Life economy is driven purely by supply and demand.

*How can companies get involved with Second Life. What about advertising? Or brands making lands or experiences in SL?*

I've always said that if a company wants to join Second Life, they should buy an island and hang out for a month and then talk with one of the in-world development companies. Basically, I feel like everyone is on a level playing field. Companies will succeed or fail in Second Life based on how well they understand and meet the needs of the community.

*Thank you*

## Second Life

Visit PSFK in Second Life here.

Posted by Guy Brighton on April 13, 2006 at 01:30 PM
Filed under Advertising/Branding, Global Connectivity, Lifestyle, Web/Tech, Youth
Email Article | Link | Related PSFK Articles | +del.icio.us | +digg | +marktd | Email This | Further Thoughts & Reader Comments (2) | Newsletter | RSS PSFK
TrackBack URL: http://www.typepad.com/t/trackback/4661243

« Previous Article: Job: Work For PSFK «

### Trend Sites
Art Force One
Being Hunted
Brand New
CNET Tech Trends
CScout
Coolhunting
Design 4 Design
Digital Runway
Dopefiend
Drapers
Fashion Capital
Freshi
Fubiz
Hubculture
Influx
JC Reports
Josh Spear
Luxist
Luxury Briefing
Manolo's
Manolo.se
Metabuzz
Metacool
Money Not Art
Mooch
Newstoday
Phatgnat
Style Tribe
The Cool Hunter
This Blog Sits At
Tokyo Street Style
Trend Ease
Trend Tracker
Trend Watching
WGSN
What's Next Blog
Youth Curry
Ypulse
researcher.se

### Other Resources
del.icio.us/PSFK
RSS Digest
Blogwise

All content is copyright their rightful owner. Feel free to publish extracts of PSFK-owned trend information found on our website, on the condition that PSFK is properly credited (and linked to) as the source, including our URL: www.psfk.com. Consult other content owners directly about republication of their content.

### Other News Worth Noting

Ideas On The Blogs

Trend News On The Blogs

09/30 Conde Nast To Buy Gawker Media
Well, that's the gos - rumor mill is flow over time with Gaw editor's exit.

09/30 The Innovation Gar Has Changed, BCG Andrew Says a Marketing & I... n a Chicago Busines article BCG's head global innovation practice James Andrew ..

09/28 Corporate Video 2. Second Life Machin + Youtube
I had heard a week from the blog of Sh Holtz (of For Immediate Release

**Who Is Blogging About PSFK?**
Blogorama
Bloglines | Subscribe
NY Times Top Emailed
MyRSS Top Channels
XFN Top 10
BlogHop Top Blogs
Bloglines Most Popular
Blogging Ecosystem Top 100
blo..gs Most Watched
Blogstreet Top 100

» Blogs that link here
» View my profile

Technorati

**Previous Posts**
October 2006
September 2006
August 2006
July 2006
June 2006
May 2006
April 2006
March 2006
February 2006
January 2006

**Categories**
Access To Cool
Advertising/Branding
Architecture
Art
Art For All
Automotive
Battle For The Bulge
Craft
Creative Class
Customization
Democratization Of Design
Design
Eco As Regular
Electronics
End Of In-Between
Entertainment
Environmentalism
Fashion
Fast Fashion
Film
Finance
Food and Drink

» Next Article: Using Second Life As Your Showroom »

## Further Thoughts & Reader Comments

Yeah, makes sense and history tells us it's true. If everything you win, earn, create, ends up belonging to someone else there isn't a lot of reason to keep doing it.

There are more than a couple PhD dissertations waiting to be written about the things this interview touches on.

Posted by: JT Barnhart | Apr 13, 2006 2:51:35 PM

i discovered secondlife about two months ago and like you guys, am totally amazed. i can't remember if i read it here on psfk or somewhere else, but the latest thinking on this stuff is that these mutiplayer games are where email was in the early 90s - the base of a new operating system that for now cannot communicate between each other but which eventually will evolve into a standard that is cross-platform. secondlife has the best chance of evolving into that standard because it is so malleable, and its growing very quickly.

i don't have the time to build and create as much as i would like, but i have to say that everytime i visit it, i have a very different experience. there is so much to see and do, it would take a lifetime already to experience the whole system.

definitely worth checking out and worth getting in early on some land. i firmly believe it won't be long before everyone is interacting virtually in formats like this as easily as they use text, IM and email today.

and if you want to join hub culture's group in SL you are welcome too... we've just started on that front as well.

Posted by: Stan Stalnaker | Apr 13, 2006 7:41:36 PM

09/27 Strategic Public Relations: Now Spinach Needs Pop Where has PR been during the spinach crisis? This article analyzes the probl of no...

09/27 Inspiration From IF Interview with Fat Karahasan Ph.D. Fatoş Karaha - Brand managemen Consultant, Market thinker, Writer, ...

09/27 Interview with Cars Beck of the Copenhagen Institu for Future Stu... Carsten Beck is the Director of Researc the Copenhagen Institute for Future Stud...

09/27 Oprah Delivers for Satellite Oprah apparently wields the same ki of clout on the radi as she does on TV. pr...

09/27 Jackass, the brand. Saw Jackass Numb this weekend. Like as much if not mor than the first. Wha

09/26 Eons: 'MySpace' for boomer set 300,000 boomers h logged on to a new website, Eons.com. The site is banking a d...

09/26 Man-vertising Dave Notolli notice Man-vertising trenc where a rash of ad campaigns seem to tr...

RSS Feed For Other News Worth Noting

**About PSFK**

