IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA

| | |
|---|---|
| MARC BRAGG, Esq., an individual, | CIVIL DIVISION |
| Plaintiff, | No. 06-cv-4925 |
| v. | **JUDGE EDUARDO ROBRENO** |
| LINDEN RESEARCH, INC., a corporation, and PHILIP ROSEDALE, an individual, | |
| Defendants. | |

### SUPPLEMENTAL EXHIBITS TO PLAINTIFF'S BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

AND NOW, comes Plaintiff, Marc Bragg, Esq., by and through counsel, Jason A. Archinaco, Esq., and the law firm of WHITE AND WILLIAMS, LLP, and submits the following Supplemental Exhibits and Errata to Plaintiff's Brief in Support of Motion for Preliminary Injunction, as follows:

### SUPPLEMENTAL EXHIBITS

1. Plaintiff hereby supplements the Exhibits attached to Plaintiff's Brief in Support of Motion for Preliminary Injunction by adding as Exhibit "15," a true and correct copy of the cover and Pages 80 to 85 of the February 2007 edition of Inc. Magazine, featuring an interview by Philip Rosedale, and receipt for purchase of same at a news stand located in the Commonwealth of Pennsylvania, attached hereto.

2. Plaintiff hereby supplements, by lodging a copy with the Clerk of Court and serving same on counsel and a courtesy copy to Chambers; the Exhibits attached to Plaintiff's Brief in Support of Motion for Preliminary Injunction, by adding as Exhibit "16," a true and correct

PITDMS 38531v.1

-2-

copy, in MP3 audio format, of the interview of Philip Rosedale conducted on AfterTV.com on July 12, 2006.

                                                   Respectfully submitted,

Date: January 30, 2007                WHITE AND WILLIAMS, LLP


By <u>CB 1429</u>
    Jason A. Archinaco, Esq.
    PA ID 76691
    Christopher Ballod, Esq.
    PA ID 89462
    The Frick Building, Suite 1001
    437 Grant Street
    Pittsburgh, PA 15219
    (412) 566-3520
    *Counsel for Plaintiff*