IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| MARC BRAGG, Esq., an individual, | : |
| Plaintiff, | : CIVIL ACTION |
| v. | : Case No. 06-4925 |
| LINDEN RESEARCH, INC., a corporation, and PHILIP ROSEDALE, an individual, | : |
| Defendant. | : |

## NOTICE OF ERRATA OF DEFENDANTS
## LINDEN RESEARCH, INC. AND PHILIP ROSEDALE

On page 3, line 5 of Defendants' Memorandum of Law in Support of Motion to Compel Arbitration, Defendants state that Plaintiff Marc Bragg "owns real estate" in California. Defendants withdraw the phrase "owns real estate" and amend their brief to state that Plaintiff "has operated as the General Partner and majority owner of a commercial real estate development project in Northern San Diego County, California …. See http://www.chescolawyers.com/biography.html."

Respectfully submitted,

/s Andrew J. Soven (/AS 955)
Scott D. Baker
Andrew J. Soven
Andrea B. Weingarten
REED SMITH LLP
2500 One Liberty Place
Philadelphia, PA 19103-7301
(215)851-8100

Dated: February 2, 2007

**CERTIFICATE OF SERVICE**

       I, Andrew J. Soven, hereby certify that Defendants Linden Research, Inc. and Philip Rosedale's Notice of Errata has been filed electronically this 2nd day of February, 2007, and is available for viewing and downloading from the federal court's Electronic Case Files system. A copy of the foregoing has also been served today by ECF upon the following counsel:

>   Jason A. Archinaco, Esquire
>   White and Williams LLP
>   The Frick Building
>   437 Grant Street, Suite 1001
>   Pittsburgh, PA 15219

                                       "s"/ Andrew J. Soven