IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA

| | |
|---|---|
| MARC BRAGG, Esq., an individual, | CIVIL DIVISION |
| Plaintiff, | No. 06-cv-4925 |
| v. | **JUDGE EDUARDO ROBRENO** |
| LINDEN RESEARCH, INC., a corporation, and PHILIP ROSEDALE, an individual, | |
| Defendants. | |

**ADDITIONAL EXHIBITS TO PLAINTIFF'S
BRIEF IN OPPOSITION TO MOTION TO DISMISS PHILIP ROSEDALE
<u>FOR LACK OF PERSONAL JURISDICTION</u>**

Pursuant to the request of the Court, Plaintiff files the following additional exhibits to Plaintiff's Brief in Opposition to Defendant's Motion to Dismiss Philip Rosedale for Lack of Personal Jurisdiction as follows:

1. Attached hereto as Exhibit "18," to Plaintiff's Brief in Opposition to Motion to Dismiss is Linden Lab Press Release, dated November 14, 2003, titled, "Second Life Residents to Own Digital Creations: *Linden Lab Preserves Real World Intellectual Property Rights of Users of its Second Life Online Service.*"

2. Attached hereto as Exhibit "19," to Plaintiff's Brief in Opposition to Motion to Dismiss is Linden Lab Press Release, dated March 30, 2004, titled, "Now Selling: Real Estate on the Digital Frontier: *Second Life Residents Join to Create Island Environments.*"

3. Attached hereto as Exhibit "20," to Plaintiff's Brief in Opposition to Motion to Dismiss is Linden Lab Press Release, dated September 7, 2005, titled, "SECOND

PITDMS 38711v.1

LIFE OPENS TO EVERYONE WITH FREE BASIC MEMBERSHIPS:  Virtual land sales and in-world economy driving growth."

4. Attached hereto as Exhibit "21," to Plaintiff's Brief in Opposition to Motion to Dismiss is a chronological listing of Linden Lab Press Releases from February 11, 2002 to January 8, 2007.

                    Respectfully submitted,

Date:  January 30, 2007              WHITE AND WILLIAMS, LLP

By <u>CB 1429</u>
    Jason A. Archinaco, Esq.
    PA ID 76691
    Christopher Ballod, Esq.
    PA ID 89462
    The Frick Building, Suite 1001
    437 Grant Street
    Pittsburgh, PA 15219
    (412) 566-3520
    *Counsel for Plaintiff*