

# Linden Lab

Company Overview
Second Life
Technology
Address & Directions
Logos
Press Contacts
Press Releases
In the News
White Papers
Image Gallery

## SECOND LIFE OPENS TO EVERYONE WITH FREE BASIC MEMBERSHIPS

Virtual land sales and in-world economy driving growth

SAN FRANCISCO, CA — (September 7, 2005) — Linden Lab, creator of the acclaimed 3D online world Second Life, today announced that Basic Memberships - formerly $9.95 - are now free. Second Life is a 3D online world where entrepreneurs, explorers, and pioneers can create and experience almost anything, and, optionally, choose to make real money while doing it. As a development platform for 3D experiences, Second Life is unrivalled, offering a sprawling and rapidly expanding world with everything from skyscrapers to businesses to highly detailed avatars.

"Second Life is taking off in a way that greatly resembles the early internet — and appeals to an open, creative, entrepreneurial community," said Philip Rosedale, CEO and Founder of Linden Lab. "Browsing a website doesn't cost anything, and neither should exploring Second Life. Moreover, the number of people buying land and developing content in Second Life is increasing so rapidly that we believe that not charging for Basic Memberships will actually increase our overall revenues."

Basic Membership in both Second Life and Teen Second Life will become free, effective immediately. Premium Memberships and charges associated with virtual land purchasing and ownership will remain unchanged. For residents wishing to have multiple accounts, additional Basic Memberships will cost $9.95 each.

"The thousands of content developers creating clothing, games, services, and other experiences within Second Life will be delighted by our transition to a free model in which tens of thousands of new residents will gain free access to the platform," said David Fleck, VP of Marketing for Linden Lab. "We expect the US$18M for goods and services transacted annually to grow rapidly with this change by stimulating more new development and economic activity. The stage is set for Second Life to expand and become an open platform."

Second Life continues to grow at an accelerating rate and will shortly reach 50,000 Residents. "For me, Second Life isn't a game — it's a job, a living, a place to do things I can't do in real life," said Munchflower Zaius, Second Life entrepreneur. "I began selling avatar skins to make extra money and it's become my sole income — and now, it's more than enough money to support me and my two kids. I can't wait to introduce my skins to a new group of Residents."

**EXHIBIT 20**

...sales and in-world economy driving growth | Linden Lab

### About Linden Lab

Linden Lab was founded in 1999 by Philip Rosedale to create a revolutionary new form of shared 3D experience. The former CTO of RealNetworks, Rosedale pioneered the development of many of today's streaming media technologies, including RealVideo. In April 2003, noted software pioneer Mitch Kapor, founder of Lotus Development Corporation, was named Chairman. In 2005, Linden Lab was named an AO Top 100 *Innovative Company* by Always On.

Based in San Francisco, Linden Lab employs a senior team bringing together deep expertise in physics, 3D graphics, and networking. Team members have previously worked for market leading companies such as Electronic Arts, Maxis, Macromedia, Disney, THQ, Acclaim, Hasbro, Mattel, and RealNetworks.

Note to editors: Second Life® and Linden® Lab® are registered trademarks of Linden Research, Inc.

**Press Contact:**
Catherine Smith
Director of Marketing
Linden Lab
415-243-9000

HOME | CONTACT US | PRIVACY POLICY | ©2007 LINDEN RESEARCH, INC. All Rights Reserved.