

**Linden Lab**

ABOUT LINDEN LAB | MANAGEMENT | NEWS/EVENTS | PRESS ROOM | EMPLOYMENT | CONTACT US

Company Overview

Second Life

Technology

Address & Directions

Logos

Press Contacts

Press Releases

In the News

White Papers

Image Gallery

**2007:**

January 8, 2007
**Linden Lab To Open Source Second Life Software**

**2006:**

October 30, 2006
**Linden Lab, Creator of Second Life, Names John Zdanowski as Chief Financial Officer**

March 28, 2006
**Linden Lab Names Joe Miller Vice President Of Platform & Technology Development**

March 28, 2006
**Linden Lab Receives $11mm in New Financing**

March 10, 2006
**Second Life Machinima Film "Bells and Spurs" Premiers at SXSW**

February 1, 2006
**Linden Lab Announces Fellowship Opportunity in Second Life**

January 5, 2006
**Second Life Welcomes 100,000th Resident to Virtual World**

**2005:**

October 3, 2005
**Second Life Opens the LindeX Currency Exchange**

September 7, 2005
**Virtual land sales and in-world economy driving growth**

http://lindenlab.com/press/releases

**EXHIBIT**

tabbies®

21

Press Room: Press Releases | Linden Lab

August 15, 2005
**ARGs, multi-level gaming, and ambitious scripting dominate competition**

August 8, 2005
**Teens from around the globe build a world according to their rules**

January 25, 2005
Linden Lab, creator of Second Life. builds version of 3D world for San Jose Tech Museum

**2004:**

October 28 , 2004
**Linden Lab and Benchmark Capital aim for the Metaverse**

September 20, 2004
**Linden Lab Announces "Campus: Second Life" Program for College-Level Classes**

June 30, 2004
**Game Developer Coaches In-World Development Teams**

June 15, 2004
**Second Life first 3D Online World to Let Users Power Character Animations**

March 30, 2004
**Now Selling: Real Estate on the Digital Frontier**

**2003:**

December 22, 2003
**Second Life Updates 3D Online World**

November 14, 2003
**Second Life Residents To Own Digital Creations**

October 21, 2003
**Second Life expands world of Opportunity and Adventure**

September 2, 2003
**Linden Lab Names Don Traeger to Strategic Advisory Board**

August 22, 2003
**Second Life Affiliates Make Real Life Dollars**

June 23, 2003
**Your Second Life begins today**

May 14, 2003
**Linden Lab and NVIDIA Give New Look to "Second Life"**

21-5

Press Release | Linden Lab

May 14, 2003
**Start Your Second Life in June 2003**

April 28, 2003
**"Second Life™" Opens Public Beta**

April 28, 2003
**Linden Lab Names Mitchell Kapor as Chairman of Board of Directors**

---

2002:

October 30, 2002
**LindenLab Announces Name of New Online World 'Second Life(TM)' And Availability of Beta Program**

April 16, 2002
**Robin Harper Appointed Linden Lab Senior Vice President of Marketing and Business Development**

February 11, 2002
**Linden Lab Debuts, Company Dedicated to 3D Entertainment**

HOME  |  CONTACT US  |  PRIVACY POLICY  |  ©2007 LINDEN RESEARCH, INC. All Rights Reserved.

http://lindenlab.com/press_releases