UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

MARC BRAGG, ESQUIRE,            :
                                :
         V.                     :         Civil Action
LINDEN RESEARCH, INC. and       :         No: 06-CV-4925
PHILIP ROSEDALE,                :

## DISCLOSURE STATEMENT FORM

Please check one box:

[X]     The nongovernmental corporate party, __Linden Research, Inc.__
        , in the above listed civil action does not have any parent corporation and
        publicly held corporation that owns 10% or more of its stock.

[ ]     The nongovernmental corporate party, _____
        , in the above listed civil action has the following parent corporation(s) and
        publicly held corporation(s) that owns 10% or more of its stock:

        _____
        _____
        _____
        _____

2/7/07                          [signature]
_____                    _____
   Date                              Signature

                 Counsel for: Defendants Linden Research, Inc. and Philip
                              Rosedale

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
    (a) WHO MUST FILE: NONGOVERNMENTAL CORPORATE PARTY. A nongovernmental
corporate party to an action or proceeding in a district court must file two copies of a
statement that identifies any parent corporation and any publicly held corporation that
owns 10% or more of its stock or states that there is no such corporation.
    (b) TIME FOR FILING; SUPPLEMENTAL FILING. A party must:
        (1)    file the Rule 7.1(a) statement with its first appearance, pleading,
               petition, motion, response, or other request addressed to the court,
               and
        (2)    promptly file a supplemental statement upon any change in the
               information that the statement requires.