IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA

| | |
|---|---|
| MARC BRAGG, Esq., an individual, | CIVIL DIVISION |
| Plaintiff, | No. 06-cv-4925 |
| v. | **JUDGE EDUARDO ROBRENO** |
| LINDEN RESEARCH, INC., a corporation, and PHILIP ROSEDALE, an individual, | |
| Defendants. | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEFS
IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS AND TO COMPEL
ARBITRATION TO ADDRESS ISSUES RAISED BY THE COURT AT ARGUMENT ON
FEBRUARY 5, 2007**

AND NOW, comes Plaintiff, Marc Bragg, Esq., by and through counsel, Jason A. Archinaco, Esq., and the law firm of WHITE AND WILLIAMS, LLP, and files the following Motion for Leave to File Supplemental Briefs in Opposition to Defendant's Motions to Dismiss and to Compel Arbitration to Address Issues Raised by the Court at Argument on February 5, 2007, and avers as follows:

1. On February 5, 2007, this Honorable Court heard argument on Defendants' Motion to Dismiss Philip Rosedale for Lack of Personal Jurisdiction, and Defendants' Motion to Compel Arbitration.

2. During the argument, the Court raised several issues in relation to the pending Motions which Plaintiff would like the opportunity to address by filing Supplemental Briefs.

3. Plaintiff requests leave of Court to file Supplemental Briefs in Opposition to the Motion to Dismiss Philip Rosedale for Lack of Personal Jurisdiction and Motion to Compel Arbitration.

PITDMS 38752v.1

-2-

WHEREFORE, Plaintiff requests this Honorable Court enter an order granting leave for Plaintiff to file Supplemental Briefs in Opposition to Defendants' Motion to Dismiss Philip Rosedale for Lack of Personal Jurisdiction and Defendants' Motion to Compel Arbitration.

                                              Respectfully submitted,

Date: February 8, 2007                WHITE AND WILLIAMS, LLP

By <u>CB 1429</u>
    Jason A. Archinaco, Esq.
    PA ID 76691
    Christopher Ballod, Esq.
    PA ID 89462
    The Frick Building, Suite 1001
    437 Grant Street
    Pittsburgh, PA 15219
    (412) 566-3520
    *Counsel for Plaintiff*