IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA

| | |
|---|---|
| MARC BRAGG, Esq., an individual, | CIVIL DIVISION |
| Plaintiff, | No. 06-cv-4925 |
| v. | **JUDGE EDUARDO ROBRENO** |
| LINDEN RESEARCH, INC., a corporation, and PHILIP ROSEDALE, an individual, | |
| Defendants. | |

### ORDER OF COURT

AND NOW, this _____ day of February, 2007, upon consideration of Plaintiff's Motion for Leave to File Supplemental Briefs in Opposition to Defendants' Motions to Dismiss and to Compel Arbitration to Address Issues Raised by the Court at Argument on February 5, 2007, it is hereby ORDERED, ADJUDGED, and DECREED, that Plaintiff's Motion is GRANTED and Plaintiff may file Supplemental Briefs within ten (10) days of the date of this Order.

By _____
Judge, United States District Court