IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA

| | |
|---|---|
| MARC BRAGG, Esq., an individual, | CIVIL DIVISION |
| Plaintiff, | No. 06-cv-4925 |
| v. | **JUDGE EDUARDO ROBRENO** |
| LINDEN RESEARCH, INC., a corporation, and PHILIP ROSEDALE, an individual, | |
| Defendants. | |

### ORDER OF COURT

AND NOW, this _____ day of February, 2007, upon consideration of Plaintiff's Motion for Leave to File Declaration of Personal Financial Information Under Seal, it is hereby ORDERED, ADJUDGED, and DECREED, that Plaintiff's Motion is GRANTED and Plaintiff may file an Declaration of Personal Financial Information with the Clerk, under Seal, within ten (10) days of the date of this Order.

By _____
Judge, United States District Court

PITDMS 38751v.1

-6-