# White and Williams LLP

*The Frick Building*
*437 Grant Street, Suite 1001*
*Pittsburgh, PA  15219-6003*
*Phone: 412.566.3520*
*Fax: 412.566.3521*

*Jason A. Archinaco*
*Direct Dial: 412.566.3525*
*Direct Fax: 412.566.3549*
*archinacoj@whiteandwilliams.com*

January 30, 2007

**VIA FACSIMILE (215) 851-1420 and FIRST CLASS MAIL**

Andrew J. Soven, Esquire
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA  19103-7301

  RE: **Marc Bragg, Esquire v. Linden Research, Inc., et al.**
    **Our File No. 0030713-I0001**

Dear Mr. Soven:

  This is a safe harbor letter pursuant to Rule 11.

  Please correct and withdraw the following assertions in your papers, or conversely, set forth your good faith basis for such allegations in your pleadings:

  1. In your Motion to Compel Arbitration, you represent to the court that Mr. Bragg owns land in California. Please identify the land Mr. Bragg owns in California or alternatively, correct and withdraw your contention; and

  2. In your Reply Memorandum of Law . . . In Further Support of . . . Motion to Compel Arbitration, you assert that Mr. Bragg rigged auctions and cheated "the other participants." Please identify the "other participants" that Mr. Bragg "cheated" or alternatively, correct and withdraw your contention.

  Thank you for your anticipated cooperation.

Very truly yours,

WHITE AND WILLIAMS LLP

By: *[signature]*
Jason A. Archinaco

JAA/jg

*Allentown, PA • Berwyn, PA • Cherry Hill, NJ*
*New York, NY • Paramus, NJ • Philadelphia, PA • Wilmington, DE*

PITDMS 38529v.1

**EXHIBIT 2**

Dockets.Justia.com

**Graham, Jacqueline**

| | |
|---|---|
| **From:** | GenifaxMessageServer |
| **Sent:** | Tuesday, January 30, 2007 4:44 PM |
| **To:** | Graham, Jacqueline |
| **Subject:** | Successful Fax |

The message you sent to Andrew J. Soven at 215-851-1420, was delivered successfully on 1/30/2007 at 4:43:48 PM

JobID: 236152

# ReedSmith

Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
215.851.8100
Fax 215.851.1420

**Andrew J. Soven**
Direct Phone: 215.851.8288
Email: asoven@reedsmith.com

**BY FAX AND REGULAR MAIL**

February 2, 2007

Jason A. Archinaco, Esquire
White and Williams LLP
The Frick Building
437 Grant Street, Suite 1001
Pittsburgh, PA  15219-6003

    Re:   **Marc Bragg v. Linden Research, Inc., et al.**
          **U.S.D.C. for the Eastern District of Pennsylvania Civil Action No. 06-4925**

Dear Mr. Archinaco:

    I received your January 30, 2007 letter. In the letter, you identify two separate statements which you claim should be withdrawn. Although we strongly disagree that either statement comes close to a statement that could be the subject of a valid Rule 11 Motion, I have filed the attached Notice of Errata to avoid any further discussion of the first statement related to land ownership. With regard to the second statement, we stand by our characterization of Mr. Bragg's conduct.

                                    Very truly yours,

                                    *[signature]*

                                    Andrew J. Soven

Enclosure

AJS:seo

NEW YORK ♦ LONDON ♦ LOS ANGELES ♦ PARIS ♦ SAN FRANCISCO ♦ WASHINGTON, D.C. ♦ PHILADELPHIA ♦ PITTSBURGH ♦ OAKLAND
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

reedsmith.com

PHLLIB-979424.1-AJSOVEN 2/2/07 10:07 AM