IN THE COURT OF COMMON PLEAS OF
CHESTER COUNTY, PENNSYLVANIA

FILED
06 OCT -4 PM 12:19

OFFICE OF THE
PROTHONOTARY
CHESTER CO. PA.

| | |
|---|---|
| MARC BRAGG, Esq., an individual, | CIVIL DIVISION |
| Plaintiff, | No. |
| v. | COMPLAINT IN CIVIL ACTION |
| LINDEN RESEARCH, INC., a corporation, and PHILIP ROSEDALE, an individual, | Code: |
| Defendants. | Filed on behalf of Plaintiff, MARC BRAGG, Esq., an individual, |

**NOTICE TO PLEAD**

TO:   Defendants

You are hereby notified to file a written response to the enclosed **Complaint** within twenty (20) days from the date of service hereof or a judgment may be entered against you.

By: _____
Attorney for Plaintiff

Counsel of record for this party:

Jason A. Archinaco, Esq.
PA. I.D. #76691

WHITE AND WILLIAMS LLP
Firm #683
1001 Frick Building
Pittsburgh, PA 15219

(412) 566-3520

**JURY TRIAL DEMANDED**

DOCS_PIT 35184v.1

**EXHIBIT 5**