Second Life | Auction Details

- Land Auctions
- Land Store
- Linden Dollar Exchange
  - Buy L$
  - Sell L$
- Market Data
- Transaction History
- Fees
- Billing and Trading Limits
- Economic Statistics

## Auction Details

### Bragg (43,14) 1072m Mature

**Bidding has ended for this item**

Winning Bid: **L$ 8,010**
Ended   2006-10-07 17:00:00
History:   6 bids
High Bidder:  Ernst Ruml

### Bid History

| Resident | Bid Amount | Bid Date |
|---|---|---|
| Ernst Ruml | L$8010 | Oct-07-06 14:47:38 PDT |
| Luminus Leafblower | L$5995 | Oct-07-06 01:04:12 PDT |
| Fort Rucker | L$5010 | Oct-05-06 14:26:37 PDT |
| Luminus Leafblower | L$5000 | Oct-07-06 01:03:50 PDT |
| Fort Rucker | L$4610 | Oct-05-06 14:26:37 PDT |
| Luminus Leafblower | L$4600 | Oct-05-06 12:15:42 PDT |

EXHIBIT 6

http://secondlife.com/auctions/detail.php?id=0026199673   2/8/2007

Second Life | Auction Details

**MY SECOND LIFE**
My Account
Friends Online
Feature Voting
Refer-A-Friend
Partners

**SUPPORT**
Downloads
Police Blotter
Knowledge Base
Known Issues

downloads | system requirements | privacy | community standards | terms of service | dmca | trademark usage | grid status | contact

©2007 Linden Research, Inc. | We're Hiring!