

# Press Room

- Back to Press Room
- Company Overview
- Second Life
- Press Releases
- Key Contacts
- Image Gallery
- Technology

Second Life Residents To Own Digital Creations  -- November 14, 2003

Second Life expands world of Opportunity and Adventure  -- October 21, 2003

Linden Lab Names Don Traeger to Strategic Advisory Board  -- September 2, 2003

Second Life Affiliates Make Real Life Dollars  -- August 22, 2003

Your Second Life begins today  -- June 23, 2003

Linden Lab and NVIDIA Give New Look to "Second Life"  -- May 14, 2003

Start Your Second Life in June 2003  -- May 14, 2003

"Second Life(TM)" Opens Public Beta -- April 28, 2003

Linden Lab Names Mitchell Kapor as Chairman of Board of Directors  -- April 28, 2003

LindenLab Announces Name of New Online World 'Second Life(TM)' And Availability of Beta Program  -- October 30, 2002

EXHIBIT 1

Robin Harper Appointed Linden Lab Senior Vice President of Marketing and Business Development -- April 16, 2002

Linden Lab Debuts, Company Dedicated to 3D Entertainment -- February 11, 2002

HOME | CONTACT US | PRIVACY POLICY | ©2003 LINDEN RESEARCH, INC. ALL RIGHTS RESERVED.