

Back to Press Room

- Company Overview
- Second Life
- Press Releases
- Key Contacts
- Image Gallery
- Technology

Now Selling: Real Estate on the Digital Frontier -- March 30, 2004

Second Life Updates 3D Online World -- December 22, 2003

Second Life Residents To Own Digital Creations -- November 14, 2003

Second Life expands world of Opportunity and Adventure -- October 21, 2003

Linden Lab Names Don Traeger to Strategic Advisory Board -- September 2, 2003

Second Life Affiliates Make Real Life Dollars -- August 22, 2003

Your Second Life begins today -- June 23, 2003

Linden Lab and NVIDIA Give New Look to "Second Life" -- May 14, 2003

Start Your Second Life in June 2003 -- May 14, 2003

"Second Life TM" Opens Public Beta -- April 28, 2003

Linden Lab Names Mitchell Kapor as Chairman of Board of Directors --

**EXHIBIT 3**

Dockets.Justia.com

April 28, 2003

LindenLab Announces Name of New Online World 'Second Life(TM)' And Availability of Beta Program -- October 30, 2002

Robin Harper Appointed Linden Lab Senior Vice President of Marketing and Business Development -- April 16, 2002

Linden Lab Debuts, Company Dedicated to 3D Entertainment -- February 11, 2002

HOME | CONTACT US | PRIVACY POLICY | ©2003 LINDEN RESEARCH, INC. ALL RIGHTS RESERVED.