

# Linden Lab — Press Room

- Company Overview
- Second Life
- Technology
- Address & Directions
- Logos
- Press Contacts
- Press Releases
- In the News
- White Papers
- Image Gallery

September 7, 2005
Virtual land sales and in-world economy driving growth

August 15, 2005
ARGs, multi-level gaming, and ambitious scripting dominate competition

August 8, 2005
Teens from around the globe build a world according to their rules

January 25, 2005
Linden Lab, creator of Second Life, builds version of 3D world for San Jose Tech Museum

Archive:

**2004:**

October 28, 2004
Linden Lab and Benchmark Capital aim for the Metaverse

September 20, 2004

**EXHIBIT 5**

Linden Lab Announces "Campus: Second Life" Program for College-Level Classes

June 30, 2004
Game Developer Coaches In-World Development Teams

June 15, 2004
Second Life first 3D Online World to Let Users Power Character Animations

March 30, 2004
Now Selling: Real Estate on the Digital Frontier

**2003:**

December 22, 2003
Second Life Updates 3D Online World

November 14, 2003
Second Life Residents To Own Digital Creations

October 21, 2003
Second Life expands world of Opportunity and Adventure

September 2, 2003
Linden Lab Names Don Traeger to Strategic Advisory Board

August 22, 2003
Second Life Affiliates Make Real Life Dollars

June 23, 2003
Your Second Life begins today

May 14, 2003
Linden Lab and NVIDIA Give New Look to "Second Life"

May 14, 2003
Start Your Second Life in June 2003

April 28, 2003
"Second Life<sup>TM</sup>" Opens Public Beta

April 28, 2003
Linden Lab Names Mitchell Kapor as Chairman of Board of Directors

**2002:**

October 30, 2002
LindenLab Announces Name of New Online World 'Second Life(TM)' And Availability of Beta Program

April 16, 2002
Robin Harper Appointed Linden Lab Senior Vice President of Marketing and Business Development

February 11, 2002
Linden Lab Debuts, Company Dedicated to 3D Entertainment