*(Page rotated 90°. Content: Internet Archive Wayback Machine search results page.)*

Page 1 of 4

Internet Archive Wayback Machine

**INTERNET ARCHIVE WaybackMachine**

Enter Web Address: http://

Searched for http://www.lindenlab.com

Note some duplicates are not shown. See all.
* denotes when site was updated.

All

**Take Me Back**   Adv. Search   Compare Archive Pages

**327 Results**

## Search Results for Jan 01, 1996 - Feb 08, 2007

| 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 13 pages | 14 pages | 22 pages | 85 pages | 125 pages | 29 pages | 0 pages |
| | | | | | Mar 03, 2001 | * Mar 25, 2002 | * Jan 27, 2003 | * Jan 02, 2004 | Jan 01, 2005 | Jan 01, 2006 | |
| | | | | | Mar 09, 2001 | Apr 07, 2002 | * Feb 14, 2003 | Jan 24, 2004 | Jan 12, 2005 | * Jan 03, 2006 | |
| | | | | | Apr 02, 2001 | Jun 04, 2002 | * Feb 18, 2003 | * Feb 03, 2004 | * Jan 18, 2005 | * Jan 04, 2006 | |
| | | | | | Apr 04, 2001 | Jun 05, 2002 | Mar 26, 2003 | Mar 26, 2004 | * Jan 19, 2005 | * Jan 05, 2006 | |
| | | | | | Apr 05, 2001 | Jun 11, 2002 | * Mar 28, 2003 | * Apr 07, 2004 | Jan 20, 2005 | * Jan 06, 2006 | |
| | | | | | May 18, 2001 | * Aug 02, 2002 | * Apr 06, 2003 | Apr 08, 2004 | Jan 21, 2005 | * Jan 10, 2006 | |
| | | | | | May 18, 2001 | * Sep 22, 2002 | Apr 07, 2003 | * May 13, 2004 | * Jan 22, 2005 | * Jan 12, 2006 | |
| | | | | | May 19, 2001 | Sep 25, 2002 | * Apr 22, 2003 | * May 18, 2004 | * Jan 25, 2005 | * Jan 14, 2006 | |
| | | | | | Jun 11, 2001 | * Sep 27, 2002 | * May 24, 2003 | * May 22, 2004 | * Jan 26, 2005 | * Jan 16, 2006 | |
| | | | | | Jul 20, 2001 | * Sep 29, 2002 | May 26, 2003 | * May 24, 2004 | * Jan 29, 2005 | * Jan 18, 2006 | |
| | | | | | Sep 25, 2001 | Oct 14, 2002 | * Jun 10, 2003 | * Jun 04, 2004 | * Feb 04, 2005 | * Jan 26, 2006 | |
| | | | | | Oct 28, 2001 | * Nov 20, 2002 | Jun 11, 2003 | * Jun 06, 2004 | * Feb 04, 2005 | * Jan 27, 2006 | |
| | | | | | Dec 09, 2001 | Nov 26, 2002 | Jun 23, 2003 | * Jun 07, 2004 | Feb 05, 2005 | * Feb 02, 2006 | |
| | | | | | | Dec 01, 2002 | Aug 04, 2003 | * Jun 11, 2004 | * Feb 07, 2005 | * Feb 03, 2006 | |
| | | | | | | | * Aug 06, 2003 | * Jun 12, 2004 | Feb 08, 2005 | * Feb 04, 2006 | |
| | | | | | | | Oct 14, 2003 | * Jun 15, 2004 | Feb 12, 2005 | * Feb 05, 2006 | |
| | | | | | | | Oct 28, 2003 | * Jun 16, 2004 | * Feb 14, 2005 | * Feb 09, 2006 | |
| | | | | | | | Nov 20, 2003 | Jun 17, 2004 | * Feb 15, 2005 | * Apr 02, 2006 | |
| | | | | | | | Nov 22, 2003 | * Jun 19, 2004 | * Feb 15, 2005 | * Apr 05, 2006 | |
| | | | | | | | Dec 05, 2003 | * Jun 23, 2004 | * Feb 16, 2005 | * Apr 05, 2006 | |
| | | | | | | | Dec 14, 2003 | Jun 24, 2004 | * Feb 21, 2005 | * Apr 07, 2006 | |
| | | | | | | | Dec 17, 2003 | Jun 26, 2004 | Feb 26, 2005 | * Apr 09, 2006 | |
| | | | | | | | | Jun 27, 2004 | * Mar 02, 2005 | * Apr 11, 2006 | |
| | | | | | | | | Jun 28, 2004 | Mar 03, 2005 | * Apr 14, 2006 | |
| | | | | | | | | Jun 30, 2004 | Mar 03, 2005 | * Apr 15, 2006 | |
| | | | | | | | | | Mar 04, 2005 | * Apr 22, 2006 | |

**EXHIBIT 7**

Internet Archive Wayback Machine

- Jul 01, 2004
- Jul 02, 2004
- Jul 04, 2004
- Jul 10, 2004
- Jul 12, 2004
- Jul 14, 2004
- Jul 17, 2004
- Jul 19, 2004
- Jul 20, 2004
- Jul 21, 2004 *
- Jul 22, 2004
- Jul 23, 2004
- Jul 24, 2004
- Jul 25, 2004
- Jul 27, 2004
- Aug 04, 2004 *
- Aug 06, 2004
- Aug 07, 2004 *
- Aug 07, 2004
- Aug 11, 2004 *
- Aug 14, 2004 *
- Aug 18, 2004
- Aug 21, 2004
- Aug 25, 2004
- Aug 26, 2004
- Aug 28, 2004
- Aug 30, 2004 *
- Aug 30, 2004
- Aug 31, 2004 *
- Sep 01, 2004 *
- Sep 03, 2004
- Sep 04, 2004
- Sep 10, 2004
- Sep 14, 2004
- Sep 18, 2004
- Sep 21, 2004
- Sep 21, 2004 *
- Sep 22, 2004
- Sep 23, 2004
- Sep 23, 2004 *
- Sep 25, 2004 *
- Sep 26, 2004
- Oct 01, 2004 *

- Mar 06, 2005 *
- Mar 07, 2005 *
- Mar 08, 2005 *
- Mar 17, 2005 *
- Mar 23, 2005 *
- Mar 29, 2005 *
- Mar 31, 2005 *
- Apr 01, 2005 *
- Apr 03, 2005 *
- Apr 04, 2005 *
- Apr 06, 2005 *
- Apr 08, 2005 *
- Apr 14, 2005 *
- Apr 16, 2005 *
- Apr 17, 2005 *
- Apr 18, 2005 *
- Apr 28, 2005 *
- May 07, 2005 *
- May 13, 2005 *
- May 15, 2005 *
- May 18, 2005 *
- May 20, 2005 *
- May 25, 2005 *
- May 26, 2005 *
- Jun 03, 2005 *
- Jun 05, 2005 *
- Jun 07, 2005 *
- Jun 08, 2005 *
- Jun 10, 2005 *
- Jun 13, 2005 *
- Jun 18, 2005 *
- Jun 25, 2005 *
- Jun 26, 2005 *
- Jun 29, 2005 *
- Jun 30, 2005 *
- Jul 02, 2005 *
- Jul 08, 2005 *
- Jul 10, 2005 *
- Jul 17, 2005 *
- Jul 18, 2005 *
- Jul 21, 2005 *
- Jul 22, 2005 *
- Jul 23, 2005 *

- Apr 23, 2006 *
- Apr 24, 2006 *
- Apr 27, 2006 *

| | | Jul 26, 2005 |
| | | Jul 28, 2005 |
| | | Jul 31, 2005 |
| | * | Aug 03, 2005 |
| | * | Aug 10, 2005 |
| | * | Aug 11, 2005 |
| | | Aug 13, 2005 |
| | | Aug 14, 2005 |
| | | Aug 22, 2005 |
| | * | Aug 26, 2005 |
| | | Aug 27, 2005 |
| | * | Aug 28, 2005 |
| | * | Aug 29, 2005 |
| | | Aug 30, 2005 |
| | * | Aug 31, 2005 |
| | | Sep 01, 2005 |
| | * | Sep 12, 2005 |
| | * | Sep 20, 2005 |
| | * | Sep 24, 2005 |
| | * | Oct 01, 2005 |
| | | Oct 18, 2005 |
| | * | Oct 23, 2005 |
| | | Oct 26, 2005 |
| | | Oct 27, 2005 |
| | | Oct 28, 2005 |
| | | Oct 29, 2005 |
| | | Oct 30, 2005 |
| | | Oct 31, 2005 |
| | | Nov 01, 2005 |
| | | Nov 03, 2005 |
| | | Nov 05, 2005 |
| | | Nov 06, 2005 |
| | | Nov 07, 2005 |
| | * | Nov 24, 2005 |
| | | Nov 25, 2005 |
| | | Nov 27, 2005 |
| | * | Nov 30, 2005 |
| | * | Dec 01, 2005 |
| | | Dec 03, 2005 |
| | | Dec 05, 2005 |
| | | Dec 08, 2005 |
| | * | Dec 10, 2005 |
| | | Dec 11, 2005 |
| Oct 10, 2004 | | |
| Oct 14, 2004 | | |
| Oct 16, 2004 * | | |
| Oct 30, 2004 * | | |
| Oct 31, 2004 | | |
| Nov 17, 2004 * | | |
| Nov 18, 2004 | | |
| Nov 19, 2004 | | |
| Nov 28, 2004 | | |
| Dec 03, 2004 * | | |
| Dec 07, 2004 * | | |
| Dec 08, 2004 * | | |
| Dec 08, 2004 * | | |
| Dec 10, 2004 * | | |
| Dec 12, 2004 | | |
| Dec 29, 2004 | | |

Dec 12, 2005
Dec 14, 2005
Dec 15, 2005
Dec 16, 2005
Dec 19, 2005
Dec 20, 2005
Dec 21, 2005
Dec 23, 2005
Dec 24, 2005
Dec 25, 2005
Dec 28, 2005
Dec 29, 2005
Dec 30, 2005

Home | Help

Internet Archive | Terms of Use | Privacy Policy