BRAGG v. LINDEN RESEARCH, INC. et al                                                          Doc. 40

Case 2:06-cv-04925-ER   Document 40    Filed 02/09/2007   Page 1 of 1
Case 2:06-cv-04925-ER   Document 37-2  Filed 02/08/2007   Page 1 of 1

(40)

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### PHILADELPHIA

MARC BRAGG, Esq., an individual,   :   CIVIL DIVISION
　
　　　　　　Plaintiff,   :   No. 06-cv-4925

　　　v.   :   **JUDGE EDUARDO ROBRENO**

LINDEN RESEARCH, INC., a corporation,
and PHILIP ROSEDALE, an individual,

　　　　　　Defendants.   :   FILED FEB 2007

## ORDER OF COURT

AND NOW, this 9 day of February, 2007, upon consideration of Plaintiff's Motion for Leave to File Declaration of Personal Financial Information Under Seal, it is hereby ORDERED, ADJUDGED, and DECREED, that Plaintiff's Motion is GRANTED and Plaintiff may file an Declaration of Personal Financial Information with the Clerk, under Seal, within ten (10) days of the date of this Order.

　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　Judge, United States District Court

(1) Defendant may request access to Personal Financial Information pursuant to Protective Order to be agreed upon by the parties.

ENTERED
FEB 12 2007
CLERK OF COURT

PITDMS 38751v.1            -6-