```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

                                :   CIVIL ACTION
MARC BRAGG                      :   NO. 06-4925
                                :
        Plaintiff,              :
                                :
     v.                         :
                                :
LINDEN RESEARCH, INC. and       :
PHILIP ROSEDALE                 :
                                :
        Defendants.             :
```

### ORDER

**AND NOW**, this **20th** day of **February, 2007,** it is hereby **ORDERED** that the Clerk of Court shall file, **UNDER SEAL**, Plaintiff's Declaration of Personal Financial Information Under Seal.  Defendants may request access to the Declaration pursuant to a protective order to be agreed upon by the parties.

**AND IT IS SO ORDERED.**

                                     **S/Eduardo C. Robreno**

                                     **EDUARDO C. ROBRENO, J.**