Second Life | Your Account: Marc Woebegone: Land                Page 1 of 4

What is Second Life?   Showcase   Business Partners   Developers   Support

**COMMUNITY**
Forums
Events
Volunteer
Education

**CONNECTIONS**
Media
Blogs
Resident Sites
Newsletter
Mailing Lists

**COMMERCE**
Classifieds
Land Information
  Land Auctions
  Land Store
LindeX Currency Exchange
  Buy L$
  Sell L$
  Market Data
  Transaction History

**MY SECOND LIFE**
My Account
Friends Online
Feature Voting
Safety & Repeal

**SUPPORT**
Downloads
Police Blotter
Troubleshooting

# Your Account: Marc Woebegone: Land

## Land

### Owned Parcels

| Name | Location | Size |
|---|---|---|
| Maekju 001 (128,128) 2048 m2 Beatiiul penninusla rent or sale. | Maekju (160,112) | 4096 |
| Hodu 001 (128,128) 1024 m2 Mature Roadside One Sim to Ocean | Hodu (176,144) | 1024 |
| Hodu 001 (128,128) 512 m2 for development of any kind. | Hodu (80,248) | 512 |
| Cupideo Slingo. Where Luck Meets the Ocean and U Win! Danpoon | Danpoon (94,62) | 528 |
| Hodu 001 (128,128) 512 m2 for development of any kind. | Hodu (108,232) | 512 |
| Ho Su 001 (128,128) Mature 1024m2 Ocean Views and Hill Tops. | Ho Su (208,48) | 1024 |
| Maekju 001 (128,128) 1024 m2 Beatiiul penninusla rent or sale. | Maekju (208,208) | 1024 |
| Ho Su 001 (128,128) Mature 4096m2 Ocean Views and Hill Tops. | Ho Su (128,48) | 4096 |
| Maekju 001 (128,128) 4096 m2 Beautiful coast penninsusa prop. | Maekju (64,64) | 4096 |
| Atlas 001 (82,48) 1904 m2 | Atlas (106,72) | 1904 |
| Juree Mature 512 m2. Very buildable | Juree (176,152) | 512 |
| Ho Su 001 (128,128) Mature 1024m2 Ocean Views and Hill Tops. | Ho Su (16,240) | 1024 |
| Hodu 001 (128,128) 512 m2 | Hodu (16,136) | 512 |
| Hodu 001 (128,128) 512 m2 | Hodu (16,120) | 512 |
| Hodu 001 (128,128) 1152 m2 Mature Roadside One Sim to Ocean | Hodu (174,16) | 1152 |
| Hodu 001 (128,128) 1328 m2 Mature roadside | Hodu (170,208) | 1328 |
| Chamnamoo 001 (128,128) 1,024 m2 Mature | Chamnamoo (16,208) | 1024 |
| Hodu 001 (128,128) 528 m2 for development of any kind. | Hodu (80,234) | 528 |
| Hodu 001 (128,128) 256 m2 | Hodu (8,248) | 256 |
| Ho Su 001 (128,128) Mature 1024m2 Ocean Views and Hill Tops. | Ho Su (16,144) | 1024 |
| Maekju 001 (128,128) 4096 m2 Beatiiul penninusla rent or sale. | Maekju (240,16) | 1024 |

https://secondlife.com/account/land.php


EXHIBIT 1

5/9/2006

| Description | Location | m2 |
|---|---|---|
| Maekju 001 (128,128) 1024 m2 Beatiiul penninusla rent or sale. | Maekju (208,240) | 1024 |
| Hodu 001 (128,128) 512 m2 | Hodu (16,40) | 512 |
| Cristat (14,94) - 800 m2 | Cristat (14,114) | 800 |
| Maekju 001 (128,128) 1024 m2 Beautiful coast penninsusa prop. | Maekju (16,176) | 1024 |
| Jarang 512 m2 Mature Flat Land | Jarang (40,112) | 512 |
| Maekju 001 (128,128) 1024 m2 Beatiiul penninusla rent or sale. | Maekju (144,208) | 1024 |
| Cupideo Casino, Video n Dance Club - Areumdeuli | Areumdeuli (112,248) | 496 |
| Chamnamoo 001 (128,128) 1024 m2 Mature | Chamnamoo (240,112) | 1024 |
| Ribeata (158,228) - 896 m2 | Ribeata (138,238) | 112 |
| Hodu 001 (128,128) 27152 m2 for development of any kind. | Hodu (82,216) | 1584 |
| Hodu 001 (128,128) 256 m2 | Hodu (8,216) | 256 |
| Hodu 001 (128,128) 1024 m2 Top of the hill. Commanding view. | Hodu (208,48) | 1024 |
| Hodu 001 (128,128) 1152 m2 Mature Roadside One Sim to Ocean | Hodu (174,176) | 1152 |
| Maekju 001 (128,128) 1024 m2 Beautiful coast penninsusa prop. | Maekju (16,80) | 1024 |
| Hodu 001 (128,128) 512 m2 | Hodu (16,56) | 512 |
| Hodu 001 (128,128) 256 m2 | Hodu (24,200) | 256 |
| Chamnamoo 001 (128,128) 1024 m2 Mature | Chamnamoo (240,80) | 1024 |
| Hodu 001 (128,128) 512 m2 | Hodu (16,88) | 512 |
| Bembecia Mature Flat Land 640m2 Road side | Bembecia (124,114) | 640 |
| Danpoon Mature 3536 m2 Ocean View Property | Danpoon (142,214) | 2512 |
| Hodu 001 (128,128) 256 m2 | Hodu (24,248) | 256 |
| Hodu 001 (128,128) 512 m2 for development of any kind. | Hodu (76,232) | 512 |
| Cupideo Video n Rave Dance Club in Danpoon | Danpoon (178,190) | 560 |
| Chamnamoo 001 (128,128) 1024 m2 Mature | Chamnamoo (208,16) | 1024 |
| Ho Su 001 (128,128) Mature 1024m2 Ocean Views and Hill Tops. | Ho Su (16,176) | 1024 |
| Chamnamoo 001 (128,128) 1056 m2 Mature | Chamnamoo (234,214) | 1056 |
| Ho Su 001 (128,128) Mature 65536m | Ho Su (240,16) | 1024 |
| Maekju 001 (128,128) 4096 m2 Beatiiul penninusla rent or sale. | Maekju (160,16) | 4096 |
| Maekju 001 (128,128) 4096 m2 Beautiful coast penninsusa prop. | Maekju (64,128) | 4096 |
| Chamnamoo 001 (128,128) 1024 m2 Mature | Chamnamoo (240,48) | 1024 |
| Maekju 001 (128,128) 4096 m2 Beatiiul penninusla rent or sale. | Maekju (160,80) | 4096 |
| Hodu 001 (128,128) 27152 m2 for | Hodu (60,200) | 896 |

| Description | Location | m2 |
|---|---|---|
| development of any kind. | | |
| Jarang 512 m2 Mature Flat Land | Jarang (80,168) | 512 |
| Songi - Mature Perfect Ocean View Property - Neg on sz n $ | Sonagi (14,186) | 336 |
| Maekju 001 (128,128) 32768 m2 Beatiiul penninusla rent or sale. | Maekju (176,208) | 1024 |
| Maekju 001 (128,128) 4096 m2 Beatiiul penninusla rent or sale. | Maekju (240,80) | 1024 |
| Cupideo Casino Vid n Dance Club in Saeneul | Saeneul (144,216) | 512 |
| Maekju 001 (128,128) 8192 m2 Beatiiul penninusla rent or sale. | Maekju (192,160) | 8192 |
| Chamnamoo 001 (128,128) 4512 m2 Mature | Chamnamoo (204,144) | 4528 |
| Hodu 001 (128,128) 512 m2 | Hodu (16,168) | 512 |
| Ho Su 001 (128,128) Mature 1024m2 Ocean Views and Hill Tops. | Ho Su (16,208) | 1024 |
| Danpoon Mature Ocean Front Property 2,048 | Danpoon (228,134) | 2048 |
| Maekju 001 (128,128) 4096 m2 Beatiiul penninusla rent or sale. | Maekju (160,48) | 4096 |
| Maekju 001 (128,128) 1024 m2 Beautiful coast penninsusa prop. | Maekju (80,240) | 1024 |
| Maekju 001 (128,128) 1024 m2 Beatiiul penninusla rent or sale. | Maekju (240,240) | 1024 |
| Hodu 001 (128,128) 512 m2 for development of any kind. | Hodu (48,248) | 512 |
| Chamnamoo Prime Mature Flat Roadside Land 1,024) 1024m2 | Chamnamoo (106,118) | 3696 |
| Noonkkot First Land | Noonkkot (248,240) | 512 |
| Cupideo Art Walk in Danpoon at The Breakers 6048 m2 | Danpoon (58,94) | 8928 |
| Atlas 001 (82,48) 9904 m2 | Atlas (134,54) | 16 |
| Cupideo Casino. SLingo, Condos, Casino and Dance in Danpoon | Danpoon (116,128) | 24704 |
| Hodu 001 (128,128) 4096 m2 Top of the hill. Commanding view. | Hodu (224,96) | 4096 |
| Wooson 1024m2 Mature Land near water | Wooson (250,200) | 192 |
| Maekju 001 (128,128) 2048 m2 Beautiful coast penninsusa prop. | Maekju (80,192) | 2048 |
| Hodu 001 (128,128) 4096 m2 Top of the hill. Commanding view | Hodu (224,224) | 4096 |
| Cupideo Video n Dance Club in Danpoon | Danpoon (184,222) | 896 |
| Wooson 1024m2 Mature Land near water | Wooson (240,208) | 832 |
| Hodu 001 (128,128) 256 m2 | Hodu (24,232) | 256 |
| Chamnamoo 001 (128,128) 59232 m2 | Chamnamoo (16,240) | 1024 |
| Hodu 001 (128,128) 61008 m2 | Hodu (154,186) | 48 |
| Linden Land | Agamok (194,162) | 16 |
| Maekju 001 (128,128) 4096 m2 Beatiiul penninusla rent or sale. | Maekju (240,48) | 1024 |
| Hodu 001 (128,128) 1024 m2 Mature | Hodu (176,112) | 1024 |

| | | |
|---|---|---|
| Roadside One Sim to Ocean | | |
| Chamnamoo 001 (128,128) 1024 m2 Mature | Chamnamoo (240,16) | 1024 |
| Maekju 001 (128,128) 4096 m2 Beatiiul penninusla rent or sale. | Maekju (112,192) | 4096 |
| Danpoon Mature 1024 m2 Ocean View Property | Danpoon (142,246) | 1024 |
| Hodu 001 (128,128) 256 m2 | Hodu (8,200) | 256 |
| Hodu 001 (128,128) 448 m2 for development of any kind. | Hodu (110,248) | 448 |
| Hodu 001 (128,128) 1024 m2 Top of the hill. Commanding view. | Hodu (208,16) | 1024 |
| Hodu 001 (128,128) 512 m2 | Hodu (16,104) | 512 |
| Cupideo Casino at The Breakers in Danpoon | Danpoon (228,182) | 3776 |
| Hodu 001 (128,128) 1024 m2 Top of the hill. Commanding view. | Hodu (240,48) | 1024 |
| Cupideo Casino, Vid n Dance Club - Dotoorak | Dotoorak (216,48) | 432 |
| Cristat (148,124) - 544 m2 | Cristat (160,136) | 160 |
| Maekju 001 (128,128) 1024 m2 Beautiful coast penninsusa prop. | Maekju (48,176) | 1024 |
| Hodu 001 (128,128) 512 m2 | Hodu (16,152) | 512 |
| Hodu 001 (128,128) 512 m2 | Hodu (16,72) | 512 |
| Chamnamoo 001 (128,128) 3136 Roadside Mature | Chamnamoo (128,102) | 3136 |
| Maekju 001 (128,128) 2048 m2 Beatiiul penninusla rent or sale. | Maekju (240,112) | 1024 |
| Maekju 001 (128,128) 2048 m2 Beautiful coast penninsusa prop. | Maekju (16,32) | 2048 |
| Hodu 001 (128,128) 1024 m2 Top of the hill. Commanding view. | Hodu (240,16) | 1024 |
| Hodu 001 (128,128) 1504 m2 mature roadside near ocean sim | Hodu (168,240) | 1504 |
| Maekju 001 (128,128) 2048 m2 Beautiful coast penninsusa prop. | Maekju (16,128) | 2048 |

downloads | system requirements | privacy | community standards | terms of service | dmca | grid status | jobs

WHAT IS SECOND LIFE?   SHOWCASE   BUSINESS PARTNERS   DEVELOPERS   COMMUNITY   SUPPORT

**COMMUNITY**
Forums
Events
Volunteer
Education
**CONNECTIONS**
Media
Blogs
Resident Sites
Newsletter
Mailing Lists
**COMMERCE**
Classifieds
Land Information
- Land Auctions
- Land Store
LindeX Currency Exchange
- Buy L$
- Sell L$
- LindeX Market Data
- Transaction History
Economic Statistics [NEW!]
**MY SECOND LIFE**
My Account
Friends Online
Feature Voting
Refer-A-Friend
Partners
**SUPPORT**
Downloads
Police Blotter
Troubleshooting

## Your Account: Marc Woebegone: Land

## Land

You do not own any parcels.

downloads | system requirements | privacy | community standards | terms of service | dmca | grid status | jobs




**Main Identity**

| | |
|---|---|
| From: | <land@secondlife.com> |
| To: | <msb@lawy-ers.com> |
| Sent: | Saturday, February 25, 2006 4:00 PM |
| Subject: | Second Life Auction: Item Won! Cristat (14,94) - 1792 m2 |

Congratulations Marc Woebegone!

You have agreed to purchase the following item from Second Life:

Auction ID: 0026198057
Item: Cristat (14,94) - 1792 m2
Winning Bid: L$9,010

Please go to the below link and pay for your auction:
http://secondlife.com/auctions/detail.php?id=0026198057

You will need to go in-world and claim the land within seven days. If you encounter a problem, email land@secondlife.com.

Please note: be sure to have enough land tier available before claiming your land, or you will be prompted to tier-up.

Linden Lab and the Second Life Team
http://www.secondlife.com



6/9/2006

**Main Identity**

From: &lt;land@secondlife.com&gt;
To: &lt;msb@lawy-ers.com&gt;
Sent: Monday, February 27, 2006 3:55 PM
Subject: Second Life Auction: Billing Failure

Congratulations Marc Woebegone!

You have agreed to purchase the following item from Second Life:

Auction ID: 0026198076
Item: Songi - 001 - 65536 m2
Winning Bid: US$1605.00

Unfortunately we were unable to bill your account. In order to correct this problem, please review your Membership and billing information to ensure that everything is accurate and up to date. If the information you have listed is accurate and correct, you may wish to contact your bank or credit card issuer or paypal (depending on your payment method). Common errors include mismatched addresses, expired credit cards and incorrect expiration dates. Please contact land@secondlife.com within seven days if you do not wish to forfeit this item.

To review or modify your account details, or to change or cancel your Membership Plan, visit https://secondlife.com/account.

Linden Lab and the Second Life Team
http://www.secondlife.com

6/9/2006

## Main Identity

**From:** <land@secondlife.com>
**To:** <msb@lawy-ers.com>
**Sent:** Tuesday, February 28, 2006 11:02 PM
**Subject:** Second Life Auction: Item Won! Ribeata (158,228) - 5104 m2

Congratulations Marc Woebegone!

You have agreed to purchase the following item from Second Life:

Auction ID: 0026198022
Item: Ribeata (158,228) - 5104 m2
Winning Bid: L$32,010

Please go to the below link and pay for your auction:
http://secondlife.com/auctions/detail.php?id=0026198022

You will need to go in-world and claim the land within seven days. If you encounter a problem, email land@secondlife.com.

Please note: be sure to have enough land tier available before claiming your land, or you will be prompted to tier-up.

Linden Lab and the Second Life Team
http://www.secondlife.com

**Main Identity**

| | |
|---|---|
| From: | <land@secondlife.com> |
| To: | <msb@lawy-ers.com> |
| Sent: | Thursday, April 13, 2006 7:11 AM |
| Subject: | Second Life Auction: Item Won! Ho Su 001 (128,128) Mature 65536m |

Congratulations Marc Woebegone!

You have agreed to purchase the following item from Second Life:

Auction ID: 0026198344
Item: Ho Su 001 (128,128) Mature 65536m
Winning Bid: US$1,501

Please go to the below link and pay for your auction:

http://secondlife.com/auctions/detail.php?id=0026198344

You will need to go in-world and claim the land within two days. If you encounter a problem, email land@secondlife.com.

Please note: be sure to have enough land tier available before claiming your land, or you will be prompted to tier-up.

Linden Lab and the Second Life Team
http://www.secondlife.com

6/9/2006

# Capitalism 2.0
Succeeding amid accelerating dynamicism. (www.capitalism2.org)



**ABOUT**

**MODELS AND TOOLS**

Bubblizer (Thread)
The Bubblizer (R. Harrison)
RE Scenario Calc (C. Kaiser)
The Bubblizer (P. Ashby)

**CATEGORIES**

Accounting, Compliance and Controls
Bay Area Real Estate
Economics
Entrepreneurship
Finance & Investing
General Interest
MMO/VW Games
Software Architecture and Design
Weblogs

**RECENT COMMENTS**

Tom on The Linden dollar Game
robusticus on The Linden dollar Game
randolfe_ on The Linden dollar Game
randolfe_ on The Linden dollar Game
robusticus on The Linden dollar Game
randolfe_ on The Linden dollar Game
randolfe_ on The Linden dollar

« One Bubble of a Ride | Main

Tuesday, February 20, 2007

## The Linden dollar Game

### On Schemes Resembling Objects of Intersecting Trilateral Sides upon a Polygonal Base



In a previous article I asked some very tough questions about the Second Life virtual economy. That article provocatively proposed a case as to why I believe Second Life's much hyped economy resembles a pyramid Ponzi, or more accurately a type of high yield investment program (HYIP) scheme. After posting that article I was partially convinced by many respondents that Second Life probably is not a Ponzi scheme as a precise legal definition -- at least probably not in most jurisdictions. Indeed, after learning more about HYIPs, and in particular HYIP Games, Second Life and the game's system of "virtual currency" satisfy many of the attributes of such schemes. More about HYIPs later. First, some background:

### Brief Background

I covered the background of Second Life in some detail in my previous article. Second Life is a type of online computer game often referred to as a *Virtual World*. Virtual Worlds, while marketed as computer games and produced by computer game developers, are thought by many to represent the natural evolution of the web. In fact, there are probably myriad noble and interesting applications of Virtual Worlds to things like education and community collaboration.

What I am concerned about here is *only* the virtual economy or virtual marketplace aspect of Second Life. It is the claims of real gold in the Second Life virtual hills that has caused most of the recent media hype around the game. The makers of Second Life, Linden Research (privately held; San Francisco; funded by Benchmark Capital et. al., "Linden Labs", "LL") themselves actively encourage this view of Second Life, judging from self-promoting links on Linden's own official Second Life website:

- **Second Life: It's not a game** Fortune's David Kirkpatrick reports on why IBM's Sam Palmisano and other tech leaders think **Second Life could be a gold mine.**
- **I got my job through Second Life** Looking for work? Your best bet may be an interview in virtual reality. Fortune's Katie Benner explores the cutting edge of corporate recruitment.
- **Starting a Second Life Business** Find out what entrepreneurial opportunities the virtual world of



**AUTHORS**

Chatterjee, Prashant
DinOR
Fewlesh
HARM
Harrison, Randolph
Peter P
Strayer, Pamela

**Fast, Accurate Re Futures Data**
Decision support for commodities, future forex market data. products.futuresour

**Get The Loan You Now**
Simple and no oblig Get matched with u lenders
www.instantlender

**"The Economist M**
Read Insightful New Coverage. $2 an Iss Off. Subscribe!
economist.com

**FAVORITE BLOG F**

Capitalism 2.0
Capitalism 2.0 (Priva
Marin Real Estate Bu
Sonoma Housing Bub
Terra Nova
The Software Blog
patrick.net

**VC INFO FEEDS**

AlwaysOn Network
Moreover
Recent Buzzes - VC E Inc.



EXHIBIT
4

Game

inside SL on The Linden dollar Game

robusticus on The Linden dollar Game

**ESSENTIAL RANDOLPH**

Finance CV (PDF)

Tech Entrepreneur CV (PDF)

**REFERENCE RESOURCES**

FeedDemon (RSS News Reader)

Mental Accounting Matters

**BUSINESS REFERENCE TEXTS**

Adam M. Brandenburger: Co-Opetition : A Revolution Mindset That Combines Competition and Cooperation : The Game Theory Strategy That's Changing the Game of Business

Avinash K. Dixit: Games of Strategy

Cliff Ragsdale: Spreadsheet Modeling and Decision Analysis

David Besanko: Economics of Strategy

John C. Hull: Options, Futures, and Other Derivatives (5th Edition)

Joseph E. Stiglitz: Globalization and Its Discontents

Kenneth M. Morris: The Wall Street Journal Guide to Understanding Personal Finance, Fourth Edition

McKinsey & Company Inc.: Valuation: Measuring and Managing the Value of Companies, Fourth Edition

N. Gregory Mankiw: Macroeconomics

Piet Sercu: International

Second Life has to offer.

## Where There's Smoke...

In that now infamous article I concluded that Second Life's supposed economy wasn't a whole lot more than a typical pyramid scheme, where most of the money paid in by new recruits ends up realized by the organizers and a handful of early entrants. I was promptly assured by any number of the Second Life faithful that I was wrong, and that there were literally thousands upon thousands of real, financially valuable businesses making money, providing jobs, growing at astonishing rates, and redeeming their virtual Linden dollars (L$) for real money.

I challenged the Second Life community to offer forth a typical, average business for quantitative financial analysis. In fairness, a handful of apparently honest folks came forward with offers to participate; even one of the most well known of the "virtual oligarchs" (one of those in the handful of players at the top of the virtual economy) signaled some interest in the project.



Things took a hard turn when I was forced to cancel that project along with most of my Second Life public discussions and debates. Perhaps I can discuss the particulars later, but suffices for now to say that many in the Second Life community have zero tolerance for critics and criticism.

Nonetheless, I did become more curious after the severe anti reaction I received. Especially so when even seemingly objective researchers and academics took a see-no-evil attitude, dismissing my analyses without serious treatment.

Even though I played the game myself on and off for more than two years, up until the middle of last year, I was still surprised. The economic part of the game was always there, but never as a source of practically religious devotion. *What the hell is going on in Second Life?*

## Redeemable Virtual Tokens

The L$ is often referred to as a virtual currency. In fact, it is not a currency at all. It is a micropayment token system. I have been around micropayment systems for many years in their application to mobile phone carriers. *The Economist* (Feb. 17, 2007) features a cover story that includes discussions about micropayments vis-à-vis digital cash.



Most justifications for why Linden Research had to create the L$ center around micropayment issues. In reality, telecoms, Apple iTunes, Microsoft, and others have proven that floating an independent currency is not requisite to enabling a functional micropayment system. I myself am partial to the iTunes batch-billing approach, keeping payments denominated in real currencies. Even the more prepaid-credit approaches taken by Microsoft in the Xbox Live Marketplace avoid the complications of currency management introduced by independent, pseudo currencies like the L$.

Regardless of the reasons, the fact remains that the Linden dollar is *objectively not a currency*. In Linden's Terms of Service agreement, sections 3.3 and 5.3, Linden clearly states that players have no financial or legal claim to their L$, and

Silicon Valley, Techn Media InfoTalk

What's New - VC Exp

bizjournals.com

**RECENT POSTS**

The Linden dollar Ga

One Bubble of a Ride

Are Second Life "Bus Worth Anything? Will Prove It?

SecondLife: Revoluti Virtual Market or Por

**RULES AND TERM**

Discussion Rules

Terms of Use

**MY ONLINE STATU**

Email Me

**ARCHIVES**

February 2007

January 2007

December 2006

November 2006

August 2006

July 2006

June 2006

May 2006

April 2006

March 2006

BY FEEDBURNER

Search this blog:

[ Search ]

» Blogs that link here
» View my profile

Technorati


SITE METER
26,628

Subscribe to this blo

Add me to your Type list

Powered by TypePad

- Financial Markets and the Firm (Current Issues in Finance)
- Richard A. Brealey: Principles Of Corporate Finance (Mcgraw-Hill/Irwin Series in Finance, Insurance, and Real Estate)
- Richard L. Smith: Entrepreneurial Finance
- William Easterly: The Elusive Quest for Growth : Economists' Adventures and Misadventures in the Tropics

**TECHNOLOGY REFERENCE TEXTS**

- Bruce Tate: Bitter Java
- Cristian S. Calude: Information and Randomness : An Algorithmic Perspective (Texts in Theoretical Computer Science. An EATCS Series)
- Erich Gamma: Design Patterns: Elements of Reusable Object-Oriented Software (Addison-Wesley Professional Computing Series)
- James Carey: SanFrancisco (tm) Design Patterns: Blueprints for Business Software
- Melanie Mitchell: An Introduction to Genetic Algorithms (Complex Adaptive Systems)
- Robert Ghanea-Hercock: Applied Evolutionary Algorithms in Java
- William H. Press: Numerical Recipes in C : The Art of Scientific Computing

**SOFTWARE BLOG (BETA)**

---

that L$ are a consumable entertainment product which can be revoked or deleted at any time, without reason. Not quite up the standard of a fiat currency.

But Linden Research does promote, market, and manage the L$ as if it were a legitimate, independent fiat currency. They operate an official "virtual currency exchange", the LindeX, on which players can either buy L$ with real money or redeem L$ for real money deposits to their PayPal or bank accounts. And the redemption rate, or as they call it "exchange rate" implying the Forex equivalent of that term, *is floating*.

The Wiki on the Linden dollar asserts (emphasis added):

> Residents may purchase L$ directly through the client, or convert between Linden currency and U.S. currency through either Linden Lab's currency brokerage, the LindeX Currency Exchange, or other third-party currency exchanges. The ratio of USD to L$ fluctuates daily as Residents set the buy and sell price of L$ offered on the exchange, and fluctuated between L$240/USD and L$350/USD between October 2005 and September 2006.

## Virtual Interventionists



There are all kinds of macroeconomic tangents I could take at this point. Without straying too far, we can safely say that Linden Research has taken on the role as "virtual central banker", and "virtual treasury", in minting and distributing their own "virtual currency". (The Second Life economy is built upon a system of "sources and sinks" which, while sometimes cited as a monetary control lever, really more represent the virtual economy's fiscal policy.)

The exchange rate is not freely set by supply and demand; it is not a floating exchange rate. In recent months, Linden Research has sold relatively large amounts of L$ themselves on their own LindeX market.



Clearly a form of seigniorage (selling newly minted currency for net revenues), Linden claims they do this in order to manage L$ / $USD volatility. In other words, they want to keep the redemption rate stable, right around the L$250-L$300 per $1USD range. Currency intervention.

More economically astute readers will immediately recognize the conceptual and logical hazards and complications this implies. Managing exchange rates of currencies is something which is extremely difficult, and terribly expensive to do over any period of time. The lack of theoretical limits to how weak or strong various interests wish for a virtual currency to become

only further complicates an interventionist strategy.



So, Linden Research is selling L$ which they print themselves. Players buy the L$ with real money, but they don't really own the L$ they bought. And, Linden Research uses the LindeX pseudo-Forex exchange market in order to stabilize the redemption rate of these virtual L$ tokens. So, will Linden be so willing to buy back L$ when demand falters?

## Growth, Growth, Growth

Linden has boasted unbelievable growth numbers, even proudly displaying them on their Second Life home page. In fact, Clay Shirky didn't believe the numbers, and challenged them in myriad forums (earning him fierce sometimes slanderous attacks from  the Second Life faithful). Eventually, Linden acquiesced ("Overcounts", Shirky) and provided more thoughtful statistics which showed that Second Life, while indeed growing rapidly as measured by first-time-visitors (account creations), in fact has only about 200,000 active users (those investing more than a week of time into the game).

From my perspective, these overcounts and growth exaggerations further aggravate my initial HYIP claims. Simply, Linden Research cannot count on perpetual growth, given their own reported statistics, to support the L$ / $USD redemption rate. **They will have to start buying back a lot of L$ in the near future. Or, more likely, the L$ will just devalue rapidly, leaving everyone with money left in the game S.O.L.**

## Not Just Words

I love narratives as much as any other blogger. But, the proof is in the numbers. I've taken the liberty to put Linden Research's own data through my analysis grinder, and I offer my results.

I created all these analyses from Linden Research provided data, using Microsoft Excel, Crystal Ball, SAS and my hp 49 g+. Click the graphs to see the full size versions.

**Conclusion: The L$ to $USD redemption rate depends upon unrealistic growth assumptions.**



The growth (charted in the previous section) depends upon the assumption of an exponential growth curve (yielding a coefficient of determination of 0.70). Inspecting the actual forecast values clearly demonstrates the flaw in this assumption.



Supporting the current regime in which Linden Research is always a net seller of L$ in order to support (i.e. weaken) the L$ compared to the $USD, Second Life must register around 45 million unique players by the end of 2008; a growth rate of 40% per month by that point. (Using an exponential growth formula, with conservative initial conditions. This matches historical growth with R-Squared = 0.70).

Note, this is a *ceteris paribus* analysis. Linden Research could, and most certainly would attempt to use "virtual fiscal levers" with its series of controlled sources and sinks to strengthen the L$ in the face of diminishing growth. I maintain, however, that these efforts will probably succeed only for very short durations and, like taxation in real world economies, ultimately produce far worse unintended negative outcomes. For example, attempting to support L$ strength by forcing in-game deflation would almost certainly result in a serious "virtual recession" by depressing the game's "virtual commerce".

Growth is too volatile to count on going forward.

Absolute player growth, as measured by unique players and by registrations, produce equally volatile growth curves.