```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

                               :    CIVIL ACTION
MARC BRAGG                     :    NO. 06-4925
                               :
        Plaintiff,             :
                               :
   v.                          :
                               :
LINDEN RESEARCH, INC. and      :
PHILIP ROSEDALE                :
                               :
        Defendants.            :
```

### ORDER

**AND NOW**, this **25th** day of **April, 2007,** it is hereby **ORDERED** that a Telephone Status and Scheduling Conference is scheduled for **Wednesday, May 9, 2007 at 11:00 a.m..**[1]

Plaintiff's counsel shall initiate the telephone conference and call Chambers at (215) 597-4073 when all parties are on the line.

**AND IT IS SO ORDERED.**

                              S/Eduardo C. Robreno
                              **EDUARDO C. ROBRENO, J.**

---

[1] Counsel should be prepared to discuss and re-argue defendant Philip Rosedale's motion to dismiss for lack of personal jurisdiction. Counsel should also be specifically prepared to discuss the following questions: (1) whether defendant Linden Research, Inc. has conceded that the Court has personal jurisdiction over it; (2) whether any party has requested discovery to support its position on defendant Philip Rosedale's motion to dismiss for lack of personal jurisdiction; and (3) whether plaintiff is standing on the proposed amended complaint attached to his Memorandum in Opposition to Motion to Compel Arbitration (doc. no. 43).