IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA

| | |
|---|---|
| MARC BRAGG, Esq., an individual, | CIVIL DIVISION |
| Plaintiff, | No. 06-cv-4925 |
| v. | **JUDGE EDUARDO ROBRENO** |
| LINDEN RESEARCH, INC., a corporation, and PHILIP ROSEDALE, an individual, | |
| Defendants. | |

**MOTION TO RESCHEDULE TELEPHONE STATUS
AND SCHEDULING CONFERENCE**

AND NOW, comes Plaintiff, Marc Bragg, Esq. ("Plaintiff"), by and through counsel, Jason A. Archinaco, Esq., and the law firm of WHITE AND WILLIAMS, LLP, and files the following Motion to Reschedule Telephone Status and Scheduling Conference, and avers as follows:

1.  On April 25, 2007, this Honorable Court issued an order scheduling a Telephone Status and Scheduling Conference on May 9, 2007, at 11:00 a.m.

2.  Jason A. Archinaco, Esq., Plaintiff's main and lead counsel has a prescheduled, prepaid vacation in Florida from May 9, 2007 to May 11, 2007.  Mr. Archinaco will be unavailable on those dates.

3.  Defense counsel has consented to reschedule the Telephone Status and Scheduling Conference to occur on May 8, 2007, but is not available on either May 7, 2007 or May 14, 2007.

4.  Plaintiff's counsel, therefore, requests that the Court reschedule the conference to occur sometime on May 8, 2007, at a time of the Court's convenience.

PITDMS 41182v.1

Dockets.Justia.com

-2-

WHEREFORE, Plaintiff requests this Honorable Court issue an Order rescheduling the

May 9, 2007 Telephone Status and Scheduling Conference to a time of the Court's choosing on

May 8, 2007.

Date:  April 27, 2007

Respectfully submitted,

WHITE AND WILLIAMS, LLP


By JAA7341
    Jason A. Archinaco, Esq.
    PA ID 76691
    Christopher Ballod, Esq.
    PA ID 89462
    The Frick Building, Suite 1001
    437 Grant Street
    Pittsburgh, PA 15219
    (412) 566-3520
    *Counsel for Plaintiff*