IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA

| | |
|---|---|
| MARC BRAGG, Esq., an individual, | CIVIL DIVISION |
| Plaintiff, | No. 06-cv-4925 |
| v. | **JUDGE EDUARDO ROBRENO** |
| LINDEN RESEARCH, INC., a corporation, and PHILIP ROSEDALE, an individual, | |
| Defendants. | |

## ORDER RESCHEDULING CONFERENCE

AND NOW, this _____ day of April 2007, upon consideration of Plaintiff's Motion to Reschedule Telephone Status and Scheduling Conference scheduled for May 9, 2007 at 11:00 a.m., and consent of Defense counsel, it is hereby ORDERED, ADJUDGED AND DECREED, that Plaintiff's Motion is GRANTED, and the Telephone Status and Scheduling Conference is rescheduled to May 8, 2007 at _____ a.m./p.m.

The Order of April 25, 2007 remains unchanged in all other respects.

By _____
Judge, United States District Court

-3-