```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARC BRAGG, Esquire, an individual,      :   CIVIL ACTION
                                         :
                                         :
          v.                             :
                                         :
LINDEN RESEARCH, INC., a corporation,    :
and PHILIP ROSEDALE, an individual,      :   NO. 06-4925
```

**O R D E R**

AND NOW, this **3rd** day **of May 2007,** at the request of counsel it is hereby Ordered the Telephone Status and Scheduling Conference previously scheduled on May 9, 2007 is **RESCHEDULED on May 8, 2007 at 2:30 p.m.**


ATTEST:                            or    BY THE COURT


BY: S/Trudy Oliver
Deputy Clerk                             Judge

C.V. 12 (4/99)

xc via Email:

Jason Archinaco, Esquire
Christopher Ballod, Esquire
Andrew Soven, Esquire

via First Class Mail:

Scott Baker, Esquire