IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARC BRAGG, Esq., an individual, | CIVIL ACTION |
| Plaintiff, | |
| v. | Case No. 06-4925 |
| LINDEN RESEARCH, INC., a corporation, and PHILIP ROSEDALE, an individual, | |
| Defendants. | |

## ORDER

AND NOW, this _____ day of _____, 2006, upon consideration of the Motion of Andrew J. Soven Esquire, for the Admission *pro hac vice* of Kathleen E. Treiber, Esquire, to appear on behalf of defendants Linden Research, Inc. and Philip Rosedale in this action, it is hereby **ORDERED** that the Motion is **GRANTED**. Ms. Treiber is admitted to practice before this Court *pro hac vice* as counsel for Linden Research and Mr. Rosedale in this action only.

BY THE COURT:

_____ J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARC BRAGG, Esq., an individual, : | |
| : | CIVIL ACTION |
| Plaintiff, : | |
| v. : | Case No. 06-4925 |
| : | |
| LINDEN RESEARCH, INC., a corporation, : | |
| and PHILIP ROSEDALE, an individual, : | |
| : | |
| Defendants. : | |

## MOTION FOR ADMISSION OF KATHLEEN E. TREIBER *PRO HAC VICE*

On behalf of defendants Linden Research, Inc. and Philip Rosedale ("Defendants"), Andrew J. Soven, Esquire respectfully moves this honorable Court for the admission *pro hac vice* of Kathleen E. Treiber, Esquire, and in support hereof states as follows:

1. Kathleen E. Treiber is an associate with the law firm of Cooley Godward Kronish LLP, and regularly practices from the firm's San Francisco, California office, located at 101 California Street, fifth floor, San Francisco, California, 94111.

2. Ms. Treiber was admitted to the bar of the State of California in 2004 and is a member in good standing of the bar. Ms. Treiber also has been admitted to practice before the 9th Circuit Court of Appeals and the United States District Courts for the Northern and Central Districts of California.

3. Ms. Treiber has never been disciplined or censured by any court before which she has appeared.

4. Good cause exists for Ms. Treiber's admission because the Defendants have requested that Ms. Treiber represent them as counsel in the above-captioned matter.

5.    Andrew J. Soven is also counsel to Defendants, and is a member in good standing of the Bar of this Court.

WHEREFORE, for all of the foregoing reasons, Andrew J. Soven, Esquire respectfully requests that this Court admit Kathleen E. Treiber, Esquire to represent Defendants *pro hac vice* for purposes of this action only.

Respectfully submitted,

_____
Andrew J. Soven
P.A. I.D. No. 76766
**REED SMITH LLP**
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103
(215) 851-8100

Counsel for Defendants
Linden Research, Inc. and
Philip Rosedale

Dated: June 11, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARC BRAGG, Esq., an individual, : | CIVIL ACTION |
| Plaintiff, : | |
| v. : | Case No. 06-4925 |
| LINDEN RESEARCH, INC., a corporation, : and PHILIP ROSEDALE, an individual, : | |
| Defendants. : | |

### STATEMENT OF KATHLEEN E. TREIBER

I, Kathleen E. Treiber, being duly sworn according to law and in support of a Motion for Admission *pro hac vice* submitted on my behalf state as follows:

1. I have been a member in good standing of the bar of the State of California since 2004. In addition, I have been admitted to practice and a member in good standing of the bars of the 9th Circuit Court of Appeals and the United States District Courts for the Northern and Central Districts of California.

2. I am an associate with the law firm of Cooley Godward Kronish LLP and regularly practice from the firm's San Francisco, California office, located at 101 California Street, fifth floor, San Francisco, California, 94111. I have been retained to represent defendants Linden Research, Inc. and Philip Rosedale in the above-captioned case, which is currently pending in the United States District Court for the Eastern District of Pennsylvania.

3. I have never been disciplined or censured by any court before which I have appeared.

4. I respectfully request the Court grant my admission *pro hac vice* for the purpose of representing the Defendants in this action.

I affirm under the penalties for perjury that the foregoing representations are true and accurate to the best of my knowledge and belief.

Dated: 6/11/07                    _____
                                         KATHLEEN E. TREIBER


STATE OF CALIFORNIA             :
                                : ss
COUNTY OF SAN FRANCISCO         :


Subscribed and sworn to (or affirmed) before me on this 11th day of June, 20 07, by Kathleen E. Treiber, personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

PATRYCJA A. CARTER
Commission # 1569420
Notary Public - California
San Francisco County
My Comm. Expires Apr 15, 2009

_____
Notary Public

(SEAL)

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of June, 2007, I caused to be filed the foregoing Motion for Admission *pro hac vice* of Kathleen E. Treiber, Esquire and that said Motion is available for viewing and retrieval on the Court's ECF system.

/s Andrew J. Soven
Andrew J. Soven