IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARC BRAGG, Esq., an individual, | CIVIL ACTION |
| Plaintiff, | |
| v. | Case No. 06-4925 |
| LINDEN RESEARCH, INC., a corporation, and PHILIP ROSEDALE, an individual, | |
| Defendants. | |

**STIPULATION AND PROPOSED ORDER**

It is hereby stipulated and agreed this __ day of June, 2007, by and between the undersigned counsel for Plaintiff Marc Bragg and Defendants Linden Research, Inc. and Philip Rosedale that the time within which Defendants may answer or otherwise plead to the Complaint shall be extended from June 14, 2007 until June 29, 2007.

No previous extensions have been requested. The parties further agree that Plaintiff is entering into this Stipulation without prejudice to any arguments that Plaintiff may have related to his Motion for Preliminary Injunction.

/s Jason A. Archinaco
Jason A. Archinaco
WHITE & WILLIAMS LLP
The Frick Building
437 Grant Street
Suite 1001
Pittsburgh, AP 15219
(412) 566-3525

/s Andrew J. Soven
Scott D. Baker
Andrew J. Soven
REED SMITH LLP
2500 One Liberty Place
Philadelphia, PA 19103-7301
(215)851-8100

**IT IS SO ORDERED:**

_____
ROBRENO, J.

Dated: June __, 2007

EXHIBIT 1

PHLLIB-1083989.1-AJSOVEN 6/12/07 11:42 AM

Dockets.Justia.com

## CERTIFICATE OF SERVICE

I, Andrew J. Soven, hereby certify that on June ___, 2007, I caused to be served, by ECF, a true and correct copy of the foregoing Stipulation and Proposed Order upon the following counsel:

>Jason A. Archinaco, Esquire
>White and Williams LLP
>The Frick Building
>437 Grant Street, Suite 1001
>Pittsburgh, PA 15219

"s"/ Andrew J. Soven

PHLLIB-1083989.1-AJSOVEN 6/12/07 11:42 AM