BRAGG v. LINDEN RESEARCH, INC. et al                                          Doc. 55 Att. 3
Linden Bragg Stipulation 6807_v1.DOC                                           Page 1 of 2
Case 2:06-cv-04925-ER   Document 55-4   Filed 06/12/2007   Page 1 of 3

**Archinaco, Jason**

| | |
|---|---|
| **From:** | Soven, Andrew J. [ASoven@ReedSmith.com] |
| **Sent:** | Monday, June 11, 2007 1:40 PM |
| **To:** | Archinaco, Jason |
| **Cc:** | Crittenden, John; Baker, Scott D. |
| **Subject:** | RE: Linden Bragg Stipulation 6807_v1.DOC |

Jason -

Linden Lab and Mr. Rosedale have retained John Crittenden of the Cooley Godward firm to represent their interests in this case. Mr. Crittenden has asked me to ask you if Plaintiff will agree to a thirty day extension so that his office will have sufficient time to complete an answer and counterclaim to the complaint. The purpose of the extension is to give Cooley Godward adequate time to prepare a responsive pleading. Please let us know if Plaintiff can agree to an extension in light of this development.

Mr. Crittenden will speak to you soon about the case generally.

Thanks,


Andrew J. Soven
215.851.8288
asoven@reedsmith.com

**Reed Smith** LLP

2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103
Fax 215.851.1420

*This e-mail is confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. To do so could violate state and Federal privacy laws. Thank you for your cooperation.*



EXHIBIT 3

**From:** Archinaco, Jason [mailto:Archinacoj@whiteandwilliams.com]
**Sent:** Sunday, June 10, 2007 4:56 PM
**To:** Soven, Andrew J.
**Subject:** RE: Linden Bragg Stipulation 6807_v1.DOC

As I stated to you in our call, my client does not want to delay this matter further. Moreover, the request for an extension appears directly designed so that your client (who allegedly is moving for a stay and appealing to the Third Circuit) will never have to answer the complaint.

Further, given your client's prior position that my motion for preliminary injunction was "untimely", we are not going to engage in any conduct that would serve to undermine our motion.

As such, we cannot agree to the stipulation.

Thank you.

-j.

Jason A. Archinaco
**White and Williams LLP**
The Frick Building
437 Grant Street, Suite 1001 | Pittsburgh, PA 15219-6003
Direct Dial: 412.566.3525 | Direct Fax: 412.566.3549
archinacoj@whiteandwilliams.com

**IRS Circular 230 Notice:** To ensure compliance with certain regulations promulgated by the U.S. Internal Revenue Service, we inform you that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code, or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein, unless expressly stated otherwise.

****CONFIDENTIALITY NOTICE****

This E-Mail message and any documents accompanying this E-Mail transmission contain information from the law firm of White and Williams LLP which is "Privileged and confidential attorney-client communication and/or work product of counsel." If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution and/or the taking of or refraining from taking of any action in reliance on the contents of this E-Mail information is strictly prohibited and may result in legal action being instituted against you. Please reply to the sender advising of the error in transmission and delete the message and any accompanying documents from your system immediately. Thank you.

---

**From:** Soven, Andrew J. [mailto:ASoven@ReedSmith.com]
**Sent:** Friday, June 08, 2007 11:58 AM
**To:** Archinaco, Jason
**Subject:** Linden Bragg Stipulation 6807_v1.DOC

<<Linden Bragg Stipulation 6807_v1.DOC>>

Jason - Please let me know if you can agree to the attached stip. I put in language to the effect that we are agreeing that the stip is without prejudice to your position on the injunction motion. Thanks.


Andrew J. Soven
215.851.8288
asoven@reedsmith.com

**Reed Smith**LLP

2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103
Fax 215.851.1420

*This e-mail is confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. To do so could violate state and Federal privacy laws. Thank you for your cooperation.*