BRAGG v. LINDEN RESEARCH, INC. et al                                                                                     Doc. 56

Case 2:06-cv-04925-ER   Document 56   Filed 06/12/2007   Page 1 of 1
Case 2:06-cv-04925-ER   Document 52   Filed 06/11/2007   Page 1 of 6

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|   |   |
|---|---|
| MARC BRAGG, Esq., an individual,<br><br>Plaintiff,<br>v.<br><br>LINDEN RESEARCH, INC., a corporation, and PHILIP ROSEDALE, an individual,<br><br>Defendants. | CIVIL ACTION<br><br>Case No. 06-4925 |

**FILED**
JUN 12 2007
MICHAEL E. KUNZ, Clerk
By_____ Dep: Clerk

**ORDER**

AND NOW, this 12 day of June, 2006, upon consideration of the Motion of Andrew J. Soven Esquire, for the Admission *pro hac vice* of John W. Crittenden, Esquire, to appear on behalf of defendants Linden Research, Inc. ① and Philip Rosedale in this action, it is hereby **ORDERED** that the Motion is **GRANTED**. Mr. Crittenden is admitted to practice before this Court *pro hac vice* as counsel for Linden Research and Mr. Rosedale in this action only.

BY THE COURT:

_____ J.

① Conditioned upon payment of admission fee.

[signature]

PHLLIB-1084303.1-AJSOVEN 6/11/07 3:49 PM