Case 2:06-cv-04925-ER   Document 53   Filed 06/11/2007   Page 1 of 6

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARC BRAGG, Esq., an individual, | |
| Plaintiff, | CIVIL ACTION |
| v. | Case No. 06-4925 |
| LINDEN RESEARCH, INC., a corporation, and PHILIP ROSEDALE, an individual, | |
| Defendants. | |

FILED

JUN 12 2007

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

**ORDER**

AND NOW, this 12 day of June, 2006, upon consideration of the Motion of Andrew J. Soven Esquire, for the Admission *pro hac vice* of Kathleen E. Treiber, Esquire, to appear on behalf of defendants Linden Research, Inc. and Philip Rosedale in this action, it is hereby **ORDERED** that the Motion is **GRANTED**.(1) Ms. Treiber is admitted to practice before this Court *pro hac vice* as counsel for Linden Research and Mr. Rosedale in this action only.

BY THE COURT:

_____ J.

(1) upon payment of admission fee

PHLLIB-1084322.1-AJSOVEN 6/11/07 3:49 PM