BRAGG v. LINDEN RESEARCH, INC. et al                                                                                    Doc. 58
Case 2:06-cv-04925-ER    Document 58    Filed 06/13/2007    Page 1 of 1
Case 2:06-cv-04925-ER    Document 54    Filed 06/11/2007    Page 1 of 5

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| MARC BRAGG, Esq., an individual, : | |
| : | CIVIL ACTION |
| Plaintiff, : | |
| v. : | Case No. 06-4925 |
| : | |
| LINDEN RESEARCH, INC., a corporation, : | |
| and PHILIP ROSEDALE, an individual, : | |
| : | FILED JUN 13 2007 |
| Defendants. : | |

**ORDER**

AND NOW, this 12th day of June, 2007, upon consideration of Defendants' Motion for Extension of Time, and any response thereto, it is hereby **ORDERED** that the Motion is **GRANTED** in part. A Scheduling Order shall issue.

SO ORDERED:

_____, J.

ENTERED
JUN 14 2007
CLERK OF COURT

Dockets.Justia.com