```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

                              :   CIVIL ACTION
MARC BRAGG                    :   NO. 06-4925
                              :
         Plaintiff,           :
                              :
    v.                        :
                              :
LINDEN RESEARCH, INC. and     :
PHILIP ROSEDALE               :
                              :
         Defendants.          :
```

**FIRST SCHEDULING ORDER**

**AND NOW**, this **12th** day of **June, 2007**, it is hereby

**ORDERED** that:

(1) Defendants shall respond to the plaintiff's complaint by **June 28, 2007;**

(2) All parties shall complete their initial disclosures pursuant to § 4:01 of the Civil Justice Expense and Delay Reduction Plan by **July 9, 2007;**

(3) Thereafter, the parties shall convene a conference pursuant to Federal Rule of Civil Procedure 26(f). After the conference, the parties shall submit to the Court in Chambers, by **July 13, 2007,** a joint Rule 26(f) report that: (a) outlines the discovery that each side intends to take; and (b) discusses the parties' respective positions on how the Court should address the plaintiff's motion for a preliminary injunction (doc. no. 21), including consolidation, pursuant to

    Rule 65(a)(2), of a hearing on the plaintiff's motion for a preliminary injunction with a determination on the merits of the plaintiff's complaint in this case.

(4) An initial pretrial conference case will be held on **Monday, July 19, 2007,** at **2:00 p.m.,** before the Honorable Eduardo C. Robreno in Room 11614, U.S. Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

**AND IT IS SO ORDERED.**

                                                  S/Eduardo C. Robreno
                                                **EDUARDO C. ROBRENO, J.**