IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARC BRAGG, Esq., an individual, | : |
| Plaintiff, | : CIVIL ACTION |
| v. | : Case No. 06-4925 |
| LINDEN RESEARCH, INC., a corporation, and PHILIP ROSEDALE, an individual, | : |
| Defendants. | : |

ENTRY OF APPEARANCE

TO THE CLERK:

      Kindly enter the appearance of Laurence Z. Shiekman and Thomas T. Watkinson, II of PEPPER HAMILTON LLP, on behalf of Defendants, Linden Research, Inc. and Philip Rosedale.

      /s/ Laurence Z. Shiekman
      Laurence Z. Shiekman (15203)
      Thomas T. Watkinson, II (200697)
      PEPPER HAMILTON LLP
      3000 Two Logan Square
      18th & Arch Streets
      Philadelphia, PA  19103
      (215) 981-4000

Dated: June 22, 2007

## CERTIFICATE OF SERVICE

I, Laurence Z. Shiekman, hereby certify that a copy of the foregoing Entry of Appearance was served via First Class Mail, this June 22, 2007, upon the following:

Jason A. Archinaco, Esquire
White and Williams, LLP
The Frick Building, Suite 1001
437 Grant Street, Pittsburgh, PA 15219
(412) 566-3520

Attorney for Plaintiff Marc Bragg

/s/ Laurence Z. Shiekman

Dated: June 22, 2007