IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| MARC BRAGG, Esq., an individual, | : |
| Plaintiff, | : CIVIL ACTION |
| v. | : Case No. 06-4925 |
| LINDEN RESEARCH, INC., a corporation, and PHILIP ROSEDALE, an individual, | : |
| Defendants. | : |

## **WITHDRAWAL OF APPEARANCE**

TO THE CLERK:

      Kindly withdraw the appearance of Scott D. Baker in the above-captioned matter as counsel of record for Defendants.

DATED: June 22, 2007

                          /s Scott D. Baker
                          Scott D. Baker
                          **REED SMITH LLP**
                          2 Embarcadero Center
                          Suite 2000
                          San Francisco, CA 94111

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARC BRAGG, Esq., an individual, : | |
| Plaintiff, : | CIVIL ACTION |
| v. : | Case No. 06-4925 |
| LINDEN RESEARCH, INC., a corporation, : and PHILIP ROSEDALE, an individual, : | |
| Defendants. : | |

## WITHDRAWAL OF APPEARANCE

TO THE CLERK:

        Kindly withdraw the appearance of Andrew J. Soven in the above-captioned matter as counsel of record for Defendants.

DATED: June 22, 2007

/s Andrew J. Soven
Andrew J. Soven
**REED SMITH LLP**
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103
215-851-8100

PHLLIB-1088371.1

## **CERTIFICATE OF SERVICE**

       I, Andrew J. Soven, hereby certify that for foregoing Withdrawals of Appearance were filed electronically this 22nd day of June, 2007 and are available for viewing and downloading from the federal court's Electronic Case Files system.

                                    "s"/ Andrew J. Soven
                                    Andrew J. Soven