IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARC BRAGG, Esq., an individual, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | Case No. 06-4925 |
| | : | |
| LINDEN RESEARCH, INC., a corporation, and | : | |
| PHILIP ROSEDALE, an individual, | : | |
| | : | |
| Defendants. | : | |
| | : | |
| LINDEN RESEARCH, INC., a corporation, | : | |
| | : | |
| Counterclaim Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| MARC BRAGG, an individual, | : | |
| | : | |
| Counterclaim Defendant. | : | |
| | : | |

**ORDER**

        **AND NOW,** this _____ day of _____, 2007, upon consideration of the Motion

of Defendant and Counterclaim Plaintiff Linden Research, Inc. ("Linden") to deposit funds with

the court in the amount of Five Thousand Nine Hundred Two Dollars and Eighty Cents

($5,902.80), of which, according to Linden:

        (i) One Thousand Nine Hundred Seventy Dollars and Seventy-Nine Cents

        ($1,970.79) represents the cash balance in the account of Plaintiff and Counterclaim

        Defendant Marc Bragg ("Bragg") in Linden's Second Life online service as of May 1,

        2006 when the account was placed on administrative hold;

Dockets.Justia.com

(ii) Three Thousand Six Hundred Thirty Two Dollars ($3,632.00) represents the amount realized after Linden's liquidation of so-called "virtual land" in Bragg's Second Life account; and

(iii) Three Hundred Dollars and One Cent ($300.01) represents the monies automatically deducted from Bragg's Second Life account after Bragg won an auction for a parcel of so-called "virtual land" called "Taesot" on May 1, 2006, which parcel was thereafter recovered by Linden from Bragg's account,

it is hereby **ORDERED** that the Motion is **GRANTED**.

The Clerk is hereby Ordered to deposit the funds in a money market account, at the prevailing rate of interest at a federally approved financial institution.  The Clerk shall deduct any administrative registry fee set by the director of the Administrative Office of the U.S. Courts and authorized by the Judicial Conference of the United States from the interest earned on the deposit without further order of the court.

Dated this _____ day of _____, 2007

BY THE COURT:

_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARC BRAGG, Esq., an individual, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | Case No. 06-4925 |
| | : | |
| LINDEN RESEARCH, INC., a corporation, and PHILIP ROSEDALE, an individual, | : | |
| | : | |
| Defendants. | : | |
| | : | |
| | : | |
| LINDEN RESEARCH, INC., a corporation, | : | |
| | : | |
| Counterclaim Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| MARC BRAGG, an individual, | : | |
| | : | |
| Counterclaim Defendant. | : | |
| | : | |

## MOTION OF DEFENDANT AND COUNTERCLAIM PLAINTIFF LINDEN RESEARCH INC. TO DEPOSIT FUNDS WITH THE COURT AND ORDER TO INVEST IN AN INTEREST BEARING ACCOUNT

Pursuant to Rule 67 of the Federal Rules of Civil Procedure, Defendant and Counterclaim

Plaintiff Linden Research Inc. ("Linden") moves the Court for an order authorizing the deposit

into the Registry of the Court in the amount of Five Thousand Nine Hundred Two Dollars and

Eighty Cents ($5,902.80), of which (i) One Thousand Nine Hundred Seventy Dollars and

Seventy-Nine Cents ($1,970.79) represents the cash balance in the account of Plaintiff and

Counterclaim Defendant Marc Bragg ("Bragg") in Linden's Second Life online service as of

May 1, 2006 when the account was placed on administrative hold; (ii) Three Thousand Six

Hundred Thirty Two Dollars ($3,632.00) represents the amount realized after Linden's

liquidation of so-called "virtual land" in Bragg's Second Life account; and (iii) Three Hundred

Dollars and One Cent ($300.01) represents the monies automatically deducted from Bragg's

Second Life account after Bragg won an auction for a parcel of so-called "virtual land" called

"Taesot" on May 1, 2006, which parcel was thereafter recovered by Linden from Bragg's

account.  These amounts are in dispute for the reasons set forth in Linden's Answer and

Counterclaims of this date, and Linden requests leave to deposit them into the Court pending

resolution of the dispute.


Dated:  June 28, 2007                                        Respectfully Submitted,


                                                            /s/  John W. Crittenden
                                                            John W. Crittenden (Cal. 101634)
                                                            Kathleen E. Treiber (Cal. 232353)
                                                            *ADMITTED PRO HAC VICE*
                                                            COOLEY GODWARD KRONISH LLP
                                                            101 California Street, 5th Floor
                                                            San Francisco, CA  94111
                                                            (415) 693-2000

                                                            Lawrence Z. Shiekman (15203)
                                                            Thomas T. Watkinson, II (200697)
                                                            PEPPER HAMILTON LLP
                                                            3000 Two Logan Square
                                                            18th & Arch Streets
                                                            Philadelphia, PA  19103
                                                            (215) 981-4000

                                                            Attorneys for Defendant
                                                            LINDEN RESEARCH, INC

## CERTIFICATE OF SERVICE

I, John W. Crittenden, hereby certify that the foregoing Motion of Defendant and Counterclaim Plaintiff Linden Research, Inc. to Deposit Funds with the Court and Order to Invest in an Interest Bearing Account, has been filed electronically on this 28th day of June, 2007 and is available for viewing on the Court's ECF system.


/s/ John W. Crittenden
John W. Crittenden