BRAGG v. LINDEN RESEARCH, INC., et al.
Rule 26f Conference Report - Revised
Case 2:06-cv-04925-ER    Document 66-5    Filed 07/16/2007    Page 1 of 3
Doc. 66 Att. 4

## Schafer, Colin

| | |
|---|---|
| **From:** | Archinaco, Jason |
| **Sent:** | Friday, July 13, 2007 6:19 PM |
| **To:** | Crittenden, John; shiekmanl@pepperlaw.com |
| **Cc:** | Schafer, Colin; Treiber, Kathleen; Carter, Patrycja |
| **Subject:** | RE: Rule 26f Conference Report - Revised |

Nobody asked you to "agree" with Plaintiff's position. Plaintiff's position is his, not yours or your clients. Just like your client's position is theirs, and not Plaintiff's.

You may not like Plaintiff's position, but that doesn't mean it is appropriate or permissible for you to change it.

-j.

---

**From:** Crittenden, John [mailto:jcrittenden@cooley.com]
**Sent:** Fri 7/13/2007 5:55 PM
**To:** Archinaco, Jason; shiekmanl@pepperlaw.com
**Cc:** Schafer, Colin; Treiber, Kathleen; Carter, Patrycja
**Subject:** RE: Rule 26f Conference Report - Revised

Yes, but I am not agreeing to all of your changes.


**John W. Crittenden**
Cooley Godward Kronish LLP • 101 California Street • 5th Floor
San Francisco, CA 94111-5800
Tel.: +1 415 693-2090 • Fax: +1 415 693-2222 • Cell: +1 415 216-9705
Bio: www.cooley.com/jcrittenden • Practice: www.cooley.com/trademark

---

**From:** Archinaco, Jason [mailto:Archinacoj@whiteandwilliams.com]
**Sent:** Friday, July 13, 2007 2:55 PM
**To:** Crittenden, John; shiekmanl@pepperlaw.com
**Cc:** Schafer, Colin
**Subject:** RE: Rule 26f Conference Report - Revised

It is 3pm west coast time. The changes are small. Just have your secretary track the changes to your last draft.

I cannot see this being a 2 hour task.

-j.


Jason A. Archinaco
**White and Williams LLP**
The Frick Building
437 Grant Street, Suite 1001 | Pittsburgh, PA 15219-6003


EXHIBIT 3

7/16/2007

Direct Dial: 412.566.3525 | Direct Fax: 412.566.3549
archinacoj@whiteandwilliams.com

**IRS Circular 230 Notice:** To ensure compliance with certain regulations promulgated by the U.S. Internal Revenue Service, we inform you that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code, or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein, unless expressly stated otherwise.

****CONFIDENTIALITY NOTICE****

This E-Mail message and any documents accompanying this E-Mail transmission contain information from the law firm of White and Williams LLP which is "Privileged and confidential attorney-client communication and/or work product of counsel." If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution and/or the taking of or refraining from taking of any action in reliance on the contents of this E-Mail information is strictly prohibited and may result in legal action being instituted against you. Please reply to the sender advising of the error in transmission and delete the message and any accompanying documents from your system immediately. Thank you.

---

**From:** Crittenden, John [mailto:jcrittenden@cooley.com]
**Sent:** Friday, July 13, 2007 5:49 PM
**To:** Archinaco, Jason; shiekmanl@pepperlaw.com
**Cc:** Schafer, Colin
**Subject:** RE: Rule 26f Conference Report - Revised

I'm disadvantaged because you didn't provide me with tracked changes, and about to enter a meeting.

Out here "protective order" is shorthand for a stipulation and order providing for confidentiality in discovery.


**John W. Crittenden**
Cooley Godward Kronish LLP • 101 California Street • 5th Floor
San Francisco, CA  94111-5800
Tel.: +1 415 693-2090 • Fax: +1 415 693-2222 • Cell: +1 415 216-9705
Bio: www.cooley.com/jcrittenden • Practice: www.cooley.com/trademark

---

**From:** Archinaco, Jason [mailto:Archinacoj@whiteandwilliams.com]
**Sent:** Friday, July 13, 2007 2:32 PM
**To:** Crittenden, John; shiekmanl@pepperlaw.com
**Cc:** Schafer, Colin
**Subject:** Rule 26f Conference Report - Revised

We revised the report.  You can just compare it to your document to see the changes.

In particular, we reinserted language about the confidentiality agreement.  Your language suggested to the Court that we are proponents of such an agreement, when Plaintiff has made it clear that it is his position that confidentiality is inappropriate.  Further, you called it a "protective order".  Protective orders are entered by the

court. You proposed a confidentiality agreement. If you want to file for a protective order, no one can stop you.

Further, although Plaintiff stated that he believes information is missing from your client's website and you informed us that not all chat logs have been preserved by your client, we understood your statements to mean that your client had done so in the ordinary course of business. We have not reinserted this language although the discussion did occur on our call.

If the changes are acceptable to you, then you may /s/ my name and file the document with the court.

As you are aware, we are located on the east coast -- it is a Friday, and I will not be causing support to stay and work overtime to file this document. Given that business has not closed on the West Coast, we believe that it is both fair and appropriate for your offices to file the document.

-j.

<<43746_1.DOC>>

This email message is for the sole use of the intended recipient(s) and may contain

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the

This email message is for the sole use of the intended recipient(s) and may contain

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the