IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA

MARC BRAGG, Esq., an individual,   CIVIL DIVISION

    Plaintiff,   No. 06-cv-4925

    v.   **JUDGE EDUARDO ROBRENO**

LINDEN RESEARCH, INC., a corporation,
and PHILIP ROSEDALE, an individual,

    Defendants.

### ORDER OF COURT

AND NOW, this _____ day of _____, 2007, upon consideration of Plaintiff's Motion to Dismiss Pursuant to Rule 12(b)(6) for failure to state a claim upon which relief can be granted, Rule 12(b)(7) for failure to join indispensable parties and for a more definitive statements pursuant to Rule 12(e), it is hereby ORDERED, ADJUDGED and DECREED that such Motion is GRANTED.

Counts 1, 2 and 5 of Defendant Linden's Counterclaim are hereby dismissed with prejudice.

Plaintiff is awarded fees and costs in the amount of $_____.

                          By _____
                              United States District Judge Eduardo Robreno

PITDMS 43936v.1

Dockets.Justia.com