**Main Identity**

| | |
|---|---|
| From: | "Second Life" <support@secondlife.com> |
| To: | <msb@lawy-ers.com> |
| Sent: | Sunday, April 30, 2006 2:32 PM |
| Subject: | Second Life Auction: Bid Confirmation |

You are currently the high bidder for the following Second Life auction.

Item name: Taesot 001 (128,128) 60592 m2
Item number: 0026198533
Your current bid: US$25
Your maximum bid: US$30.00
End date: May-01-2006 13:05:15 PDT

View the item your bidding on:
http://secondlife.com/auctions/detail.php?id=0026198533

EXHIBIT 3