BRAGG v. LINDEN RESEARCH, INC. et al                                                                  Doc. 68 Att. 4
Case 2:06-cv-04925-ER    Document 68-5    Filed 07/18/2007    Page 1 of 1
Page 1 of 1

**Main Identity**

| | |
|---|---|
| From: | "Second Life Support" <land@lindenlab.com> |
| To: | <msb@lawy-ers.com> |
| Sent: | Monday, May 01, 2006 4:00 PM |
| Subject: | Second Life Auction: You've been outbid! |

You have been outbid on the following Second Life auction:

Auction #: 0026198533
Auction: Taesot 001 (128,128) 60592 m2
High Bid: US$30.00

http://secondlife.com/auctions/detail.php?id=0026198533



EXHIBIT 4

6/9/2006