BRAGG v. LINDEN RESEARCH, INC. et al    Doc. 68 Att. 5
Case 2:06-cv-04925-ER    Document 68-6    Filed 07/18/2007    Page 1 of 1
Page 1 of 1

**Main Identity**

From: "Second Life" <support@secondlife.com>
To: <msb@lawy-ers.com>
Sent: Monday, May 01, 2006 4:04 PM
Subject: Second Life Auction: Bid Confirmation

You are currently the high bidder for the following Second Life auction.

Item name: Taesot 001 (128,128) 60592 m2
Item number: 0026198533
Your current bid: US$300.01
Your maximum bid: US$450.00
End date: May-01-2006 13:05:15 PDT

View the item your bidding on:
http://secondlife.com/auctions/detail.php?id=0026198533

EXHIBIT 5

6/9/2006