**Main Identity**  5/9/2006

| | |
|---|---|
| From: | "msb" <msb@lawy-ers.com> |
| To: | <support@lindenlab.com> |
| Sent: | Saturday, April 29, 2006 8:40 AM |
| Subject: | Sims for $1.00 |

Can you please tell me why the following sims were sold at auction to the same person for only $1.00; and, how I would go about buying sims at auction for $1.00. Also, why those sims did not show up at auction.

Marc Woebegone



EXHIBIT 7