**Main Identity**

From: "Jack Linden" <fd6ab562-38af-e0c6-6959-d9fe65159e54@im.secondlife.com>
To: "Marc Woebegone" <msb@lawy-ers.com>
Sent: Monday, May 01, 2006 6:16 PM
Subject: Message From Second Life

Jack Linden:
Hi there Marc. Your recent auction appears to have been the result of an exploit. The land will therefore be taken back and your money refunded.

---
To stop receiving these emails, log in to Second Life and uncheck "Send IM to Email" in the General tab of the Preferences window.

EXHIBIT 9