Jul 12 07 02:19p    State of California    9166578639    p.20

DEPARTMENT OF CALIFORNIA HIGHWAY PATROL
## SUBJECT/WITNESS SUMMARY
CHP 7 (Rev 11-90) OPI 061

Page 8

| NUMBER | | | DATE (MO,DAY,YR) | TIME (2400) | INFORMATION RECEIVED | I.D. NUMBER |
|---|---|---|---|---|---|---|
| 22 | ☐ Subject | ☑ Witness | 11/13/2006 | | Investigator Millspaugh | 14114 |

NAME: Lieutenant Tim Malone    AGE:    SEX: M

RESIDENCE ADDRESS:    TELEPHONE:    METHOD RECEIVED:

BUSINESS ADDRESS: 2555 First Avenue, Sacramento, CA 95818    TELEPHONE: (916) 657-7241    EXHIBIT NUMBER:

COMMENTS: Lieutenant Malone was a contact regarding administrative subpheonas in the case.

| NUMBER | | | DATE (MO,DAY,YR) | TIME (2400) | INFORMATION RECEIVED | I.D. NUMBER |
|---|---|---|---|---|---|---|
| 23 | ☐ Subject | ☑ Witness | 11/13/2006 | | Investigator Millspaugh | 14114 |

NAME: [redacted]    AGE:    SEX: F

RESIDENCE ADDRESS:    TELEPHONE:    METHOD RECEIVED:

BUSINESS ADDRESS: 331 21st Street, Sacramento, CA 95814    TELEPHONE: [redacted]    EXHIBIT NUMBER:

COMMENTS: [redacted] was a point of contact for the Angelides Campaign.

| NUMBER | | | DATE (MO,DAY,YR) | TIME (2400) | INFORMATION RECEIVED | I.D. NUMBER |
|---|---|---|---|---|---|---|
| 24 | ☐ Subject | ☑ Witness | 11/13/2006 | | Investigator Millspaugh | 14114 |

NAME: [redacted]    AGE:    SEX: M

RESIDENCE ADDRESS:    TELEPHONE:    METHOD RECEIVED:

BUSINESS ADDRESS: 710 Sansome Street, San Francisco, CA 94111-1704    TELEPHONE: [redacted]    EXHIBIT NUMBER:

COMMENTS: [redacted] was the attorney representing the Angelides Campaign.

Use previous editions until depleted    c007 598.frp

**SUBJECT/WITNESS SUMMARY**
CHP 7 (Rev. 11-90) OPI 081                                                          Page  9

| NUMBER | | | DATE (MO,DAY,YR) | TIME (2400) | INFORMATION RECEIVED | I.D. NUMBER |
|---|---|---|---|---|---|---|
| 25 | ☐ Subject | ☑ Witness | 11/13/2006 | | Investigator Millspaugh | 14114 |

NAME: [redacted]   AGE:   SEX: F
RESIDENCE ADDRESS:      TELEPHONE:     METHOD RECEIVED:
BUSINESS ADDRESS: Crown Quadrangle 559 Nathan Abbott Way, Stanford, CA    TELEPHONE: [redacted]   EXHIBIT NUMBER:
COMMENTS: [redacted] was the attorney representing [redacted] and [redacted].

| NUMBER | | | DATE (MO,DAY,YR) | TIME (2400) | INFORMATION RECEIVED | I.D. NUMBER |
|---|---|---|---|---|---|---|
| 26 | ☐ Subject | ☑ Witness | 11/13/2006 | | Investigator Millspaugh | 14114 |

NAME: Sergeant Steve Halblieb     AGE:   SEX: M
RESIDENCE ADDRESS:     TELEPHONE:    METHOD RECEIVED:
BUSINESS ADDRESS: 1200 X Street #250B, Sacramento, CA 95818    TELEPHONE: (916) 453-3950   EXHIBIT NUMBER:
COMMENTS: Sergeant Halblieb was an IMD supervisor contact in the case.

| NUMBER | | | DATE (MO,DAY,YR) | TIME (2400) | INFORMATION RECEIVED | I.D. NUMBER |
|---|---|---|---|---|---|---|
| 27 | ☐ Subject | ☑ Witness | 11/13/2006 | | Investigator Millspaugh | 14114 |

NAME: Assistant Chief Reginald Chappelle    AGE:   SEX: M
RESIDENCE ADDRESS:     TELEPHONE:    METHOD RECEIVED:
BUSINESS ADDRESS: 2555 First Avenue, Sacramento, CA 95818    TELEPHONE: (916) 657-7171   EXHIBIT NUMBER:
COMMENTS: Assistant Chief Chappelle was a managment contact in the case.

Jul 12 07 02:20p   State of California                          9166578639                    p.22

**DEPARTMENT OF CALIFORNIA HIGHWAY PATROL**
**SUBJECT/WITNESS SUMMARY**
CHP 7 (Rev. 11-90) OPI 081                                                        Page 10

| NUMBER 28 | ☐ Subject ☑ Witness | DATE (MO,DAY,YR) 11/13/2006 | TIME (2400) | INFORMATION RECEIVED Investigator Millspaugh | I.D. NUMBER 14114 |
|---|---|---|---|---|---|

NAME: Officer Peter Lockhart                                     AGE:         SEX: M

RESIDENCE ADDRESS:                                    TELEPHONE:           METHOD RECEIVED:

BUSINESS ADDRESS: 2200 X Street #250B, Sacramento, CA 95818    TELEPHONE: (916) 453-3950    EXHIBIT NUMBER:

COMMENTS: Officer Lockhart was an IMD investigator involved in the case.

---

| NUMBER | ☐ Subject ☐ Witness | DATE (MO,DAY,YR) | TIME (2400) | INFORMATION RECEIVED | I.D. NUMBER |
|---|---|---|---|---|---|

NAME:                                                           AGE:         SEX:

RESIDENCE ADDRESS:                                    TELEPHONE:           METHOD RECEIVED:

BUSINESS ADDRESS:                                     TELEPHONE:           EXHIBIT NUMBER:

COMMENTS:

---

| NUMBER | ☐ Subject ☐ Witness | DATE (MO,DAY,YR) | TIME (2400) | INFORMATION RECEIVED | I.D. NUMBER |
|---|---|---|---|---|---|

NAME:                                                           AGE:         SEX:

RESIDENCE ADDRESS:                                    TELEPHONE:           METHOD RECEIVED:

BUSINESS ADDRESS:                                     TELEPHONE:           EXHIBIT NUMBER:

COMMENTS:

Jul 12 07 02:21p         State of California                              9166578639                    p.23

Memorandum

Date:         October 4, 2006

To:           Protective Services Division

From:         DEPARTMENT OF CALIFORNIA HIGHWAY PATROL
              Dignitary Protection Section

File No.:     014114

Subject:      SUMMARY OF INTERVIEWS WITH ▓▓▓▓▓▓


On September 12, 2006, I contacted ▓▓▓▓▓▓▓, Manager of Information Technology for the Governor's Office, to investigate whether the MP3 audio file in question was placed on the Governor's "Speeches" website, in violation of Penal Code Section 502.

▓▓▓▓▓ said the only two people that had knowledge of the MP3 audio file in question were ▓▓▓▓▓ and ▓▓▓▓▓. ▓▓▓▓▓ believed that ▓▓▓▓▓ was in the meeting with the Governor, recorded the conversation, and then gave the recording to ▓▓▓▓▓. She indicated that ▓▓▓▓▓ would normally download the recording to his office computer, edit it, rename it, and then upload it to the Governor's "Speeches" website.

On September 13, 2006 at 1538 hours, Officer Vasilicu met with ▓▓▓▓▓ to investigate whether the MP3 audio file in question was placed on the Governor's "Speeches" website, in violation of Penal Code section 502.

▓▓▓▓▓ related the following information in summary. ▓▓▓▓▓ recalls being contacted while away from the office by ▓▓▓▓▓ of the Governor's Office on the evening of September 7, 2006. ▓▓▓▓▓ requested ▓▓▓▓▓ contact ▓▓▓▓▓ from the Governor's Press Office, on an urgent manner. Upon contacting ▓▓▓▓▓, ▓▓▓▓▓ was asked to assist with determining if three to four files were deleted from the Governor's Office file server. ▓▓▓▓▓ utilized her virtual private network connection to the office server to accomplish this task. She was unable to locate the files in question and reported to ▓▓▓▓▓ the files were successfully deleted. ▓▓▓▓▓ then asked ▓▓▓▓▓ to confirm he deleted the same files from the public Web server located at http://speeches.gov.ca.gov/. ▓▓▓▓▓ let ▓▓▓▓▓ know she did not have administrator level access on the Web server and she would let the server administrator know. Shortly thereafter, ▓▓▓▓▓ attempted to contact ▓▓▓▓▓▓▓, the administrator of the Web server http://speeches.gov.ca.gov/. ▓▓▓▓▓ was unable to reach ▓▓▓▓▓ that evening. On the morning of September 8, 2006, ▓▓▓▓▓ contacted ▓▓▓▓▓, provided him with the files in question and requested he determine if those files resided on the Web server. ▓▓▓▓▓ recalls receiving confirmation from ▓▓▓▓▓ informing her that the files were deleted on the previous evening from the Web server http://speeches.gov.ca.gov/.


Safety, Service, and Security

CHP 51WP (Rev. 11-26) OPI 076

Protective Services Division
Page 2
October 4, 2006


███████ first provided information to the CHP concerning the Web server http://speeches.gov.ca.gov/ on September 8, 2006. In this meeting with the CHP, ███████ stated the server contains data of public record for release to the community through media outlets.

*S. Mill* (signature)

S. Millspaugh
Investigator

Jul 12 07 02:22p    State of California                              9166578639              p.25

# Memorandum

Date:      October 4, 2006

To:        Protective Services Division

From:      DEPARTMENT OF CALIFORNIA HIGHWAY PATROL
           Dignitary Protection Section

File No.:  014114

Subject:   SUMMARY OF INTERVIEW WITH ▓▓▓▓▓▓▓▓

On September 12, 2006, I contacted ▓▓▓▓▓▓▓▓, Governor's Press Secretary, to investigate whether the MP3 audio file in question was placed on the Governor's "Speeches" Website, in violation of Penal Code Section 502.

▓▓▓▓▓▓▓▓ said that it was her assumption that the audio file in question was recorded by ▓▓▓▓▓▓▓▓, Chief Speech Writer, in a speech writing meeting with the Governor. ▓▓▓▓▓▓▓▓ took an audio tape of a speech writing session to ▓▓▓▓▓▓▓▓, Deputy Press Secretary, to have it transcribed. ▓▓▓▓▓▓▓▓ downloaded the recording onto his computer and converted it to an MP3 audio file. ▓▓▓▓▓▓▓▓ then uploaded the file to the Governor's "Speeches" website so the transcribers could access it. ▓▓▓▓▓▓▓▓ believed the upload was a mistake.

*S. Millspaugh*
S. Millspaugh
Investigator

Safety, Service, and Security

CHP 51WP (Rev. 11-86) OPI 075

Memorandum

Date:       October 4, 2006

To:         Protective Services Division

From:       DEPARTMENT OF CALIFORNIA HIGHWAY PATROL
            Dignitary Protection Section

File No.:   014114

Subject:    SUMMARY OF INTERVIEW WITH ▓▓▓▓▓▓▓▓


On September 13, 2006, I contacted ▓▓▓▓▓▓▓▓, Assistant Press Secretary for the Governor's Office, to investigate whether the MP3 audio file in question was placed on the Governor's "Speeches" website, in violation of Penal Code Section 502.

▓▓▓▓▓▓▓▓ said she was not involved with uploading the MP3 audio file in question to the Governor's "Speeches" website. She did receive the transcript of the MP3 audio file in question, by email, from the transcribers. After receiving the file she moved it into a transcript folder. She did not open or read the contents of the file. As a normal course of business she would only open transcript files that were associated with something she was working on. It was not unusual to move many transcript files into her transcript folder unopened and unread.

▓▓▓▓▓▓▓▓ was asked about a suspicious incident which happened around 2000 hours, on Monday, September 11, 2006. She was in the Press Office with ▓▓▓▓▓▓▓▓, former Assistant Press Secretary for the Governor's Office. ▓▓▓▓▓▓▓▓ was accessing ▓▓▓▓▓▓▓▓ computer.

▓▓▓▓▓▓▓▓ said that on the evening of September 11, she was having dinner with her boyfriend ▓▓▓▓▓▓▓▓ at Zelda's Pizza. She was contacted telephonically by ▓▓▓▓ who asked her to respond to the Press Office and research if anything had been sent out on August 29, 2006, associated with the MP3 audio file in question, being reported by the Los Angeles Times Newspaper. ▓▓▓▓ responded to the press office, with ▓▓▓▓▓▓▓▓ They were in touch with ▓▓▓▓ by telephone, so ▓▓▓▓ could give them his password, to access his computer and to assist in the research. ▓▓▓▓ asked for ▓▓▓▓▓▓▓▓ to help because he was more experienced with the computer language than ▓▓▓▓▓▓ s.

*S. Mill* (signature)

S. Millspaugh
Investigator

Safety, Service, and Security

CHP 51WP (Rev. 11-86) OPI 076

Jul 12 07 02:23p     State of California     9166578639     p.27

**DEPARTMENT OF CALIFORNIA HIGHWAY PATROL**
Computer Crimes Investigation Section 041
Computer Security Incident Report 09132006-1415-9040-
September 13, 2006

Page 1 of 1

### IMEDIATE CONTACT REQUESTED

**Report Taken By:**
- Name: David Tate
- Rank: Officer
- I.D.: 016024
- Date: 9/13/2006
- Time: 14:15

**Reporting Agency/Department:**
- Name: GOVERNOR'S OFFICE
- Address: 1303 10TH STREET
- City: SACRAMENTO, CA 95814-

**Incident Reported By:**
- Name: [redacted]
- Title: IT UNIT MANAGER
- Address: 1303 10TH STREET
- Email: [redacted]@GOV.CA.GOV
- Work: [redacted] Ext.
- Cell: [redacted]
- Pager:
- Home:

**Agency ISO:**
- Name:
- Title:
- Address:
- Email: Ext.
- Work: Ext.
- Cell:
- Pager:
- Home:

**Alternate Contact:**
- Name: [redacted]
- Title: IT SUPERVISOR
- Address: 1303 10TH STREET
- Email: [redacted]@GOV.CA.GOV
- Work: [redacted] Ext.
- Cell: [redacted]
- Pager:
- Home:

**PRIMARY SYSTEM IMPACTED**

| IP Address | Computer Name | Operating System |
|---|---|---|
| | DELL 4400 | Other |

**INCIDENT OCCURRED**
Date 8/29/2006 Time

**INCIDENT DISCOVERED**
Date 9/7/2006 Time

Computer Location: OFFICE OF PLANNING & RESEARCH

**Type of Incident:**
Unauthorized Access (Successful Attack)

**Type of Service:**
Sensitive Information (Privacy)

**Actions Taken After Discovery of Incident:**
REPORTED TO OCAPS FOR DOCUMENTATION ON UNKNOWN DAY. CALLED ENTAC TODAY.

**NOTES**
Web server (Dell 4400) that is located at the Governor's Office of Planning & Research was remotely hacked into on Aug. 29, 30, and Sept. 4th. The information stolen was in an audio file (MP3 Format) that contained private conversations between the Governor and his staff. OCAPS took a report on this incident, however, the date and report number are unknown. The files have since been deleted from the server.

Jul 12 07 02:24p       State of California                        9166578639              p.28

# Memorandum

Date:       October 5, 2006

To:         Protective Services Division

From:       DEPARTMENT OF CALIFORNIA HIGHWAY PATROL
            Dignitary Protection Section

File No.:   014114

Subject:    SUMMARY OF INTERVIEW WITH ▓▓▓▓▓▓▓▓ 

On September 13, 2006, I contacted ▓▓▓▓▓▓▓▓, Chief Speech Writer for the Governor's Office, to investigate whether the MP3 audio file in question was placed on the Governor's "Speeches" website, in violation of Penal Code Section 502.

▓▓▓▓▓▓▓▓ said he recorded the audio file in question onto a micro cassette during a speech writing session with the Governor. He took the cassette to the Press Office and asked ▓▓▓▓▓▓▓▓ if he could use the transcription service that the Press Office used. ▓▓▓▓ transferred the audio from the cassette to a digital MP3 file and then sent the file to the transcription service. ▓▓▓▓▓▓▓▓ did not know what the procedure was to send a file to the transcription service.

*S. M[signature]*

S. Millspaugh
Investigator

Business, Transportation and Housing Agency

# Memorandum

Date: October 4, 2006

To: Protective Services Division

From: DEPARTMENT OF CALIFORNIA HIGHWAY PATROL
Dignitary Protection Section

File No.: 014114

Subject: SUMMARY OF INTERVIEW WITH ▮▮▮▮▮▮▮▮

On September 14, 2006, I contacted ▮▮▮▮▮▮▮▮, Assistant Deputy Director of Communications, State Lottery Commission, to investigate whether the MP3 audio file in question was placed on the Governor's "Speeches" website, in violation of Penal Code Section 502.

▮▮▮▮▮▮▮▮ was employed as Assistant Press Secretary by the Governor's Office, from the Governor's inaugural through June 19, 2006. He said he was not involved with the uploading of the MP3 audio file in question to the Governor's "Speeches" website. ▮▮▮▮▮▮▮▮ said he received the written transcripts by email from the transcribers. He forwarded them to his personal email account, which was a common practice with all his transcripts, so he could work with the files outside the office. He said it would be normal for him to have transcripts on his personal account that he would never open. He first looked at the transcripts when the Los Angeles Times Newspaper report came out. He opened the file then, out of curiosity, but did not delete it so it would not appear he was trying to hide it.

▮▮▮▮▮▮▮▮ was asked about a suspicious incident which happened around 2000 hours, on Monday, September 11, 2006. He was in the Press Office with ▮▮▮▮▮▮▮▮ and was accessing ▮▮▮▮▮▮▮▮'s computer.

▮▮▮▮▮▮▮▮ said on Monday, September 11, 2006, he was having dinner with his girlfriend ▮▮▮▮▮▮▮▮. ▮▮▮▮▮▮▮▮ was contacted by ▮▮▮▮ who asked her to respond to the Press Office and research if anything the Press Office had sent out on August 29, 2006, of August, had a link to the MP3 audio file in question. ▮▮▮▮▮▮▮▮ responded to the Press Office and brought him with her. ▮▮▮▮▮▮▮▮ was talking with ▮▮▮▮ on the telephone trying to access his computer and they were having problems communicating the technical language. ▮▮▮▮▮▮▮▮ asked to talk to ▮▮ to help because he was more experienced with the computer language than her. After accessing ▮▮▮▮▮'s computer, he helped search the files.

*S. Mil*▮
S. Millspaugh
Investigator

*Safety, Service, and Security*

CHP 51WP (Rev. 11-86) OPI 076

# Memorandum

Date:       October 6, 2006

To:         Protective Services Division

From:       DEPARTMENT OF CALIFORNIA HIGHWAY PATROL
            Dignitary Protection Section

File No.:   014114

Subject:    SUMMARY OF INTERVIEW WITH ████████

On September 14, 2006, at 1037 hours, Officer Vasiliou met with Information Technology Specialist, ████████, Governor's Office of Planning and Research. The purpose of the meeting was to clarify steps taken in the post-incident release of a Movie Picture Experts Group Audio File Layer 3 (MP3) to see if there was a violation of Penal Code Section 502. The MP3 in question was identified by title as 03-01_speechwriting_meeting.MP3.

Mr. Updegrove related the following information in summary. On the morning of Friday, September 8, 2006, ████████ received verbal notification from ████████, a manager in the Information Technology Unit of the Governor's Office, requesting he search the http://speeches.gov.ca.gov/ website log for the file 03-01_speechwriting_meeting.MP3.

████████ created a string search for all files which contained the term "speechwriting" in their name. ████████ verbally notified ████████ the file in question was found on the http://speeches.gov.ca.gov/ website log. ████████ established the file was deleted on September 8, 2006, from an Internet Protocol (IP) address 134.186.104.253. The aforementioned IP address was identified as the Governor's Office firewall to the Internet. Because all users who have access to upload and delete files from the web server use the same username and password, ████████ was unable to determine who deleted the file 03-01_speechwriting_meeting.MP3.

████████ related the website http://speeches.gov.ca.gov/ was created on October 4, 2004. When the website was designed, its purpose was for a single user in the Governor's Press Office, to place MP3 clips from Governor Schwarzenegger's weekly radio address on the Internet. ████████ stated everything on the website is of public record. The website evolved to where all employees of the Governor's Press Office, had the single username and password. On July 26, 2006, ████████ changed the username and password for the website http://speeches.gov.ca.gov/ while he was conducting maintenance on the web server. When the password was changed, ████████ informed the Press Office of the new password.

Safety, Service, and Security

CHP 51WP (Rev. 11-86) OPI C76

Protective Services Division
Page 2
October 6, 2006

Since the incident, ███████████ has taken the website offline. ███████████ took a screenshot capture of the user login page, printed it, and provided the printed copy to Officer Vasiliou (Exhibit # 8).

*S. Mu̶*

S. Millspaugh
Investigator

```
* * * * * * * * * * * * * W A R N I N G * * *
* * * * * * * * * * *
```

THIS SYSTEM IS RESTRICTED TO AUTHORIZED USERS
FOR AUTHORIZED USE ONLY. UNAUTHORIZED ACCESS
IS STRICTLY PROHIBITED AND MAY BE PUNISHABLE
UNDER THE COMPUTER FRAUD AND ABUSE ACT OF
1986 OR OTHER APPLICABLE LAWS. IF NOT
AUTHORIZED TO ACCESS THIS SYSTEM, DISCONNECT
NOW. BY CONTINUING, YOU CONSENT TO YOUR
KEYSTROKES AND DATA CONTENT BEING MONITORED.
ALL PERSONS ARE HEREBY NOTIFIED THAT THE USE
OF THIS SYSTEM CONSTITUTES CONSENT TO
MONITORING AND AUDITING. THE ADMINISTRATORS
ALSO RESERVE THE RIGHT TO CANCEL OR LOCK YOUR
ACCOUNT AT ANY GIVEN TIME. ALL TERMS
DESCRIBED ABOVE ARE SUBJECT TO CHANGE WITHOUT
ANY GIVEN NOTICE. IF YOU DO NOT AGREE TO
THESE TERMS LOGOUT NOW!

```
* * * * * * * * * * * * * W A R N I N G * * *
* * * * * * * * * * *
```

**Down until further notice per** ▓▓▓▓▓▓▓

---

User: [          ]
Pass: [          ]   login

Jul 12 07 02:27p      State of California                         9166578639                    p.30
                                                                  ░░░░░░░░░░░ and Housing Agency

# Memorandum

Date:       October 5, 2006

To:         Protective Services Division

From:       DEPARTMENT OF CALIFORNIA HIGHWAY PATROL
            Dignitary Protection Section

File No.:   014114

Subject:    SUMMARY OF INTERVIEW WITH ▓▓▓▓▓▓▓▓

On September 14, 2006, I contacted ▓▓▓▓▓▓▓▓, Deputy Press Secretary for the Governor's Office, to investigate whether the MP3 audio file in question was placed on the Governor's "Speeches" website, in violation of Penal Code Section 502.

▓▓▓▓▓ stated that during the first part of March 2006, ▓▓▓▓▓▓▓▓ brought a micro cassette to him and asked him if he would get it transcribed. The process to get the MP3 audio file in question transcribed was for ▓▓▓▓▓ to transfer the micro cassette recording to an MP3 audio file. He then downloaded the MP3 audio file to his desktop computer and edited out the dead time. After the editing, he uploaded the MP3 audio file to the Governor's "Speeches" website and emailed a link of the file to the transcribers. He also archived a copy of the MP3 audio file to the Governor's Office internal server, which is not accessible from outside the Governor's Office. The transcribers accessed the MP3 audio file and transcribed the language into a word document. The transcribed document was sent to five people, ▓▓▓▓▓, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ and ▓▓▓▓▓▓▓▓. The process to get anything transcribed was the same as above and was normally done for Press Office needs. ▓▓▓▓▓ was doing ▓▓▓▓▓▓▓ a favor by sending the recording to the transcribers. ▓▓▓▓▓ did not know what was on the tape until the Los Angeles Times Newspaper reported the story.

*S. Millspaugh* (signature)

S. Millspaugh
Investigator

Safety, Service, and Security

CHP 51WP (Rev. 11-96) OPI 076

Jul 12 07 02:27p   State of California                          91665/8639        p.04

# Memorandum

Date:     October 5, 2006

To:       Protective Services Division

From:     DEPARTMENT OF CALIFORNIA HIGHWAY PATROL
          Dignitary Protection Section

File No.: 014114

Subject:  SUMMARY OF INTERVIEW WITH ▓▓▓▓▓

On September 14, 2006, I contacted ▓▓▓▓▓▓▓▓, Chief Deputy Director of Communications for the Governor's Office, to investigate whether the MP3 audio file in question was placed on the Governor's "Speeches" website, in violation of Penal Code Section 502.

▓▓▓▓▓▓ said he did not upload the MP3 audio file in question to the Governor's Speeches Server and only learned of the MP3 audio file's content when the Los Angeles Times Newspaper reported the story.

*S. Millspaugh* (signature)

S. Millspaugh
Investigator

Safety, Service, and Security

CHP 51WP (Rev. 11-85) OPI 076

# Memorandum

Date:     October 5, 2006

To:       Protective Services Division

From:     DEPARTMENT OF CALIFORNIA HIGHWAY PATROL
          Dignitary Protection Section

File No.: 014114

Subject:  SUMMARY OF INTERVIEW WITH [REDACTED]

On September 18, 2006, I contacted [REDACTED], owner of [REDACTED] to investigate whether the MP3 audio file in question was downloaded from the Governor's "Speeches" website, in violation of Penal Code Section 502. [REDACTED] was the transcription service that transcribed the MP3 audio file in question.

[REDACTED] described the process in which she transcribes the Governor's MP3 audio files. She stated that she receives an email from the Governor's Office with a link to the MP3 audio file that they want transcribed. The file gets transcribed into a word document and sent back to the Governor's Office. She deletes audio files after they are transcribed because of the space they take up on her computer. [REDACTED] was concerned that the transcripts of the MP3 audio file in question were obtained by the Los Angeles Times Newspaper. She compared the quotes in the paper to her transcripts and found the exact language was different, which led her to believe the transcripts were not obtained.

*S. M[signature]*

S. Millspaugh
Investigator

# Memorandum

Date:       October 6, 2006

To:         Protective Services Division

From:       DEPARTMENT OF CALIFORNIA HIGHWAY PATROL
            Dignitary Protection Section

File No.:   014114

Subject:    SUMMARY OF INTERVIEW WITH ▮▮▮▮▮▮▮▮


On September 20, 2006, I contacted ▮▮▮▮▮▮▮▮, transcriber for ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮ helped transcribe the MP3 audio file in question. ▮▮▮▮▮▮ was contacted to investigate whether the MP3 audio file in question was downloaded from the Governor's "Speeches" website, in violation of Penal Code Section 502.

▮▮▮▮▮▮▮▮ said she received the MP3 audio file from ▮▮▮▮▮▮▮▮ in April 2006. She transcribed it and believed she sent the completed transcript to ▮▮▮▮▮▮▮▮. She thought the file was a little unusual because it was a private conversation. They normally transcribe speeches. She thought she had transcribed the whole file. She deleted the audio file from her computer, but saved the transcript. The comments she read in the newspaper when the Los Angeles Times Newspaper reported the story sounded familiar, but she did not research any further.

*B. Mu̇▮▮*

S. Millspaugh
Investigator


Safety, Service, and Security

Jul 12 07 02:29p    State of California                              9166578639              p.3/

# Memorandum

Date:      October 6, 2006

To:        Protective Services Division

From:      DEPARTMENT OF CALIFORNIA HIGHWAY PATROL
           Dignitary Protection Section

File No.:  014114

Subject:   SUMMARY OF INTERVIEW WITH ▓▓▓▓▓▓▓

On September 22, 2006, Officer Vasiliou and I contacted ▓▓▓▓▓▓▓, Research Director for the Angelides Campaign, to investigate whether the MP3 audio file in question was downloaded from the Governor's "Speeches" website, in violation of Penal Code Section 502. ▓▓▓▓▓▓▓ was contacted because he was named by ▓▓▓▓▓▓▓, Angelides Campaign Manager, as a person involved with the downloading of the MP3 audio file in question. Also present were ▓▓▓▓▓▓▓ who represented the Angelides Campaign and ▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓ who represented ▓▓▓▓▓▓▓.

▓▓▓▓▓▓▓ said he first heard of the Governor's "Speeches" website on August 29, 2006. ▓▓▓▓▓▓▓ recalls receiving an email from Angelides Campaign employee ▓▓▓▓▓▓▓. Within the body of ▓▓▓▓▓▓▓ email was a link to a file on the Governor's "Speeches" website relating to a Hurricane Katrina speech. ▓▓▓▓▓▓▓ clicked on the link and was directed to the Governor's "Speeches" website where he listened to the audio file. Once inside the Governor's "Speeches" website, ▓▓▓▓▓▓▓ backed text off the qualified Uniformed Resource Locator (URL) and was delivered other data from the website. When asked about his original intent on visiting the website, ▓▓▓▓▓▓▓ replied that a portion of his employment duties include the gathering of research information associated with the upcoming State of California General Election for Governor. ▓▓▓▓▓▓▓ was asked how many times he had visited the Governor's "Speeches" website. He was unable to recall the number of times or the dates of the visits. ▓▓▓▓▓▓▓ stated there are several individuals in the Angelides Campaign Office which may have connected to the Governor's "Speeches" website. ▓▓▓▓▓▓▓ explained that staffers, who work in the research department, utilize an automated tool to gather information from the Internet. ▓▓▓▓▓▓▓ believes the automated tool utilized is named PimpFish. Because ▓▓▓▓▓▓▓ does not manage the tool, he was unable to give specifics on the scope of its operation.

*S. Millspaugh*
S. Millspaugh
Investigator


Safety, Service, and Security

CHP 51WF (Rev. 1:-85) OPI 076

M e m o r a n d u m

Date:       September 26, 2006

To:         Protective Services Division

From:       DEPARTMENT OF CALIFORNIA HIGHWAY PATROL
            Dignitary Protection Section

File No.:   014114

Subject:    SUMMARY OF INTERVIEW WITH ▓▓▓▓▓▓▓

On September 22, 2006, Officer Vasiliou and I contacted ▓▓▓▓▓▓▓, Communications Director for the Angelides Campaign, to investigate whether the MP3 audio file in question was downloaded from the Governor's "Speeches" website, in violation of Penal Code Section 502. ▓▓▓▓▓▓▓ was contacted because he was named by ▓▓▓▓▓▓▓ the Angelides Campaign Manager, as a person involved with the downloading of the MP3 audio file in question. Also present were ▓▓▓▓▓▓▓ who represented the Angelides Campaign and ▓▓▓▓▓▓▓ who represented ▓▓▓▓▓▓▓.

▓▓▓▓▓▓▓ stated that ▓▓▓▓▓▓▓ told him about the controversial MP3 audio file and that it was passed on to the Los Angeles Times Newspaper. He was not involved with the accessing of the file.

*S. Millspaugh*
S. Millspaugh
Investigator

Safety, Service, and Security

CHP 51WP (Rev. 11-85) CPI 076

Jul 12 07 02:30p    State of California    9166578639    p.39

# EVIDENCE / PROPERTY RECEIPT / REPORT
CHP 36 (REV 6-99) OPI 061

NUMBER: [illegible]

CHARGES: ☐ Misdemeanor/Infraction  ☐ Felony

| SEIZED BY SEARCH WARRANT NUMBER | NO. OF SUSPECTS | VIOLATION(S): ADMINISTRATIVE ENFORCE |

☐ Asset Forfeiture  ☒ Evidence  ☐ Recovered Stolen  ☐ Contraband  ☐ Safe keeping  ☐ Found  ☐ Domestic violence

| DATE | CHP CASE NUMBER | INCIDENT LOCATION |
|---|---|---|
| 12-04-2006 | 023-14114 | STATE CAPITOL BLDG, SACRAMENTO |

INDICATE IF INDIVIDUAL IS:  S—SUSPECT  O—OWNER  F—FINDER  V—VICTIM (use continuation for additional defendants)

| NAME (LAST, FIRST, MIDDLE) | DATE OF BIRTH | DRIVER'S LICENSE NUMBER | AGE | SEX |
|---|---|---|---|---|
| | | | | |

RESIDENCE ADDRESS (CITY, STATE, ZIP CODE)

| NAME (LAST, FIRST, MIDDLE) | DATE OF BIRTH | DRIVER'S LICENSE NUMBER | AGE | SEX |
|---|---|---|---|---|
| | | | | |

RESIDENCE ADDRESS (CITY, STATE, ZIP CODE)

| NAME (LAST, FIRST, MIDDLE) | DATE OF BIRTH | DRIVER'S LICENSE NUMBER | AGE | SEX |
|---|---|---|---|---|
| | | | | |

RESIDENCE ADDRESS (CITY, STATE, ZIP CODE)

| NAME (LAST, FIRST, MIDDLE) | DATE OF BIRTH | DRIVER'S LICENSE NUMBER | AGE | SEX |
|---|---|---|---|---|
| | | | | |

RESIDENCE ADDRESS (CITY, STATE, ZIP CODE)

| ITEM NUMBER | QUANTITY | INVENTORY (Describe—Serial number, Size, Color, Markings, etc.) Where & How property recovered—found property requires a complete synopsis. | EVIDENCE OFFICER USE ONLY |
|---|---|---|---|
| 1 | 1 | COMPACT DISC CONTAINING RECORDED INTERVIEW FILES. | |

I have read the reverse of this receipt and elect to:
☐ Exercise my claim to items:
☐ Waive my claim to items:
☐ File a finder claim to items:

SIGNATURE OF CLAIMANT

Signature of Evidence Officer upon initial receipt of evidence.    Date

AIS CASE NUMBER

| VALUE OF PROPERTY FOUND | COURT(S) | CITATION NUMBER(S) |
|---|---|---|
| ☐ $250 or more  ☐ Less than $250 | | |

| NAME (LAST, FIRST, INITIAL) | I.D. NUMBER | LOCATION CODE |
|---|---|---|
| ELLSPAUGH, SCOTT A | 14114 | 023 |

NAME OF SUPERVISOR (LAST, FIRST, INITIAL)    REPORT DATE    INITIALS

DISTRIBUTION:
Original — Evidence file
White — Report copy
Cardstock — Attach to Evidence

Yellow — Receipt
To be issued immediately upon CHP's receipt of property.
Initials of person from whom property was received: _____

Page 1 of 1