IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| Joseph Matkowski | Ronald Vance |
|---|---|
| Court Reporter | Deputy Clerk |

MARC BRAGG                                           :           Jason Archino, Esq.

vs.                                                              :           CA NO. 06-4925

LINDEN RESEARCH, INC., ET AL            :           Andrew Soven, Esq.
                                                                    :

## MINUTE SHEET

BEFORE JUDGE Eduardo C. Robreno     DATE 7/19/07    TIME 3:00 P.M.

Pretrial Conference

## PROCEEDING

Statement of counsel for the plaintiff.
Statement of counsel for the defendant.
The motion for preliminary injunction (doc # 21) is denied without prejudice.
The motion for deposit of funds (doc. #64) is granted.
A scheduling order shall issue.

Order to follow.

FILED
JUL 20 2007
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

Court adjourned at 3:30 P.M.    To reconvene___

IN CRIMINAL PROCEEDINGS, EXCLUDABLE DELAY CODES MUST BE INSERTED BELOW IF APPLICABLE, WITH THE EXPLICIT REASON FOR SUCH DELAY STATED HEREON.
   SPEEDY TRIAL ACT DELAY CODE( )     [ ] The Court deems this case "UNTRIABLE"

**TOTAL TIME IN COURT :   30 min**
rev. 5/2003