IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| MARC BRAGG | : | CIVIL ACTION |
|  | : | NO. 06-4925 |
| Plaintiff, | : |  |
| v. | : |  |
| LINDEN RESEARCH, INC. and PHILIP ROSEDALE | : |  |
| Defendants. | : |  |

### SECOND SCHEDULING ORDER

**AND NOW**, this **19th day of July, 2007**, following an initial pretrial conference with counsel for the parties, and pursuant to Federal Rule of Civil Procedure 16, Local Rule of Civil Procedure 16.1(b), and § 2:01 of the Civil Justice Expense and Delay Reduction Plan, it is hereby **ORDERED** that:

1.  All attorneys appearing before Judge Robreno must be registered on ECF.  All official filings submitted to the Clerk of Court must be filed directly by the attorney on to ECF.  All orders, opinions, and other docket entries generated from chambers will likewise be filed directly on to ECF.  Notice of these chamber entries will be communicated to counsel by ECF only.

2.  All parties shall complete their initial disclosures pursuant to § 4:01 of the Civil Justice Expense and Delay Reduction Plan by **July 30, 2007**;

1

3. Any motions for leave to amend the pleadings and any motions for leave to join other parties shall be filed by **July 30, 2007**;[1]

4. Pursuant to Federal Rule of Civil Procedure 26(a)(2), experts' identities and their reports (including any curricula vitae) shall be disclosed **November 16, 2006**;

5. All discovery shall be completed **November 16, 2006**;

6. Any motions for summary judgment shall be filed by **November 16, 2006**. Responses to any motions for summary judgment shall be filed within the time permitted under Local Rule of Civil Procedure 7.1(c);

7. Pretrial memoranda pursuant to Local Rule of Civil Procedure 16.1(c); proposed voir dire questions, jury instructions,[2] special interrogatories, and verdict forms for a jury trial (or proposed findings of fact and conclusions of law for a non-jury trial); and any motions in limine shall be filed

---

1. All requests for action by the Court shall be by motion, see Fed. R. Civ. P. 7(b), except for routine requests, which may be by letter to the Court with copies to all parties, indicating in such a letter whether the other parties consent to the request. A courtesy copy for Chambers of any motion or brief is welcomed. Reply briefs shall not be filed for motions of any nature without prior leave of Court. A copy of the proposed reply brief limited to the issues raised in the response shall be attached whenever leave is requested.

2. Each proposed jury instruction should be numbered, should appear on a separate page, and should include citations to the authorities supporting the proposed instruction.

(with a copy of each also delivered to Chambers)[3] by **December 7, 2007**;

8. The case shall be placed in the trial pool **December 17, 2007**. Once placed in the trial pool, a case may be called to trial upon 24 hours' notice to counsel;

9. If agreeable to both parties, counsel for plaintiff shall telephone Chambers to schedule a settlement conference with a Magistrate Judge; and

10. Plaintiff's counsel shall advise the Court promptly of settlement of the case.

**AND IT IS SO ORDERED.**

                           s/Eduardo C. Robreno
                           **EDUARDO C. ROBRENO, J.**

---

3. When possible, a courtesy copy of proposed jury instructions (or proposed findings of fact and conclusions of law) should be submitted to Chambers on an IBM-compatible computer diskette, in addition to the hard courtesy copy.