## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA
## PHILADELPHIA

MARC BRAGG, Esq., an individual,                CIVIL DIVISION

                    Plaintiff,                  No. 06-cv-4925

        v.                                      **JUDGE EDUARDO ROBRENO**

LINDEN RESEARCH, INC., a corporation,
and PHILIP ROSEDALE, an individual,

                    Defendants.

### NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFF

TO THE CLERK OF COURT:

Please enter the appearance of Colin G. Schafer, Esq., of the law firm of WHITE AND

WILLIAMS, LLP, as co-counsel on behalf of Plaintiff Marc Bragg, Esq., in the above captioned

matter.

Date:  July 25, 2007                        WHITE AND WILLIAMS, LLP


                                            By CGR7727
                                                Jason A. Archinaco, Esq.
                                                PA ID 76691
                                                Christopher Ballod, Esq.
                                                PA ID 89462
                                                Colin G. Schafer, Esq.
                                                PA ID 202515
                                                The Frick Building, Suite 1001
                                                437 Grant Street
                                                Pittsburgh, PA 15219
                                                (412) 566-3520
                                                *Counsel for Plaintiff*