IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARC BRAGG                          :   CIVIL ACTION
                                    :   NO. 06-4925
         Plaintiff,                 :
                                    :
    v.                              :
                                    :   **FILED**
LINDEN RESEARCH, INC. and           :
PHILIP ROSEDALE                     :   JUL 2 0 2007
                                    :
         Defendants.                :   MICHAEL E. KUNZ, Clerk
                                        By_____Dep. Clerk

### O R D E R

**AND NOW**, this **19th day of July, 2007**, it is hereby **ORDERED** that, pursuant to Federal Rule of Civil Procedure 65(a)(2), and with the agreement of the parties, the hearing on Plaintiff's Motion for a Preliminary Injunction (doc. no. 21) shall be consolidated with a final determination on the merits of Plaintiffs' Complaint.

It is **FURTHER ORDERED** that Plaintiff's Motion for a Preliminary Injunction (doc. no. 21) is **DENIED** without prejudice.

It is **FURTHER ORDERED** that Defendants' Motion to Deposit funds with the court in the amount of Five Thousand Nine Hundred Two Dollars and Eighty Cents ($5,902.80) (doc. no. 64) is **GRANTED**. The Clerk is hereby Ordered to deposit such funds in a money market account, at the prevailing rate of interest at a federally approved financial institution. The Clerk shall deduct

1

any administrative registry fee set by the director of the Administrative Office of the U.S. Courts and authorized by the Judicial Conference of the United States from the interest earned on the deposit without further order of the court.

**AND IT IS SO ORDERED.**

_____
EDUARDO C. ROBRENO, J.