IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA

| | |
|---|---|
| MARC BRAGG, Esq., an individual, | CIVIL DIVISION |
| Plaintiff, | No. 06-cv-4925 |
| v. | **JUDGE EDUARDO ROBRENO** |
| LINDEN RESEARCH, INC., a corporation, and PHILIP ROSEDALE, an individual, | |
| Defendants. | |

### ORDER OF COURT

AND NOW, this _____ day of _____, 2007, upon consideration of Plaintiff's Motion to Dismiss Defendants' First Amended Counterclaim Pursuant to Rule 12(b)(6) for failure to state a claim upon which relief can be granted, Rule 12(b)(7) for failure to join indispensable parties and for a more definitive statements pursuant to Rule 12(e), it is hereby ORDERED, ADJUDGED and DECREED that such Motion is GRANTED.

Counts 1, 2 and 5 of Defendant Linden's Counterclaim are hereby dismissed with prejudice.

Plaintiff is awarded fees and costs in the amount of $_____.

By _____
United States District Judge Eduardo Robreno