**Main Identity**

From: "Second Life Support" <land@lindenlab.com>
To: <msb@lawy-ers.com>
Sent: Monday, May 01, 2006 4:00 PM
Subject: Second Life Auction: You've been outbid!

You have been outbid on the following Second Life auction:

Auction #: 0026198533
Auction: Taesot 001 (128,128) 60592 m2
High Bid: US$30.00

http://secondlife.com/auctions/detail.php?id=0026198533



6/9/2006

Dockets.Justia.com