BRAGG v. LINDEN RESEARCH, INC. et al    Doc. 76 Att. 5
Case 2:06-cv-04925-ER   Document 76-6   Filed 08/27/2007   Page 1 of 1
Page 1 of 1

**Main Identity**

| | |
|---|---|
| From: | "Second Life" <support@secondlife.com> |
| To: | <msb@lawy-ers.com> |
| Sent: | Monday, May 01, 2006 4:04 PM |
| Subject: | Second Life Auction: Bid Confirmation |

You are currently the high bidder for the following Second Life auction.

Item name: Taesot 001 (128,128) 60592 m2
Item number: 0026198533
Your current bid: US$300.01
Your maximum bid: US$450.00
End date: May-01-2006 13:05:15 PDT

View the item your bidding on:
http://secondlife.com/auctions/detail.php?id=0026198533

EXHIBIT 5

6/9/2006