**Main Identity**

**From:** &lt;land@secondlife.com&gt;
**To:** &lt;msb@lawy-ers.com&gt;
**Sent:** Monday, May 01, 2006 4:05 PM
**Subject:** Second Life Auction: Item Won! Taesot 001 (128,128) 60592 m2

Congratulations Marc Woebegone!

You have agreed to purchase the following item from Second Life:

Auction ID: 0026198533
Item: Taesot 001 (128,128) 60592 m2
Winning Bid: US$300

Please go to the below link and pay for your auction:

http://secondlife.com/auctions/detail.php?id=0026198533

You will need to go in-world and claim the land within two days. If you encounter a problem, email land@secondlife.com.

Please note: be sure to have enough land tier available before claiming your land, or you will be prompted to tier-up.

Linden Lab and the Second Life Team
http://www.secondlife.com



EXHIBIT 6