### Main Identity

| | |
|---|---|
| From: | "Technical Support via RT" <support@secondlife.com> |
| To: | <msb@lawy-ers.com> |
| Sent: | Saturday, April 29, 2006 8:40 AM |
| Subject: | [rt.lindenlab.com #269176] AutoReply: Sims for $1.00 |

Dear Second Life Resident:

Thank you for contacting Second Life Technical Support. Your question regarding Sims for $1.00 has been received. Inquiries received during working hours will likely receive a very quick response; inquiries received after hours or on the weekend might have a wait a bit longer, probably until the next business day. Your request has been assigned an ID of [rt.lindenlab.com #269176].

In World Help
Second Life's Live Help system gives you instant access to knowledgeable Second Life Residents who have volunteered to help answer your questions. You can ask a Live Help question by selecting Live Help from the in-world Help menu in the upper-right of your Second Life screen.

Linden Lab employees can be spotted in-world with the last name Linden and the title Liaison. Liaisons are able to help you with general technical questions and are especially helpful when it comes to learning the intricacies of living your Second Life. You'll usually find them in the welcome area during most afternoon and evening hours.

Common Wisdom
The answers to many frequently (and more than a few not-so-frequently) asked questions can be located at the Second Life Website and the Second Life Forums at http://www.secondlife.com. The Website and Forums are available 24 hours a day, seven days a week.


Best,
support@secondlife.com

-------------------------------------------------------------------------

Support mailing list
Support@lists.lindenlab.com
https://lists.lindenlab.com/cgi-bin/mailman/listinfo/support


EXHIBIT 8