

# Governor's Office Computer System Investigation

## DIGNITARY PROTECTION SECTION

### FEBRUARY 1, 2007



EXHIBIT

10

State of California                                                    Business, Transportation and Housing Agency

# M e m o r a n d u m

Date:          February 1, 2007

To:            Ms. Susan Kennedy, Chief of Staff
               Office of the Governor
               State Capitol
               Sacramento, CA 95814

From:          **DEPARTMENT OF CALIFORNIA HIGHWAY PATROL**
               Protective Services Division

File No.:      020.9261.12912.01

Subject:       GOVERNOR'S OFFICE COMPUTER SYSTEM INVESTIGATION


Attached is the recently completed investigation conducted by the California Highway Patrol (CHP), Protective Services Division, regarding the security and vulnerability of one of the Governor's websites. The investigation is being forwarded for your review and any action you may deem necessary.

As you are aware, the investigation focused on the security of the Governor's "Speeches" website and the downloading of a digital file containing private conversations between the Governor and his staff. That digital file was eventually edited, and a portion of the file had been sent to the *Los Angeles Times* newspaper. Additionally, the investigation focused on how the private conversations were inadvertently uploaded to the website. The attached report provides the details of the investigation and its findings. Our investigation concluded that the digital file in question was placed on the Governor's website in a manner consistent with previous practices and without criminal intent by the Governor's staff. Normal protocol was adhered to in the uploading of the digital file to the website.

Furthermore, an analysis of the computer system by the CHP's Computer Crimes Investigation Unit disclosed that access to specific unsecured files on the Governor's website was accomplished by individuals modifying a Uniform Resource Locator (URL). A URL, which is commonly called a web address, is a string of characters conforming to a standardized format and refers to a resource on the Internet by its location. Modifying the URL enabled the individuals to access and download computer files throughout the Governor's webpage. While the system was not originally designed to be accessed in this manner, the modification of the URL in this instance did not constitute a criminal offense.

Your support and cooperation in this investigation was appreciated. If you have any questions, please contact me or Lieutenant Andy Menard at (916) 327-5451.


M. J NIVENS, Chief

Attachment

*Safety, Service, and Security*

CHP 51WP (Rev. 11-96) OPI 076

# TABLE OF CONTENTS

ITEM

Analysis and Recommendations                                    1

Chronological Summary                                          2

CHP 7s, Subject/Witness Summary                               3

EXHIBITS

Summary of interview with ▆▆▆▆▆▆                              1

Summary of interview with ▆▆▆▆▆▆                              2

Summary of interview with ▆▆▆▆▆▆                              3

Emergency Notification and Tactical Alert Center (ENTAC)      4
Computer Security Incident Report

Summary of interview with ▆▆▆▆▆▆                              5

Summary of interview with ▆▆▆▆▆▆                              6

Summary of interview with ▆▆▆▆▆▆                              7

Security Warning Page                                         8

Summary of interview with ▆▆▆▆▆▆                              9

Summary of interview with ▆▆▆▆▆▆                             10

Summary of interview with ▆▆▆▆▆▆                             11

Summary of interview with ▆▆▆▆▆▆                             12

Summary of interview with ▆▆▆▆▆▆                             13

Summary of interview with ▆▆▆▆▆▆                             14

CHP 36, Evidence Form                                        15

State of California                                                    Business, Transportation and Housing Agency

# Memorandum

Date:          November 30, 2006

To:            Protective Services Division

               Attention:  Chief M. J. Nivens

From:          DEPARTMENT OF CALIFORNIA HIGHWAY PATROL
               Dignitary Protection Section

File No.:      023.014114

Subject:       ANALYSIS AND RECOMMENDATIONS – GOVERNOR'S OFFICE
               COMPUTER SYSTEMS INVESTIGATION


On September 8, 2006, the California Highway Patrol's (CHP) Protective Services Division
(PSD) was contacted by the Governor's Office regarding what they thought may be an illegal
unauthorized access of the Governor's "Speeches" website.

The Governor's Chief of Staff▓▓▓▓▓▓▓▓ indicated that the Governor's "Speeches" website
had been compromised and that someone had downloaded from the site a digital file containing
private conversations between the Governor and his staff. The digital file had been edited and a
portion was sent to the *Los Angeles Times* newspaper. During the meeting, it was related that 12
staff members of the Governor's Press Office had access to the "Speeches" website and that the
site was password protected for use by the media. It was also related that the file was
inadvertently placed onto the website. Three Internet Provider (IP) addresses were identified as
accessing the "Speeches" website and downloading the digital file in question.

Information Management Division (IMD) assisted PSD with the investigation and conducted a
forensics analysis of the Governor's Office computer system. PSD conducted 12 interviews
from the Governor's Office and the Angelides Campaign. IMD also collected images from 11
computer workstations in the Governor's Office.

It was determined that an IP address associated with the Angelides Campaign had accessed the
Governor's "Speeches" website hundreds of times. In examining how the website was accessed,
it was further determined that the holder of the IP address never used a password. This
prevented them from seeing any security/warning page.

The Attorney General's (AG) Office was contacted for an opinion on whether a criminal act had
occurred. The Deputy AG reiterated that the individuals who accessed the website used the
practice of backward browsing. This is a process that is a common practice in the media.
Further, there appeared to be no security features in place which would have prevented an
individual from accessing the website through backward browsing.

*Safety, Service, and Security*

Protective Services Division
Page 2
November 30, 2006

He indicated that if one additional individual could gain access in a manner similar to the way the subjects gained access, the act would not be considered a crime.

Conclusion:

The investigation concluded that the digital file in question was placed on the Governor's "Speeches" website in a manner consistent with previous practices and without criminal intent by the Governor's staff. Normal protocol was followed in uploading the digital file to the website.

The Governor's "Speeches" website was accessed by backwards browsing which does not constitute a crime.

The Governor's "Speeches" website was originally intended to load digital clips of the Governor's speeches and there were no security measures in place which would prevent backwards browsing.

Recommendations:

The attached administrative report documents the incident and recommends that no charges be filed in this case. Furthermore, the CHP has provided recommendations to the Governor's staff to enhance the overall security of their computer network.

W. L. DONOVAN, CAPTAIN
Commander

CHRONOLOGICAL SUMMARY:

1.  September 8, 2006, at 0945 hours, Chief Mike Nivens, Protective Services Division (PSD), was contacted by ▓▓▓▓▓▓▓▓▓, Governor's Office, regarding the "security and vulnerability" of one of the Governor's websites. Specifically, the Governor's "Speeches" website.

2.  On September 8, 2006, Chief Scott MacGregor and Officer George Vasiliou, Information Management Division (IMD) had a conference call with Chief Nivens, ▓▓▓▓▓▓▓▓▓, M▓▓▓▓▓ and ▓▓▓▓▓▓▓▓. During the call, ▓▓▓▓▓▓ described actions taken by the Governor's Office to secure the website to prevent further breaches. Additionally, ▓▓▓▓▓▓▓▓ requested California Highway Patrol (CHP) involvement in the investigation.

3.  On September 8, 2006, at 1400 hours, Chief MacGregor, Officer Lockhart, and Officer Vasiliou of the CHP met with M▓▓▓▓▓, ▓▓▓▓▓▓▓▓ and ▓▓▓▓▓ of the Governor's Office. The purpose of the meeting was to review information gathered by the Governor's Office staff. ▓▓▓▓▓▓▓▓ stated that he was requested, by ▓▓▓▓▓, to locate the following files on the "Speeches" Web server:
    *   03-01_Speechwriting_Meeting.MP3
    *   03-03_Speechwriting_Meeting.MP3
    *   03-07_Speechwriting_Meeting.MP3

    ▓▓▓▓▓▓▓▓ was able to locate only one of the files 03-01_Speechwriting_Meeting. Once the file was located, ▓▓▓▓▓▓▓ requested ▓▓▓▓▓▓▓ determine the source Internet Protocol (IP) addresses which downloaded the file. ▓▓▓▓▓▓▓▓ determined the file, 03-01_Speechwriting_Meeting, was downloaded by three separate IP addresses. The IP addresses were:
    *   69.236.165.97
    *   75.26.22.172
    *   70.133.83.182

    ▓▓▓▓▓▓▓▓ additionally made available to the CHP, measures which he used to secure the "Speeches" Web server.

4.  On September 8, 2006, at 1630 hours, Officer Vasiliou collected the desktop computer hard drive which was assigned to ▓▓▓▓▓▓▓ of the Governor's Office.

5.  On September 9, 2006, at 1045 hours, Officer Vasiliou imaged the hard drive for ▓▓▓▓▓. Once the image was completed, Officer Vasiliou conducted a recovery search for all audio and multi-media files. Several files were located, but none were a match to the files requested.

1

Jul 12 07 02:10p        State of California                    9166578639                    p.8

6.  September 11, 2006, a briefing was held at PSD to discuss the possible breach of the Governor's "Speeches" website. Those in attendance included, ██████████ ████████, and ████████ from the Governor's Office. Representing PSD included Chief Nivens, Assistant Chief Pat Burnett, Lieutenant Andy Menard and Officer Scott Millspaugh. IMD was represented by Chief MacGregor, Lieutenant Paul Congi and Officer Vasiliou. N████████ indicated that the Governor's website "Speeches" had been compromised and that someone had downloaded from the site a digital file containing private conversations between the Governor and his staff. That digital file had been edited and a portion of the digital file had been sent to the Los Angeles Times. During the meeting, it was related that 12 staff members of the Governor's Press Office have access to the "Speeches" website and the site was password protected for use by the media. It was also related the file was inadvertently placed onto the website. Three Internet Provider addresses were identified as accessing the "Speeches" website and downloading the digital file in question. They consisted of 69.236.165.97, which accessed the information on March 2, 2006; 75.26.22.172 which accessed the file on September 4, 2006; and 70.133.83.182 which accessed the file two times on August 29, 2006, and two times on August 30, 2006.

    The definition of computer hacking as it applies to this scenario was discussed at length. It was articulated by the personnel from IMD that this would not be considered hacking, however, further clarification would be obtained from the Attorney General's Office.

7.  September 11, 2006, at 1430 hours, a conference call was held regarding a proposed media release from the Governor's Office over what was believed to be a breach of security. The conference call included members from the Governor's staff who were present at the earlier meeting, Chief Nivens, Assistant Chief Burnett and Lieutenant Menard from PSD. Also from the CHP were General Counsel Jonathan Rothman, Chief MacGregor, Lieutenant Congi and Officer Vasiliou of IMD.

    It was during this conference call that the Governor's Office asked the CHP to look into the IP address 70.133.83.182, as it was believed to belong to the Phil Angelides Campaign website. It was related that this was discovered by running that IP address through the website IP-Lookup.com.

8.  September 11, 2006, at 1600 hours, a meeting was held at the Blue Anchor Building with Chief MacGregor, Lieutenant Congi and Officer Vasiliou of IMD, Lieutenant Menard of Dignitary Protection Section (DPS) and ████████████ Information Technology Specialist for the Governor's Office. In speaking with ████████████ it was learned that there is a security/warning page that is seen if an individual accesses the Governor's "Speeches" website with a security code. ████████████ did a search on the IP address of 70.133.83.182. It was determined that the IP address had accessed the "Speeches" website hundreds of times on August 29, 2006, and August 30, 2006. It was further determined that

2

the holder of the IP address never used a password to access the website, which prevented them from ever seeing the security/warning page.

9. On September 11, 2006, at 2120 hours, Officers Lockhart and Vasiliou collected images of all the computer workstations in the Governor's Press Office. The workstations were identified by the primary user and tag number. The following is a list of workstations:

 

10. September 12, 2006, a meeting was held at the Department of Justice, Attorney General's Office, in order to get an opinion from Deputy Attorney General Robert Morgestra regarding the possibility of filing criminal charges against the individual(s) who accessed the "Speeches" website. Those present at the meeting included Chief MacGregor, Lieutenant Congi, Officer Vasiliou of IMD, and Lieutenant Menard and Officer Millspaugh of PSD. In the discussion, Mr. Morgestra indicated that the individuals who accessed the website used the practice of backward browsing, a process that was common practice in the media. There also appeared to be no security features which would prevent an individual from accessing the website using this method. He indicated if one additional individual could gain access in a manner similar to the way the suspect had gained access this would not be considered a crime. He stated that based on the lack of security features there was no statute to charge.

11. September 12, 2006, 1500 hours, a meeting was held at PSD with Chief MacGregor, Lieutenant Congi, Officer Vasiliou of IMD, and Chief Nivens, Assistant Chief Burnett, Lieutenant Menard and Officer Millspaugh of PSD. A discussion was held regarding the opinions of the Deputy Attorney General and the lack of criminal charges which could be filed. The investigation was then assigned and split between the Computer Crimes Investigation Unit and PSD. The majority of the interviews were assigned to Officer Millspaugh of PSD, and the computer forensic portion was assigned to the Computer Crimes Investigation Unit. PSD was also assigned the responsibility of obtaining an Administrative Subpoena to look into the IP addresses and who accessed the digital files on the "Speeches" website.

12. September 12, 2006, at 1600 hours, Lieutenant Menard contacted Lieutenant Tim Malone from the Office of Internal Affairs (OIA) regarding the possibility of OIA assisting in obtaining an Administrative Subpoena. Lieutenant Malone indicated that OIA was the Office of Primary Interest in obtaining Administrative Subpoenas and would look into the matter.

13. September 12, 2006, at 1600 hours, Officer Millspaugh interviewed ▅▅▅▅▅▅ from the Governor's Office on the telephone. The content of the interview is documented in Exhibit # 1.

14. September 12, 2006, at 1630 hours, Officer Millspaugh interviewed ▅▅▅▅ ▅▅▅▅▅▅ of the Governor's Press Office on the telephone. The content of the interview is documented in Exhibit # 2.

15. September 13, 2006, at 0830 hours, a briefing was held at PSD with Chief MacGregor, Lieutenant Congi, Officer Vasiliou of IMD, and Chief Nivens, Assistant Chief Burnett, Lieutenant Menard and Officer Millspaugh of PSD to discuss the progress of the investigation.

16. September 13, 2006, at 1000 and 1300 hours, Officer Millspaugh attempted to contact ▅▅▅▅▅▅▅▅▅ at the Angelides Campaign Office to schedule interviews with ▅▅▅▅▅▅▅▅▅ and ▅▅▅▅▅▅▅▅▅

17. September 13, 2006, at 1415 hours, Officer Millspaugh interviewed ▅▅▅▅▅▅ ▅▅▅▅▅▅ in the Governor's Press Office. The content of the interview is documented in Exhibit # 3.

18. September 13, 2006, at 1415 hours, a Computer Security Incident Report was taken by Officer Dave Tate, ID #16024, CHP ENTAC. ▅▅▅▅▅▅ reported that the Web server for the Governor's Office had been inappropriately accessed on August 29, 30 and September 4th, 2006. The content of the report is documented in Exhibit # 4.

19. September 13, 2006, at 1430 hours, Officer Millspaugh interviewed ▅▅▅▅▅▅ ▅▅▅▅▅▅, in the Governor's Office. The content of the interview is documented in Exhibit # 5.

20. September 13, 2006, at 1538 hours, Officer Vasiliou met with ▅▅▅▅▅▅ to discuss events surrounding a suspected intrusion into the Governor's Office Web server http://speeches.gov.ca.gov/. The content of the interview is documented in Exhibit # 1.

21. On September 13, 2006, Sergeant Halbleib, and Officers Lockhart and Vasiliou imaged the desktop workstation hard drives of ▅▅▅▅▅ and ▅▅▅▅▅▅▅ of the Governor's Press Office.

22. September 14, 2006, Lieutenant Malone contacted Lieutenant Menard and inquired into the authority the CHP has in conducting investigations of State property and elected officials. This information was needed in order to ascertain if the Commissioner of the CHP has the authority to sign and issue an Administrative Subpoena for an investigation outside of the CHP. He indicated that OIA had contacted the Attorney General's Office to ascertain if the requested information fell within the parameters of an Administrative Subpoena.

23. September 14, 2006, Officer Millspaugh contacted ▓▓▓▓▓ at the Angelides Campaign Office to schedule interviews with ▓▓▓▓▓▓ and ▓▓▓▓▓▓. ▓▓▓▓▓ advised the campaign's attorney, ▓▓▓▓▓▓▓▓ would contact Officer Millspaugh.

24. September 14, 2006, at 1010 hours, Officer Millspaugh interviewed ▓▓▓▓▓ ▓▓▓▓▓▓▓, State Lottery, on the telephone. The content of the interview is documented in Exhibit # 6.

25. September 14, 2006, at 1037 hours, Officer Vasiliou met with ▓▓▓▓▓▓ from the Governor's Office of Planning and Research. The purpose of the meeting was to clarify steps taken in the post incident release of a Movie Picture Experts Group Audio File Layer 3 (MP3). The MP3 in question was identified as 03-01_speechwriting_meeting.MP3. ▓▓▓▓▓▓▓ also related that there is a login page for an individual to upload information onto the Governor's website. An individual who accesses the website by using the login page would also view a warning page (Exhibit # 8). The person who accessed the MP3 file in question never accessed the page through the login page and, therefore, never viewed the warning page. The content of the interview is documented in Exhibit # 7.

26. September 14, 2006, at 1100 hours, Officer Millspaugh interviewed ▓▓▓▓▓ in the Governor's Press Office. The content of the interview is documented in Exhibit # 9.

27. September 14, 2006, at 1150 hours, Officer Millspaugh interviewed ▓▓▓▓▓ ▓▓▓, in the Governor's Office. The content of the interview is documented in Exhibit # 10.

28. September 18, 2006, Officer Millspaugh was contacted by ▓▓▓▓▓▓, the Angelides Campaign Attorney, to finalize the time and place for the interviews with ▓▓▓▓▓▓ and ▓▓▓▓▓.

29. September 18, 2006, at 0900 hours, Officer Millspaugh interviewed ▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ at her home. The content of the interview is documented in Exhibit # 11.

30. September 19, 2006, at 0830 hours, a briefing was held at PSD with Chief MacGregor, Lieutenant Congi, Officer Vasiliou of IMD, and Chief Nivens, Assistant Chief Burnett, Lieutenant Menard and Officer Millspaugh.

31. September 20, 2006, at 1000 hours, Officer Millspaugh interviewed ▮▮▮▮▮▮ of ▮▮▮▮▮▮▮▮▮▮▮ on the telephone. The content of the interview is documented in Exhibit # 12.

32. September 22, 2006, at 1300 hours, Officer Millspaugh and Officer Vasiliou, interviewed ▮▮▮▮▮▮, at 428 J Street, Suite 400, Sacramento. Also present were ▮▮▮▮▮▮, who represented the Angelides Campaign, and ▮▮▮▮▮▮▮▮▮, who represented ▮▮▮▮▮▮. The content of the interview is documented in Exhibit # 13.

33. September 22, 2006, at 1330 hours, Officers Millspaugh and Vasiliou interviewed ▮▮▮▮▮▮n, at 428 J Street, Suite 400, Sacramento. Also present were ▮▮▮▮ who represented the Angelides Campaign, and ▮▮▮▮▮▮▮, who represented ▮▮▮▮▮▮. The content of the interview is documented in Exhibit # 14.

34. October 3, 2006, a briefing was held at PSD to discuss elements of 502 PC and the Department of Finance Report. Those in attendance included Assistant Chief Burnett, Lieutenant Menard and Officer Millspaugh from PSD. IMD was represented by Assistant Chief Reginald Chappelle, Sergeant Haiblieb and Officer Vasiliou.

35. December 4, 2006, a compact disc containing recordings of the interviews was booked into evidence (#E20060431-025). The CHP 36 Evidence Form is attached as Exhibit # 15.

STATE OF CALIFORNIA
DEPARTMENT OF CALIFORNIA HIGHWAY PATROL
**SUBJECT/WITNESS SUMMARY**
CHP 7 (Rev. 11-90) OPI 081                                                          Page    1

| NUMBER | | | DATE (MO,DAY,YR) | TIME (2400) | INFORMATION RECEIVED | I.D. NUMBER |
|---|---|---|---|---|---|---|
| 1 | ☐ Subject | ☑ Witness | 09/12/2006 | 1600 | Investigator Millspaugh | 14114 |

NAME                                                              AGE █████  SEX  F

RESIDENCE ADDRESS                              TELEPHONE            METHOD RECEIVED  Telephone

BUSINESS ADDRESS  State Capitol Building, Room ████, Sacramento, CA 95814    TELEPHONE ████    EXHIBIT NUMBER  1

COMMENTS
See the summary of the interviews with ███████ which are documented on the CHP 51 Memorandum.

Exhibit # 1.

| NUMBER | | | DATE (MO,DAY,YR) | TIME (2400) | INFORMATION RECEIVED | I.D. NUMBER |
|---|---|---|---|---|---|---|
| 2 | ☐ Subject | ☑ Witness | 09/12/2006 | 1630 | Investigator Millspaugh | 14114 |

NAME  ████████████                                    AGE ████  SEX  F

RESIDENCE ADDRESS                              TELEPHONE            METHOD RECEIVED  Telephone

BUSINESS ADDRESS  ████ate Capitol Building, Room ████, Sacramento, CA 95814    TELEPHONE ████████    EXHIBIT NUMBER  2

COMMENTS
See the summary of the interview with ███████ which is documented on the CHP 51 Memorandum.

Exhibit # 2.

| NUMBER | | | DATE (MO,DAY,YR) | TIME (2400) | INFORMATION RECEIVED | I.D. NUMBER |
|---|---|---|---|---|---|---|
| 3 | ☐ Subject | ☑ Witness | 09/13/2006 | 1415 | Investigator Millspaugh | 14114 |

NAME  ████████                                        AGE ████  SEX  F

RESIDENCE ADDRESS                              TELEPHONE            METHOD RECEIVED  In person

BUSINESS ADDRESS  State Capitol Building, Room ████ Sacramento, CA 95814    TELEPHONE ████████    EXHIBIT NUMBER  3

COMMENTS
See the summary of the interview with ███████ which is documented on the CHP 51 Memorandum.

Exhibit # 3.

c7o7_698.trp

STATE OF CALIFORNIA
DEPARTMENT OF CALIFORNIA HIGHWAY PATROL
**SUBJECT/WITNESS SUMMARY**
CHP 7 (Rev. 11-90)  OPI 081                                                    Page    2

| NUMBER | | | DATE (MO,DAY,YR) | TIME (2400) | INFORMATION RECEIVED | | I.D. NUMBER |
|---|---|---|---|---|---|---|---|
| 4 | ☐ Subject | ☑ Witness | 09/13/2006 | 1430 | Investigator Millspaugh | | 14114 |

| NAME | | | | | | AGE | SEX |
|---|---|---|---|---|---|---|---|
| ▓▓▓▓▓▓▓▓▓▓ | | | | | | ▓▓▓ | M |

| RESIDENCE ADDRESS | | TELEPHONE | METHOD RECEIVED |
|---|---|---|---|
| | | | In Person |

| BUSINESS ADDRESS | TELEPHONE | EXHIBIT NUMBER |
|---|---|---|
| Governor's Office, State Capitol Building, Sacramento, CA 95814 | ▓▓▓▓▓▓ | 5 |

COMMENTS

See the summary of the interview with ▓▓▓▓▓▓ which is documented on the CHP 51 Memorandum,

Exhibit # 5.

---

| NUMBER | | | DATE (MO,DAY,YR) | TIME (2400) | INFORMATION RECEIVED | | I.D. NUMBER |
|---|---|---|---|---|---|---|---|
| 5 | ☐ Subject | ☑ Witness | 09/14/2006 | 1010 | Investigator Millspaugh | | 14114 |

| NAME | | | | | | AGE | SEX |
|---|---|---|---|---|---|---|---|
| ▓▓▓▓▓▓▓▓▓▓ | | | | | | ▓▓▓ | M |

| RESIDENCE ADDRESS | | TELEPHONE | METHOD RECEIVED |
|---|---|---|---|
| | | | Telephone |

| BUSINESS ADDRESS | TELEPHONE | EXHIBIT NUMBER |
|---|---|---|
| ▓0 N. 10th Street, Sacramento, CA 95814 | ▓▓▓▓▓▓ | 6 |

COMMENTS

See the summary of the interview with ▓▓▓▓▓▓ which is documented on the CHP 51 Memorandum,

Exhibit # 6.

---

| NUMBER | | | DATE (MO,DAY,YR) | TIME (2400) | INFORMATION RECEIVED | | I.D. NUMBER |
|---|---|---|---|---|---|---|---|
| 6 | ☐ Subject | ☑ Witness | 09/14/2006 | 1100 | Investigator Millspaugh | | 14114 |

| NAME | | | | | | AGE | SEX |
|---|---|---|---|---|---|---|---|
| ▓▓▓▓▓▓ | | | | | | ▓▓▓ | M |

| RESIDENCE ADDRESS | | TELEPHONE | METHOD RECEIVED |
|---|---|---|---|
| | | | In person |

| BUSINESS ADDRESS | TELEPHONE | EXHIBIT NUMBER |
|---|---|---|
| State Capitol Building, Room ▓▓▓ Sacramento, CA 95814 | ▓▓▓▓▓▓ | 9 |

COMMENTS

See the summary of the interview with ▓▓▓▓▓ which is documented on the CHP 51 Memorandum, Exhibit

# 9.

Jul 12 07 02:15p     State of California                              9166578639                    p.15

STATE OF CALIFORNIA
DEPARTMENT OF CALIFORNIA HIGHWAY PATROL
## SUBJECT/WITNESS SUMMARY                                                       Page    3
CHP 7 (Rev. 11-90)  OPI 081

| NUMBER 7 | ☐ Subject  ☑ Witness | DATE (MO,DAY,YR) 09/14/2006 | TIME (2400) 1130 | INFORMATION RECEIVED Investigator Millspaugh | I.D. NUMBER 14114 |
|---|---|---|---|---|---|

NAME ▓▓▓▓▓▓▓▓▓▓

AGE ▓▓▓  SEX M

RESIDENCE ADDRESS ▓▓▓▓▓▓▓▓▓▓

TELEPHONE | METHOD RECEIVED In Person

BUSINESS ADDRESS
Governor's Office, State Capitol Bldg., Sacramento, CA 95814          TELEPHONE ▓▓▓▓▓▓▓▓ | EXHIBIT NUMBER 10

COMMENTS
See the summary of the interview with ▓▓▓▓▓▓▓ which is documented on the CHP 51 Memorandum, Exhibit

# 10.

| NUMBER 8 | ☐ Subject  ☑ Witness | DATE (MO,DAY,YR) 09/18/2006 | TIME (2400) 0900 | INFORMATION RECEIVED Investigator Millspaugh | I.D. NUMBER 14114 |
|---|---|---|---|---|---|

NAME ▓▓▓▓▓▓▓▓▓▓

AGE ▓▓▓  SEX F

RESIDENCE ADDRESS ▓▓▓▓▓▓▓▓▓, Roseville, CA 95747          TELEPHONE ▓▓▓▓▓▓ | METHOD RECEIVED In Person

BUSINESS ADDRESS ▓▓▓▓▓▓▓          TELEPHONE ▓▓▓▓▓▓▓ | EXHIBIT NUMBER 11

COMMENTS
See the summary of the interview with ▓▓▓▓▓▓▓ which is documented on the CHP 51 Memorandum,

Exhibit # 11.

| NUMBER 9 | ☐ Subject  ☑ Witness | DATE (MO,DAY,YR) 09/20/2006 | TIME (2400) 1000 | INFORMATION RECEIVED Investigator Millspaugh | I.D. NUMBER 14114 |
|---|---|---|---|---|---|

NAME ▓▓▓▓▓▓▓▓▓▓

AGE ▓▓▓  SEX F

RESIDENCE ADDRESS ▓▓▓▓▓▓▓▓▓, Carson City, NV 89703          TELEPHONE ▓▓▓▓▓▓ | METHOD RECEIVED Telephone

BUSINESS ADDRESS Same          TELEPHONE ▓▓▓▓▓▓ | EXHIBIT NUMBER 12

COMMENTS
See the summary of the interview with ▓▓▓▓▓▓▓ which is documented on the CHP 51 Memorandum,

Exhibit # 12.

STATE OF CALIFORNIA
DEPARTMENT OF CALIFORNIA HIGHWAY PATROL
## SUBJECT/WITNESS SUMMARY
CHP 7 (Rev. 11-90) OPI 081                                                                        Page    4

| NUMBER | Subject | Witness | DATE (MO,DAY,YR) | TIME (2400) | INFORMATION RECEIVED | I.D. NUMBER |
|--------|---------|---------|------------------|-------------|----------------------|-------------|
| 10 | ☐ Subject | ☑ Witness | 09/22/2006 | 1300 | Investigator Millspaugh | 14114 |

| NAME | | AGE | SEX |
|------|--|-----|-----|
| ▓▓▓▓▓ | | | M |

| RESIDENCE ADDRESS | TELEPHONE | METHOD RECEIVED |
|-------------------|-----------|-----------------|
| | | In Person |

| BUSINESS ADDRESS | TELEPHONE | EXHIBIT NUMBER |
|------------------|-----------|----------------|
| 1331 21st Street, Sacramento, CA 95814 | ▓▓▓▓▓ | 13 |

COMMENTS

See the summary of the interview with ▓▓▓▓▓▓▓ which is documented on the CHP 51 Memorandum,

Exhibit # 13.

---

| NUMBER | Subject | Witness | DATE (MO,DAY,YR) | TIME (2400) | INFORMATION RECEIVED | I.D. NUMBER |
|--------|---------|---------|------------------|-------------|----------------------|-------------|
| 11 | ☐ Subject | ☑ Witness | 09/22/2006 | 1300 | Investigator Millspaugh | 14114 |

| NAME | | AGE | SEX |
|------|--|-----|-----|
| ▓▓▓▓▓ | | | M |

| RESIDENCE ADDRESS | TELEPHONE | METHOD RECEIVED |
|-------------------|-----------|-----------------|
| | | In Person |

| BUSINESS ADDRESS | TELEPHONE | EXHIBIT NUMBER |
|------------------|-----------|----------------|
| 1331 21st Street, Sacramento, CA 95814 | ▓▓▓▓▓ | 14 |

COMMENTS

See the summary of the interview with ▓▓▓▓▓▓▓ which is documented on the CHP 51 Memorandum,

Exhibit # 14.

---

| NUMBER | Subject | Witness | DATE (MO,DAY,YR) | TIME (2400) | INFORMATION RECEIVED | I.D. NUMBER |
|--------|---------|---------|------------------|-------------|----------------------|-------------|
| 12 | ☐ Subject | ☑ Witness | 09/08/2006 | 1400 | Investigator Vasiliou | 15987 |

| NAME | | AGE | SEX |
|------|--|-----|-----|
| ▓▓▓▓▓ | | | M |

| RESIDENCE ADDRESS | TELEPHONE | METHOD RECEIVED |
|-------------------|-----------|-----------------|
| | ▓▓▓▓▓ | In person |

| BUSINESS ADDRESS | TELEPHONE | EXHIBIT NUMBER |
|------------------|-----------|----------------|
| Governor's Office State Capitol Bldg., Sacramento, CA 95814 | ▓▓▓▓▓ | 7 |

COMMENTS

See the summary of the interview with ▓▓▓▓▓▓▓ which is documented on the CHP 51 Memorandum,

Exhibit # 7.

STATE OF CALIFORNIA
DEPARTMENT OF CALIFORNIA HIGHWAY PATROL

# SUBJECT/WITNESS SUMMARY                                    Page 5

CHP 7 (Rev 11-90) OPI 061

| NUMBER 13 | ☐ Subject  ☑ Witness | DATE (MO,DAY,YR) 11/13/2006 | TIME (2400) | INFORMATION RECEIVED Investigator Millspaugh | I.D. NUMBER 14114 |
|---|---|---|---|---|---|

| NAME Chief Mike Nivens | | | | AGE | SEX M |
|---|---|---|---|---|---|

| RESIDENCE ADDRESS | | TELEPHONE | METHOD RECEIVED |
|---|---|---|---|

| BUSINESS ADDRESS 1801 9th Street, Sacramento, CA 95814 | TELEPHONE (916) 323-1514 | EXHIBIT NUMBER |
|---|---|---|

COMMENTS
Chief Nivens was the CHP management lead on the case.

---

| NUMBER 14 | ☐ Subject  ☑ Witness | DATE (MO,DAY,YR) 11/13/2006 | TIME (2400) | INFORMATION RECEIVED Investigator Millspaugh | I.D. NUMBER 14114 |
|---|---|---|---|---|---|

| NAME ▓▓▓▓▓▓▓▓▓▓▓▓ | | | | AGE | SEX F |
|---|---|---|---|---|---|

| RESIDENCE ADDRESS | | TELEPHONE | METHOD RECEIVED |
|---|---|---|---|

| BUSINESS ADDRESS Governor's Office State Capitol Bldg., Sacramento, CA 95814 | TELEPHONE ▓▓▓▓▓▓▓ | EXHIBIT NUMBER |
|---|---|---|

COMMENTS
Governor'▓▓▓▓▓▓▓▓▓▓▓▓ requested that the CHP conduct an investigation into the unauthorized website access.

---

| NUMBER 15 | ☐ Subject  ☑ Witness | DATE (MO,DAY,YR) 11/13/2006 | TIME (2400) | INFORMATION RECEIVED Investigator Millspaugh | I.D. NUMBER 14114 |
|---|---|---|---|---|---|

| NAME ▓▓▓▓▓▓▓ | | | | AGE | SEX M |
|---|---|---|---|---|---|

| RESIDENCE ADDRESS | | TELEPHONE | METHOD RECEIVED |
|---|---|---|---|

| BUSINESS ADDRESS Governor's Office State Capitol Bldg., Sacramento, CA 95814 | TELEPHONE ▓▓▓▓▓▓▓ | EXHIBIT NUMBER |
|---|---|---|

COMMENTS
▓▓▓▓▓ was the point of contact for the Governor's Office.

STATE OF CALIFORNIA
DEPARTMENT OF CALIFORNIA HIGHWAY PATROL

# SUBJECT/WITNESS SUMMARY

CHP 7 (Rev. 11-90), OPI 081                                                    Page    6

| NUMBER 16 | ☐ Subject  ☑ Witness | DATE (MO,DAY,YR) 11/13/2006 | TIME (2400) | INFORMATION RECEIVED Investigator Millspaugh | I.D. NUMBER 14114 |
|---|---|---|---|---|---|
| NAME Assistant Chief Pat Burnett | | | | AGE | SEX M |
| RESIDENCE ADDRESS | | | TELEPHONE | METHOD RECEIVED | |
| BUSINESS ADDRESS 1801 9th Street, Sacramento, CA 95814 | | | TELEPHONE (916) 323-1514 | EXHIBIT NUMBER | |

COMMENTS
Assistant Chief Burnett was a CHP management contact in the case.

| NUMBER 17 | ☐ Subject  ☑ Witness | DATE (MO,DAY,YR) 11/13/2006 | TIME (2400) | INFORMATION RECEIVED Investigator Millspaugh | I.D. NUMBER 14114 |
|---|---|---|---|---|---|
| NAME Investigator Scott Millspaugh | | | | AGE | SEX M |
| RESIDENCE ADDRESS | | | TELEPHONE | METHOD RECEIVED | |
| BUSINESS ADDRESS 801 9th Street, Sacramento, CA 95814 | | | TELEPHONE (916) 327-5451 | EXHIBIT NUMBER | |

COMMENTS
Investigator Millspaugh was assigned as lead Investigator in the case.

| NUMBER 18 | ☐ Subject  ☑ Witness | DATE (MO,DAY,YR) 11/13/2006 | TIME (2400) | INFORMATION RECEIVED Investigator Millspaugh | I.D. NUMBER 14114 |
|---|---|---|---|---|---|
| NAME Lieutenant Andy Menard | | | | AGE | SEX M |
| RESIDENCE ADDRESS | | | TELEPHONE | METHOD RECEIVED | |
| BUSINESS ADDRESS 1801 9th Street, Sacramento, CA 95814 | | | TELEPHONE (916) 327-5451 | EXHIBIT NUMBER | |

COMMENTS
Lieutenant Menard was Investigator Millspaugh's supervisor in the case.

DEPARTMENT OF CALIFORNIA HIGHWAY PATROL
## SUBJECT/WITNESS SUMMARY
CHP 7 (Rev. 11-90) OPI 061                                                            Page    7

| NUMBER | | | DATE (MO,DAY,YR) | TIME (2400) | INFORMATION RECEIVED | I.D. NUMBER |
|---|---|---|---|---|---|---|
| 19 | ☐ Subject | ☑ Witness | 11/13/2006 | | Investigator Millspaugh | 14114 |

| NAME | | AGE | SEX |
|---|---|---|---|
| Chief Scott MacGregor | | | M |

| RESIDENCE ADDRESS | TELEPHONE | METHOD RECEIVED |
|---|---|---|
| | | |

| BUSINESS ADDRESS | TELEPHONE | EXHIBIT NUMBER |
|---|---|---|
| 2555 First Avenue, Sacramento, CA 95818 | (916) 657-7171 | |

COMMENTS
Chief MacGregor was CHP's IMD management lead in the case.

| NUMBER | | | DATE (MO,DAY,YR) | TIME (2400) | INFORMATION RECEIVED | I.D. NUMBER |
|---|---|---|---|---|---|---|
| 20 | ☐ Subject | ☑ Witness | 11/13/2006 | | Investigator Millspaugh | 14114 |

| NAME | | AGE | SEX |
|---|---|---|---|
| Lieutenant Paul Congi | | | M |

| RESIDENCE ADDRESS | TELEPHONE | METHOD RECEIVED |
|---|---|---|
| | | |

| BUSINESS ADDRESS | TELEPHONE | EXHIBIT NUMBER |
|---|---|---|
| 2200 X Street #250B, Sacramento, CA 95818 | (916) 453-3950 | |

COMMENTS
Lieutenant Congi was an IMD management contact in the case.

| NUMBER | | | DATE (MO,DAY,YR) | TIME (2400) | INFORMATION RECEIVED | I.D. NUMBER |
|---|---|---|---|---|---|---|
| 21 | ☐ Subject | ☑ Witness | 11/13/2006 | | Investigator Millspaugh | 14114 |

| NAME | | AGE | SEX |
|---|---|---|---|
| Officer George Vasiliou | | | M |

| RESIDENCE ADDRESS | TELEPHONE | METHOD RECEIVED |
|---|---|---|
| | | |

| BUSINESS ADDRESS | TELEPHONE | EXHIBIT NUMBER |
|---|---|---|
| 2200 X Street #250B, Sacramento, CA 95818 | (916) 453-3950 | |

COMMENTS
Officer Vasiliou was an IMD Investigator involved in the case.