Jul 12 07 02:19p     State of California                    9166578639                    p.20

DEPARTMENT OF CALIFORNIA HIGHWAY PATROL
SUBJECT/WITNESS SUMMARY                                                          Page   8
CHP 7 (Rev. 11-90) OPI 061

| NUMBER 22 | ☐ Subject  ☑ Witness | DATE (MO,DAY,YR) 11/13/2006 | TIME (2400) | INFORMATION RECEIVED Investigator Millspaugh | I.D. NUMBER 14114 |
|---|---|---|---|---|---|

| NAME Lieutenant Tim Malone | | AGE | SEX M |
|---|---|---|---|

| RESIDENCE ADDRESS | | TELEPHONE | METHOD RECEIVED |
|---|---|---|---|

| BUSINESS ADDRESS 2555 First Avenue, Sacramento, CA 95818 | TELEPHONE (916) 657-7241 | EXHIBIT NUMBER |
|---|---|---|

COMMENTS
Lieutenant Malone was a contact regarding administrative subpheonas in the case.

| NUMBER 23 | ☐ Subject  ☑ Witness | DATE (MO,DAY,YR) 11/13/2006 | TIME (2400) | INFORMATION RECEIVED Investigator Millspaugh | I.D. NUMBER 14114 |
|---|---|---|---|---|---|

| NAME ▓▓▓▓▓▓ | | AGE | SEX F |
|---|---|---|---|

| RESIDENCE ADDRESS | | TELEPHONE | METHOD RECEIVED |
|---|---|---|---|

| BUSINESS ADDRESS 331 21st Street, Sacramento, CA 95814 | TELEPHONE | EXHIBIT NUMBER ▓▓▓▓▓ |
|---|---|---|

COMMENTS
▓▓▓▓▓▓ was a point of contact for the Angelides Campaign.

| NUMBER 24 | ☐ Subject  ☑ Witness | DATE (MO,DAY,YR) 11/13/2006 | TIME (2400) | INFORMATION RECEIVED Investigator Millspaugh | I.D. NUMBER 14114 |
|---|---|---|---|---|---|

| NAME ▓▓▓▓▓ | | AGE | SEX M |
|---|---|---|---|

| RESIDENCE ADDRESS | | TELEPHONE | METHOD RECEIVED |
|---|---|---|---|

| BUSINESS ADDRESS 710 Sansome Street, San Francisco, CA 94111-1704 | TELEPHONE ▓▓▓▓▓ | EXHIBIT NUMBER |
|---|---|---|

COMMENTS
▓▓▓▓▓▓ was the attorney representing the Angelides Campaign.

Use previous editions until depleted

c007 696.frp

Dockets.Justia.com

DEPARTMENT OF CALIFORNIA HIGHWAY PATROL
## SUBJECT/WITNESS SUMMARY
CHP 7 (Rev. 11-90) OPI 081

Page   9

| NUMBER 25 | ☐ Subject   ☑ Witness | DATE (MO,DAY,YR) 11/13/2006 | TIME (2400) | INFORMATION RECEIVED Investigator Millspaugh | I.D. NUMBER 14114 |
|---|---|---|---|---|---|

| NAME | | AGE | SEX F |
|---|---|---|---|

| RESIDENCE ADDRESS | TELEPHONE | METHOD RECEIVED |
|---|---|---|

| BUSINESS ADDRESS Crown Quadrangle 559 Nathan Abbott Way, Stanford, CA | TELEPHONE | EXHIBIT NUMBER |
|---|---|---|

COMMENTS
▓▓▓▓▓ was the attorney representing ▓▓▓▓▓ and ▓▓▓▓▓

---

| NUMBER 26 | ☐ Subject   ☑ Witness | DATE (MO,DAY,YR) 11/13/2006 | TIME (2400) | INFORMATION RECEIVED Investigator Millspaugh | I.D. NUMBER 14114 |
|---|---|---|---|---|---|

| NAME Sergeant Steve Haiblieb | | AGE | SEX M |
|---|---|---|---|

| RESIDENCE ADDRESS | TELEPHONE | METHOD RECEIVED |
|---|---|---|

| BUSINESS ADDRESS 1200 X Street #250B, Sacramento, CA 95818 | TELEPHONE (916) 453-3950 | EXHIBIT NUMBER |
|---|---|---|

COMMENTS
Sergeant Halblieb was an IMD supervisor contact in the case.

---

| NUMBER 27 | ☐ Subject   ☑ Witness | DATE (MO,DAY,YR) 11/13/2006 | TIME (2400) | INFORMATION RECEIVED Investigator Millspaugh | I.D. NUMBER 14114 |
|---|---|---|---|---|---|

| NAME Assistant Chief Reginald Chappelle | | AGE | SEX M |
|---|---|---|---|

| RESIDENCE ADDRESS | TELEPHONE | METHOD RECEIVED |
|---|---|---|

| BUSINESS ADDRESS 2555 First Avenue, Sacramento, CA 95818 | TELEPHONE (916) 657-7171 | EXHIBIT NUMBER |
|---|---|---|

COMMENTS
Assistant Chief Chappelle was a managment contact in the case.

---

c007_559.trp

DEPARTMENT OF CALIFORNIA HIGHWAY PATROL
## SUBJECT/WITNESS SUMMARY
CHP 7 (Rev. 11-90) OPI 081                                                    Page    10

| NUMBER 28 | ☐ Subject ☑ Witness | DATE (MO,DAY,YR) 11/13/2006 | TIME (2400) | INFORMATION RECEIVED Investigator Millspaugh | I.D. NUMBER 14114 |
|---|---|---|---|---|---|

| NAME Officer Peter Lockhart | | AGE | SEX M |
|---|---|---|---|

| RESIDENCE ADDRESS | TELEPHONE | METHOD RECEIVED |
|---|---|---|

| BUSINESS ADDRESS 2200 X Street #250B, Sacramento, CA 95818 | TELEPHONE (916) 453-3950 | EXHIBIT NUMBER |
|---|---|---|

COMMENTS
Officer Lockhart was an IMD investigator involved in the case.

| NUMBER | ☐ Subject ☐ Witness | DATE (MO,DAY,YR) | TIME (2400) | INFORMATION RECEIVED | I.D. NUMBER |
|---|---|---|---|---|---|

| NAME | | AGE | SEX |
|---|---|---|---|

| RESIDENCE ADDRESS | TELEPHONE | METHOD RECEIVED |
|---|---|---|

| BUSINESS ADDRESS | TELEPHONE | EXHIBIT NUMBER |
|---|---|---|

COMMENTS

| NUMBER | ☐ Subject ☐ Witness | DATE (MO,DAY,YR) | TIME (2400) | INFORMATION RECEIVED | I.D. NUMBER |
|---|---|---|---|---|---|

| NAME | | AGE | SEX |
|---|---|---|---|

| RESIDENCE ADDRESS | TELEPHONE | METHOD RECEIVED |
|---|---|---|

| BUSINESS ADDRESS | TELEPHONE | EXHIBIT NUMBER |
|---|---|---|

COMMENTS

c007_538.frp

# Memorandum

Date:        October 4, 2006

To:          Protective Services Division

From:        DEPARTMENT OF CALIFORNIA HIGHWAY PATROL
             Dignitary Protection Section

File No.:    014114

Subject:     SUMMARY OF INTERVIEWS WITH ████████████

On September 12, 2006, I contacted ██████████████, Manager of Information Technology for the Governor's Office, to investigate whether the MP3 audio file in question was placed on the Governor's "Speeches" website, in violation of Penal Code Section 502.

████████ said the only two people that had knowledge of the MP3 audio file in question were ████████ and ████████. ████████ believed that ████████ was in the meeting with the Governor, recorded the conversation, and then gave the recording to ████████. She indicated that ████████ would normally download the recording to his office computer, edit it, rename it, and then upload it to the Governor's "Speeches" website.

On September 13, 2006 at 1538 hours, Officer Vasilicu met with ████████ to investigate whether the MP3 audio file in question was placed on the Governor's "Speeches" website, in violation of Penal Code section 502.

████████ related the following information in summary. ████████ recalls being contacted while away from the office by ████████ of the Governor's Office on the evening of September 7, 2006. ████████ requested ████████ contact ████████ from the Governor's Press Office, on an urgent manner. Upon contacting ████████, ████████ was asked to assist with determining if three to four files were deleted from the Governor's Office file server. ████████ utilized her virtual private network connection to the office server to accomplish this task. She was unable to locate the files in question and reported to ████████ the files were successfully deleted. ████████ then asked ████████ to confirm he deleted the same files from the public Web server located at http://speeches.gov.ca.gov/. ████████ let ████████ know she did not have administrator level access on the Web server and she would let the server administrator know. Shortly thereafter, ████████ attempted to contact ████████, the administrator of the Web server http://speeches.gov.ca.gov/. ████████ was unable to reach ████████ that evening. On the morning of September 8, 2006, ████████ contacted ████████, provided him with the files in question and requested he determine if those files resided on the Web server. ████████ recalls receiving confirmation from ████████ informing her that the files were deleted on the previous evening from the Web server http://speeches.gov.ca.gov/.

Safety, Service, and Security

CHP 51WF (Rev. 11-89) OPI 076

Protective Services Division
Page 2
October 4, 2006


██████████ first provided information to the CHP concerning the Web server
http://speeches.gov.ca.gov/ on September 8, 2006. In this meeting with the CHP, ████████
stated the server contains data of public record for release to the community through media
outlets.

*S. mily*

S. Millspaugh
Investigator

# Memorandum

Date:        October 4, 2006

To:          Protective Services Division

From:        DEPARTMENT OF CALIFORNIA HIGHWAY PATROL
             Dignitary Protection Section

File No.:    014114

Subject:     SUMMARY OF INTERVIEW WITH ▇▇▇▇▇▇▇▇▇▇▇▇▇

On September 12, 2006, I contacted ▇▇▇▇▇▇▇▇▇▇▇▇▇, Governor's Press Secretary, to investigate whether the MP3 audio file in question was placed on the Governor's "Speeches" Website, in violation of Penal Code Section 502.

▇▇▇▇▇▇▇ said that it was her assumption that the audio file in question was recorded by ▇▇▇▇▇▇, Chief Speech Writer, in a speech writing meeting with the Governor. ▇▇▇ ▇▇▇ took an audio tape of a speech writing session to ▇▇▇▇▇▇, Deputy Press Secretary, to have it transcribed. ▇▇▇▇ downloaded the recording onto his computer and converted it to an MP3 audio file. ▇▇▇▇ then uploaded the file to the Governor's "Speeches" website so the transcribers could access it. ▇▇▇▇▇▇ believed the upload was a mistake.

*S. Millspaugh*

S. Millspaugh
Investigator

Safety, Service, and Security

M e m o r a n d u m

Date:        October 4, 2006

To:          Protective Services Division

From:        DEPARTMENT OF CALIFORNIA HIGHWAY PATROL
             Dignitary Protection Section

File No.:    014114

Subject:     SUMMARY OF INTERVIEW WITH ████████████

On September 13, 2006, I contacted ████████████████, Assistant Press Secretary for the
Governor's Office, to investigate whether the MP3 audio file in question was placed on the
Governor's "Speeches" website, in violation of Penal Code Section 502.

████████████ said she was not involved with uploading the MP3 audio file in question to the
Governor's "Speeches" website. She did receive the transcript of the MP3 audio file in question,
by email, from the transcribers. After receiving the file she moved it into a transcript folder. She
did not open or read the contents of the file. As a normal course of business she would only
open transcript files that were associated with something she was working on. It was not unusual
to move many transcript files into her transcript folder unopened and unread.

████████████ was asked about a suspicious incident which happened around 2000 hours, on
Monday, September 11, 2006. She was in the Press Office with ████████████████, former
Assistant Press Secretary for the Governor's Office. ████████████ was accessing ████████████
████████ computer.

████████████ said that on the evening of September 11, she was having dinner with her boyfriend
████████████, at Zelda's Pizza. She was contacted telephonically by ████████ who asked her
to respond to the Press Office and research if anything had been sent out on August 29, 2006,
associated with the MP3 audio file in question, being reported by the Los Angeles Times
Newspaper. ████████ responded to the press office, with ████████████████ They were in touch
with ████████ by telephone, so ████████ could give them his password, to access his computer and
to assist in the research. ████████ asked for ████████ to help because he was more
experienced with the computer language than ████████ is.

*S. Mit█*

S. Millspaugh
Investigator

Safety, Service, and Security

Jul 12 07 02:23p    State of California                9166578639              p.27

DEPARTMENT OF CALIFORNIA HIGHWAY PATROL
Computer Crimes Investigation Section 041
Computer Security Incident Report 09132006-1415-9040-
September 13, 2006

I M E D I A T E   C O N T A C T   R E Q U E S T E D
Report Taken By:
    Name:  David Tate
    Rank:  Officer
    I.D.:  016024
    Date:  9 /13/2006
    Time:  14:15

Reporting Agency/Department:
    Name:  GOVERNOR'S OFFICE
  Address:  1303 10TH STREET
     City:  SACRAMENTO, CA  95814-

Incident Reported By:                Agency ISO:                          Alternate Contact:
    Name:  ███████████             Name:  ████████              Name:  ████████████████
    Title:  IT UNIT MANAGER          Title:                         Title:  IT SUPERVISOR
  Address:  1303 10TH STREET       Address:                       Address:  1303 10TH STREET
    Email:  ██████████@GOV.CA.GOV    Email:                        Email:  ████████████@GOV.CA.GOV
    Work:  ████████████  Ext.      Work:              Ext.         Work:  ████████████  Ext.
    Cell:  ████████                Cell:                          Cell:  ████████████
   Pager:                          Pager:                         Pager:
    Home:                           Home:                          Home:

PRIMARY SYSTEM                  INCIDENT OCCURRED                      INCIDENT DISCOVERED
    IMPACTED                 Date  8 /29/2006   Time              Date  9 /7 /2006   Time

  IP Address           Computer Name          Operating System            Computer Location
                        DELL 4400                  Other          OFFICE OF PLANNING & RESEARCH

Type of Incident:
Unauthorized Access(Successful Attack)
Type of Service:
Sensitive Information(Privacy)
Actions Taken After Discovery of Incident:
REPORTED TO OCAPS FOR DOCUMENTATION ON UNKNOWN DAY.  CALLED ENTAC TODAY.

NOTES
Web server (Dell 4400) that is located at the Governor's Office of Planning & Research was remotely hacked into on Aug. 29, 30,
and Sept. 4th. The information stolen was in an audio file (MP3 Format) that contained private conversations between the
Governor and his staff. OCAPS took a report on this incident, however, the date and report number are unknown.  The files
have since been deleted from the server.

# Memorandum

Date:          October 5, 2006

To:            Protective Services Division

From:          DEPARTMENT OF CALIFORNIA HIGHWAY PATROL
               Dignitary Protection Section

File No.:      014114

Subject:       SUMMARY OF INTERVIEW WITH ██████████████

On September 13, 2006, I contacted ██████████████, Chief Speech Writer for the Governor's Office, to investigate whether the MP3 audio file in question was placed on the Governor's "Speeches" website, in violation of Penal Code Section 502.

██████████ said he recorded the audio file in question onto a micro cassette during a speech writing session with the Governor. He took the cassette to the Press Office and asked ████████ ████ if he could use the transcription service that the Press Office used. ████████ transferred the audio from the cassette to a digital MP3 file and then sent the file to the transcription service. ████████████ did not know what the procedure was to send a file to the transcription service.

*B. M▓▓*

S. Millspaugh
Investigator

Safety, Service, and Security

CHP 51MP (Rev. 11-86) OPI 076

Business, Transportation and Housing Agency

# Memorandum

Date:        October 4, 2006

To:          Protective Services Division

From:        DEPARTMENT OF CALIFORNIA HIGHWAY PATROL
             Dignitary Protection Section

File No.:    014114

Subject:     SUMMARY OF INTERVIEW WITH ▮▮▮▮▮▮▮▮▮▮▮▮


On September 14, 2006, I contacted ▮▮▮▮▮▮▮▮▮▮▮▮▮, Assistant Deputy Director of
Communications, State Lottery Commission, to investigate whether the MP3 audio file in
question was placed on the Governor's "Speeches" website, in violation of Penal Code Section
502.

▮▮▮▮▮▮▮▮▮▮ was employed as Assistant Press Secretary by the Governor's Office, from the
Governor's inaugural through June 19, 2006. He said he was not involved with the uploading of
the MP3 audio file in question to the Governor's "Speeches" website. ▮▮▮▮▮▮▮▮▮ said he
received the written transcripts by email from the transcribers. He forwarded them to his
personal email account, which was a common practice with all his transcripts, so he could work
with the files outside the office. He said it would be normal for him to have transcripts on his
personal account that he would never open. He first looked at the transcripts when the Los
Angeles Times Newspaper report came out. He opened the file then, out of curiosity, but did not
delete it so it would not appear he was trying to hide it.

▮▮▮▮▮▮▮▮ was asked about a suspicious incident which happened around 2000 hours, on
Monday, September 11, 2006. He was in the Press Office with ▮▮▮▮▮▮▮▮▮▮▮ and was
accessing ▮▮▮▮▮▮▮'s computer.

▮▮▮▮▮▮▮▮ said on Monday, September 11, 2006, he was having dinner with his girlfriend
▮▮▮▮▮▮▮  ▮▮▮▮▮▮▮ was contacted by ▮▮▮▮▮ who asked her to respond to the Press
Office and research if anything the Press Office had sent out on August 29, 2006, of August, had
a link to the MP3 audio file in question. ▮▮▮▮▮▮▮ responded to the Press Office and brought
him with her. ▮▮▮▮▮▮ was talking with ▮▮▮▮ on the telephone trying to access his
computer and they were having problems communicating the technical language. ▮▮▮▮
▮▮▮▮▮▮ asked to talk to ▮▮ to help because he was more experienced with the computer
language than her. After accessing ▮▮▮▮▮ computer, he helped search the files.

*S. Mill/*
S. Millspaugh
Investigator

*Safety, Service, and Security*

CHP 51WP (Rev. 11-66) OPI 076

# M e m o r a n d u m

Date:        October 6, 2006

To:          Protective Services Division

From:        DEPARTMENT OF CALIFORNIA HIGHWAY PATROL
             Dignitary Protection Section

File No.:    014114

Subject:     SUMMARY OF INTERVIEW WITH ▓▓▓▓▓▓▓▓▓▓

On September 14, 2006, at 1037 hours, Officer Vasiliou met with Information Technology
Specialist, ▓▓▓▓▓▓▓▓▓, Governor's Office of Planning and Research.  The purpose of
the meeting was to clarify steps taken in the post-incident release of a Movie Picture Experts
Group Audio File Layer 3 (MP3) to see if there was a violation of Penal Code Section 502.  The
MP3 in question was identified by title as 03-01_speechwriting_meeting.MP3.

Mr. Updegrove related the following information in summary.  On the morning of Friday,
September 8, 2006, ▓▓▓▓▓▓▓▓▓▓ received verbal notification from ▓▓▓▓▓▓▓▓▓, a
manager in the Information Technology Unit of the Governor's Office, requesting he search the
http://speeches.gov.ca.gov/ website log for the file 03-01_speechwriting_meeting.MP3.

▓▓▓▓▓▓▓▓▓▓ created a string search for all files which contained the term "speechwriting" in
their name.  ▓▓▓▓▓▓▓▓ verbally notified ▓▓▓▓▓▓ the file in question was found on the
http://speeches.gov.ca.gov/ website log.  ▓▓▓▓▓ established the file was deleted on
September 8, 2006, from an Internet Protocol (IP) address 134.186.104.253.  The
aforementioned IP address was identified as the Governor's Office firewall to the Internet.
Because all users who have access to upload and delete files from the web server use the same
username and password, ▓▓▓▓▓▓▓▓ was unable to determine who deleted the file 03-
01_speechwriting_meeting.MP3.

▓▓▓▓▓▓▓▓ related the website http://speeches.gov.ca.gov/ was created on October 4, 2004.
When the website was designed, its purpose was for a single user in the Governor's Press Office,
to place MP3 clips from Governor Schwarzenegger's weekly radio address on the Internet. ▓▓▓▓
▓▓▓▓▓▓ stated everything on the website is of public record.  The website evolved to where
all employees of the Governor's Press Office, had the single username and password.  On July
26, 2006, ▓▓▓▓▓▓▓▓ changed the username and password for the website
http://speeches.gov.ca.gov/ while he was conducting maintenance on the web server.  When the
password was changed, ▓▓▓▓▓▓▓▓ informed the Press Office of the new password.

Safety, Service, and Security

Protective Services Division
Page 2
October 6, 2006

Since the incident, ████████████ has taken the website offline. ████████████ took a screenshot capture of the user login page, printed it, and provided the printed copy to Officer Vasiliou (Exhibit # 8).

*S. Mu̇*

S. Millspaugh
Investigator

```
* * * * * * * * * * * * W A R N I N G * * *
* * * * * * * * * * * *
THIS SYSTEM IS RESTRICTED TO AUTHORIZED USERS
FOR AUTHORIZED USE ONLY. UNAUTHORIZED ACCESS
IS STRICTLY PROHIBITED AND MAY BE PUNISHABLE
UNDER THE COMPUTER FRAUD AND ABUSE ACT OF
1986 OR OTHER APPLICABLE LAWS. IF NOT
AUTHORIZED TO ACCESS THIS SYSTEM, DISCONNECT
NOW. BY CONTINUING, YOU CONSENT TO YOUR
KEYSTROKES AND DATA CONTENT BEING MONITORED.
ALL PERSONS ARE HEREBY NOTIFIED THAT THE USE
OF THIS SYSTEM CONSTITUTES CONSENT TO
MONITORING AND AUDITING. THE ADMINISTRATORS
ALSO RESERVE THE RIGHT TO CANCEL OR LOCK YOUR
ACCOUNT AT ANY GIVEN TIME. ALL TERMS
DESCRIBED ABOVE ARE SUBJECT TO CHANGE WITHOUT
ANY GIVEN NOTICE. IF YOU DO NOT AGREE TO
THESE TERMS LOGOUT NOW!
* * * * * * * * * * * * W A R N I N G * * *
* * * * * * * * * * * *
```

**Down until further notice per** ▓▓▓▓▓▓

User: ▭
Pass: ▭        login

Jul 12 07 02:27p     State of California     9166578639     p.00
..., ...sportation and Housing Agency

## M e m o r a n d u m

Date:          October 5, 2006

To:            Protective Services Division

From:          DEPARTMENT OF CALIFORNIA HIGHWAY PATROL
               Dignitary Protection Section

File No.:      014114

Subject:       SUMMARY OF INTERVIEW WITH ████████████

On September 14, 2006, I contacted ████████████, Deputy Press Secretary for the Governor's
Office, to investigate whether the MP3 audio file in question was placed on the Governor's
"Speeches" website, in violation of Penal Code Section 502.

████████ stated that during the first part of March 2006, ████████████ brought a micro
cassette to him and asked him if he would get it transcribed. The process to get the MP3 audio
file in question transcribed was for ████████ to transfer the micro cassette recording to an MP3
audio file. He then downloaded the MP3 audio file to his desktop computer and edited out the
dead time. After the editing, he uploaded the MP3 audio file to the Governor's "Speeches"
website and emailed a link of the file to the transcribers. He also archived a copy of the MP3
audio file to the Governor's Office internal server, which is not accessible from outside the
Governor's Office. The transcribers accessed the MP3 audio file and transcribed the language
into a word document. The transcribed document was sent to five people, ████████, ████████████
████████████████, ████████████████ and ████████████ The process to get anything
transcribed was the same as above and was normally done for Press Office needs. ████████ was
doing ████████████ a favor by sending the recording to the transcribers ████████ did not know
what was on the tape until the Los Angeles Times Newspaper reported the story.

*S. Mils*

S. Millspaugh
Investigator

Safety, Service, and Security

# Memorandum

Date:       October 5, 2006

To:         Protective Services Division

From:       DEPARTMENT OF CALIFORNIA HIGHWAY PATROL
            Dignitary Protection Section

File No.:   014114

Subject:    SUMMARY OF INTERVIEW WITH ▌▌▌▌▌▌

On September 14, 2006, I contacted ▌▌▌▌▌▌▌▌, Chief Deputy Director of Communications for the Governor's Office, to investigate whether the MP3 audio file in question was placed on the Governor's "Speeches" website, in violation of Penal Code Section 502.

▌▌▌▌▌▌ said he did not upload the MP3 audio file in question to the Governor's Speeches Server and only learned of the MP3 audio file's content when the Los Angeles Times Newspaper reported the story.

S. Millspaugh
Investigator

Safety, Service, and Security

# Memorandum

Date:        October 5, 2006

To:          Protective Services Division

From:        DEPARTMENT OF CALIFORNIA HIGHWAY PATROL
             Dignitary Protection Section

File No.:    014114

Subject:     SUMMARY OF INTERVIEW WITH ▮▮▮▮▮▮▮▮▮

On September 18, 2006, I contacted ▮▮▮▮▮▮▮▮▮▮▮, owner of ▮▮▮▮▮▮▮▮▮▮▮▮ to investigate whether the MP3 audio file in question was downloaded from the Governor's "Speeches" website, in violation of Penal Code Section 502. ▮▮▮▮▮▮▮▮▮▮ was the transcription service that transcribed the MP3 audio file in question.

▮▮▮▮▮▮▮▮ described the process in which she transcribes the Governor's MP3 audio files. She stated that she receives an email from the Governor's Office with a link to the MP3 audio file that they want transcribed. The file gets transcribed into a word document and sent back to the Governor's Office. She deletes audio files after they are transcribed because of the space they take up on her computer. ▮▮▮▮▮▮▮ was concerned that the transcripts of the MP3 audio file in question were obtained by the Los Angeles Times Newspaper. She compared the quotes in the paper to her transcripts and found the exact language was different, which led her to believe the transcripts were not obtained.

*S. M▮▮▮*

S. Millspaugh
Investigator

Safety, Service, and Security

CHP S-WP (Rev. 11-881 OPI 078

Jul 12 07 02:28p    State of California                    9166578639            p.36

# M e m o r a n d u m

Date:        October 6, 2006

To:          Protective Services Division

From:        DEPARTMENT OF CALIFORNIA HIGHWAY PATROL
             Dignitary Protection Section

File No.:    014114

Subject:     SUMMARY OF INTERVIEW WITH ████████████████

On September 20, 2006, I contacted ████████████████, transcriber for ████████████████ ████████ helped transcribe the MP3 audio file in question. ████████ was contacted to investigate whether the MP3 audio file in question was downloaded from the Governor's "Speeches" website, in violation of Penal Code Section 502.

████████████ said she received the MP3 audio file from ████████████████ in April 2006. She transcribed it and believed she sent the completed transcript to ████████████████. She thought the file was a little unusual because it was a private conversation. They normally transcribe speeches. She thought she had transcribed the whole file. She deleted the audio file from her computer, but saved the transcript. The comments she read in the newspaper when the Los Angeles Times Newspaper reported the story sounded familiar, but she did not research any further.

*S. Millspaugh*

S. Millspaugh
Investigator

Safety, Service, and Security

Jul 12 07 02:29p    State of California                9166578639              p.37

# M e m o r a n d u m

**Date:**      October 6, 2006

**To:**        Protective Services Division

**From:**      DEPARTMENT OF CALIFORNIA HIGHWAY PATROL
               Dignitary Protection Section

**File No.:**  014114

**Subject:**   SUMMARY OF INTERVIEW WITH ███████████████

On September 22, 2006, Officer Vasiliou and I contacted ████████████████, Research Director for the Angelides Campaign, to investigate whether the MP3 audio file in question was downloaded from the Governor's "Speeches" website, in violation of Penal Code Section 502. ████████████ was contacted because he was named by ████████████, Angelides Campaign Manager, as a person involved with the downloading of the MP3 audio file in question. Also present were ███████████████████ who represented the Angelides Campaign and ████████ ██████████████████ who represented ████████████████.

███████████ said he first heard of the Governor's "Speeches" website on August 29, 2006. ████ ██████ recalls receiving an email from Angelides Campaign employee ██████████████ Within the body of ██████████████ email was a link to a file on the Governor's "Speeches" website relating to a Hurricane Katrina speech. ████████████ clicked on the link and was directed to the Governor's "Speeches" website where he listened to the audio file. Once inside the Governor's "Speeches" website, ███████████ backed text off the qualified Uniformed Resource Locator (URL) and was delivered other data from the website. When asked about his original intent on visiting the website, ███████████ replied that a portion of his employment duties include the gathering of research information associated with the upcoming State of California General Election for Governor. ████████████ was asked how many times he had visited the Governor's "Speeches" website. He was unable to recall the number of times or the dates of the visits ████ ████████ stated there are several individuals in the Angelides Campaign Office which may have connected to the Governor's "Speeches" website. ████████ explained that staffers, who work in the research department, utilize an automated tool to gather information from the Internet ████ ████████ believes the automated tool utilized is named PimpFish. Because ████████████ does not manage the tool, he was unable to give specifics on the scope of its operation.

*S. Mill[signature]*

S. Millspaugh
Investigator

CHP 61WF (Rev. 11-86) OPI 076

# Memorandum

Date:          September 26, 2006

To:            Protective Services Division

From:          DEPARTMENT OF CALIFORNIA HIGHWAY PATROL
               Dignitary Protection Section

File No.:      014114

Subject:       SUMMARY OF INTERVIEW WITH ███████████

On September 22, 2006, Officer Vasiliou and I contacted ███████████, Communications Director for the Angelides Campaign, to investigate whether the MP3 audio file in question was downloaded from the Governor's "Speeches" website, in violation of Penal Code Section 502. ███████████ was contacted because he was named by ███████████ the Angelides Campaign Manager, as a person involved with the downloading of the MP3 audio file in question. Also present were ███████████ who represented the Angelides Campaign and ███████████ who represented ███████████.

███████████ stated that ███████████ told him about the controversial MP3 audio file and that it was passed on to the Los Angeles Times Newspaper. He was not involved with the accessing of the file.

*S. Mus*

S. Millspaugh
Investigator

Safety, Service, and Security

CHP 51WP (Rev. 11-85) CPI 076

Jul 12 07 02:30p     State of California                        91665/8639          p.35

**EVIDENCE / PROPERTY RECEIPT / REPORT**
CHP 36 (REV 6-95) OPI 061

NUMBER

CHARGE:
☐ Misdemeanor/Infraction          ☐ Felony

☐ BY SEARCH WARRANT NUMBER | NO. OF SUSPECTS | VIOLATION(S) | *ADMINISTRATIVE REVIEW*

☐ Asset Forfeiture   ☑ Evidence   ☐ Recovered Stolen   ☐ Contraband   ☐ Safe keeping   ☐ Found   ☐ Domestic violence

DATE | CHP CASE NUMBER | INCIDENT LOCATION
*12-04-2006* | *023-1414* | *STATE CAPITOL BLDG, SACRAMENTO CA*

INDICATE IF INDIVIDUAL IS: S—SUSPECT  O—OWNER  F—FINDER  V—VICTIM (use continuation for additional defendants)

| NAME (LAST, FIRST, MIDDLE) | DATE OF BIRTH | DRIVER'S LICENSE NUMBER | AGE | SEX |
|---|---|---|---|---|
| RESIDENCE ADDRESS (CITY, STATE, ZIP CODE) | | | | |
| NAME (LAST, FIRST, MIDDLE) | DATE OF BIRTH | DRIVER'S LICENSE NUMBER | AGE | SEX |
| RESIDENCE ADDRESS (CITY, STATE, ZIP CODE) | | | | |
| NAME (LAST, FIRST, MIDDLE) | DATE OF BIRTH | DRIVER'S LICENSE NUMBER | AGE | SEX |
| RESIDENCE ADDRESS (CITY, STATE, ZIP CODE) | | | | |
| NAME (LAST, FIRST, MIDDLE) | DATE OF BIRTH | DRIVER'S LICENSE NUMBER | AGE | SEX |
| RESIDENCE ADDRESS (CITY, STATE, ZIP CODE) | | | | |

☐ Misdemeanor/Infraction  ☐ Felony

| ITEM NUMBER | QUANTITY | INVENTORY (Describe— Serial number, Size, Color, Markings, etc.) Where & How property recovered—found property requires a complete synopsis. | EVIDENCE OFFICER USE ONLY |
|---|---|---|---|
| 1 | 1 | *COMPACT DISC CONTAINING RECORDED INTERVIEW FILES.* | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

I have read the reverse of this receipt and elect to:
☐ Exercise my claim to items:
☐ Waive my claim to items:
☐ File a finder claim to items:

| Signature of Evidence Officer upon initial receipt of evidence. | Date |

SIGNATURE OF CLAIMANT                          | AIS CASE NUMBER

VALUE OF PROPERTY FOUND | COURT(S) | CITATION NUMBER(S)
☐ $250 or more   ☐ Less than $250

NAME (LAST, FIRST, INITIAL) *ELLSPAUGH SCOTT A* | I.D. NUMBER *1414* | LOCATION CODE *023*
NAME OF SUPERVISOR (LAST, FIRST, INITIAL) | REPORT DATE | INITIALS

DISTRIBUTION:
Original — Evidence file
White — Report copy
Cardstock — Attach to Evidence

Yellow — Receipt
To be issued immediately upon CHP's receipt of property.
Initials of person from whom property was received: _____

Page 1 of 1

cc36_699.9