APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Marc Bragg | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| Linden Research, Inc. and Philip Rosedale | : | NO.  06-4925 |
| | : | |

ORDER

AND NOW, this           Day of                    , 2007, it is hereby

ORDERED that the application of  Michael G. Rhodes           , Esquire, to practice in this

court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☑  GRANTED.

☐  DENIED.

_____
                                                                                    J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 06-4925

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, __Michael G. Rhodes__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A.   I state that I am currently admitted to practice in the following state jurisdictions:

| California | 12/04/84 | 116127 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

| _____ | _____ | _____ |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

| _____ | _____ | _____ |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B.   I state that I am currently admitted to practice in the following federal jurisdictions:

| Southern Dist. CA | 1986 | 116127 |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

| Court of Appeals, 9th Cir. | 1986 | 116127 |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

| Northern Dist. CA | 1985 | 116127 |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

*see additional attachment*

C.   I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for    Linden Research, Inc.

_____
(Applicant's Signature)

9-12-07
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Cooley Godward Kronish LLP   (858) 550-6000
4401 Eastgate Mall
San Diego, CA 92121

Sworn and subscribed before me this

12th Day of Sept., 2007

_____
Notary Public

TINA M. COX
COMM. # 1689649
NOTARY PUBLIC - CALIFORNIA
SAN DIEGO COUNTY
My Comm. Exp. Aug. 25, 2010

10/04

Attachment

B.  Continued

*I state that I am currently admitted to practice in the following federal jurisdictions:*

| | | |
|---|---|---|
| Central District of CA | 1984 | #116127 |
| Eastern District of CA | 1986 | #116127 |

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

   The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ___Michael G. Rhodes___ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Thomas T. Watkinson, II | *[signature]* | 02/15/2006 | 200697 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

PEPPER HAMILTON LLP, 3000 TWO LOGAN SQUARE, Eighteenth and Arch Streets, Philadelphia, PA  19103

Phone - 215 981-4718

Sworn and subscribed before me this

14th Day of Sept, 2007

*[signature]*
Notary Public

NOTARIAL SEAL
PATRICK WAGNER
Notary Public
CITY OF PHILADELPHIA, PHILADELPHIA COUNTY
My Commission Expires Apr 21, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Marc Bragg | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| Linden Research, Inc. and Philip Rosedale | : | NO. 06-4925 |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of  Michael G. Rhodes

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant

proposed Order which, if granted, would permit such practice in this court was mailed today with

postage prepaid to:

Jason A. Archinaco, White and Williams LLP, The Frick Building, 437 Grant St., Suite 1001

Pittsburgh, PA 15219

_Thomas T. Watkinson_
Signature of Attorney

Thomas T. Watkinson
Name of Attorney

Linden Research, Inc. & Philip Rosedale
Name of Moving Party

09/14/2007
Date