APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Marc Bragg                          :          CIVIL ACTION
                                    :
        v.                          :
                                    :
Linden Research, Inc. and Philip Rosedale    :          NO.    06-4925

**F I L E D**

SEP 1 9 2007

MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

ORDER

AND NOW, this _18th_ Day of _Sept_ , 2007, it is hereby

ORDERED that the application of _Michael G. Rhodes_ , Esquire, to practice in this

court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☑  GRANTED.

☐  DENIED.

_____ J.