APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Marc Bragg                : CIVIL ACTION

v.                        :

Linden Research, Inc. and Philip Rosedale  :  NO. 06-4925

FILED
SEP 19 2007
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

ORDER

AND NOW, this 18th Day of Sept, 2007, it is hereby

ORDERED that the application of Benjamin F. Chapman, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☑ GRANTED.

☐ DENIED.

_____, J.