# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| MARC BRAGG, ESQUIRE | : CIVIL ACTION |
|---|---|
| Plaintiff, | : 06-04925 |
| v. | : |
| LINDEN RESEARCH, INC. | : |
| and | : |
| PHILIP ROSEDALE | : |
| Defendants. | : |

## JOINT NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(A)(1)(II) AND 41(C)

Whereas the Parties in this action have reached a settlement agreement. As such, the parties request pursuant to Federal Rules of Civil Procedure 41(A)(1)(ii) and 41(C) that all claims and counterclaims be hereby dismissed with prejudice pursuant to settlement.

The parties request that the Court retain jurisdiction over this matter for the purposes of enforcing the settlement agreement reached by the parties.

| WHITE AND WILLIAMS LLP | PEPPER HAMILTON LLP |
|---|---|
| BY: /s/ Jason A. Archinaco | BY: /s/ Thomas T. Watkinson |
| Jason A. Archinaco, Esq. | Laurence Z. Shiekman (I.D. #15203) |
| PA ID 76691 | Thomas T. Watkinson, II (I.D. #200697) |
| Colin G. Schafer, Esq. | 3000 Two Logan Square |
| PA ID 202515 | Philadelphia, PA 19103 |
| Christopher Ballod, Esq. | (215) 981-4000 |
| PA ID 89462 | |
| 1800 One Liberty Place | |
| Philadelphia, PA 19103-7395 | |
| Phone: | |
| Attorneys for Plaintiff | Attorneys for Defendants |

Dated: September 27, 2007