IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| MARC BRAGG, ESQUIRE | : CIVIL ACTION |
|---|---|
| Plaintiff, | : 06-04925 |
| v. | : |
| LINDEN RESEARCH, INC. | : |
| and | : |
| PHILIP ROSEDALE | : |
| Defendants. | : |

## ORDER

Having considered the parties "Joint Notice of Voluntary Dismissal Pursuant to FRCP 41(A)(1)(II) AND 41(C)", it is hereby ORDERED, ADJUDGED and DECREED that Civil Action 06-4925 is hereby **DISMISSED WITH PREJUDICE.**

The Court will retain jurisdiction over this matter for the purposes of enforcement of the settlement agreement entered into by the parties.

**IT IS SO ORDERED**

BY THE COURT

_____