IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARC BRAGG, ESQUIRE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LINDEN RESEARCH INC. | : | |
| | : | |
| and | : | |
| | : | |
| PHILIP ROSEDALE, | : | NO. 06-4925 |

### **O R D E R**

AND NOW, this **12th** day of **October 2007,** it is hereby Ordered that a Telephone Conference is **SCHEDULED on October 26, 2007 at 2:00 p.m.**, to consider the Joint Notice of Voluntary Dismissal Pursuant to FRCP 41(A)(1)(II), etc. (doc. no. 82).

It is further **ORDERED** that counsel for plaintiff shall initiate the call to Chambers at (215) 597 4073 when all parties are on the line.

ATTEST:                                    or     BY THE COURT


BY: s/Trudy Oliver                   _____
Deputy Clerk                                   Judge

C.V. 12 (4/99)

xc via Email:

Jason Archinaco, Esquire
Christopher Ballod, Esquire
Laurence Sheikman, Esquire
Thomas Watkinson, Esquire