```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


MARC BRAGG,                   :    CIVIL ACTION
                              :    NO. 06-4925
            Plaintiff,        :
                              :
       v.                     :
                              :
LINDEN RESEARCH, INC.         :
                              :
            Defendant.        :
```

## O R D E R

**AND NOW**, this **26th** day of **October 2007**, it is hereby **ORDERED** that, the case having been reported as settled, all claims and counterclaims are **DISMISSED** with prejudice.

It is further **ORDERED** that the case shall be marked **CLOSED**.

**AND IT IS SO ORDERED.**

```
                              S/Eduardo C. Robreno
                         EDUARDO C. ROBRENO, J.
```